| | |
|---|---|
| 1 | Eric H. Gibbs (SBN 178658) |
| | Andre M. Mura (SBN 298541) |
| 2 | **GIRARD GIBBS LLP** |
| 3 | 505 14th Street, Suite 1110 |
| | Oakland, California 94612 |
| 4 | Telephone: (510) 350-9700 |
| | Facsimile: (510) 350-9701 |
| 5 | ehg@classlawgroup.com |
| 6 | amm@classlawgroup.com |
| 7 | *Attorneys for Plaintiffs* |

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:17-md-02777-EMC |
| | **NOTICE OF APPEARANCE OF ERIC H. GIBBS** |
| This Document Relates to: | |
| *Charles Marlatt, Jr. et al.  v. FCA US LLC et al., Case No. 3:17-cv-02145-EMC* | |

NOTICE OF APPEARANCE OF ERIC H. GIBBS AS COUNSEL FOR PLAINTIFFS
CASE NO. 3:17-MD-02777-EMC

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, ERIC H. GIBBS, of GIRARD GIBBS LLP, hereby enter my appearance as counsel for Plaintiffs Charles Marlatt, Jr., Stanley Bruce, Robert Hornberger, Jeffrey Cook, and Lotus Summit Trading LLC. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address and telephone numbers are as follows:

> Eric H. Gibbs (SBN 178658)
> GIRARD GIBBS LLP
> 505 14th Street, Suite 1110
> Oakland, California 94612
> Telephone: (510) 350-9700
> Facsimile: (510) 350-9701
> ehg@classlawgroup.com

Please serve said counsel with all pleadings and notices in this action.

DATED: April 19, 2017                    Respectfully,

                                                           /s/ Eric H. Gibbs

Eric H. Gibbs
Andre M. Mura
**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com

Attorney for Plaintiffs Charles Marlatt, Jr., Stanley Bruce, Robert Hornberger, Jeffrey Cook, and Lotus Summit Trading LLC