ROBBINS GELLER RUDMAN & DOWD LLP
RACHEL L. JENSEN (211456)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
rjensen@rgrdlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Kitchel, et al. v. FCA US LLC, et al.*,<br>CASE NO. 3:17-CV-00538 | Case No. 3:17-md-02777-EMC<br><br>NOTICE OF APPEARANCE OF RACHEL L. JENSEN |

1257552_1

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

I, Rachel L. Jensen, of Robbins Geller Rudman & Dowd LLP, hereby enter my appearance as counsel for Plaintiffs Luke Kitchel, Gregory Wilkerson, Joseph Moynihan, Mark Richards, Timothy Green, Harold Blake, Travis Morgan, Jeff Parisi, Micah Williams, Adam Burwell, Elmer Brinkman, Louis Bodie, Jamie Broom, Walter Swan, Craig Mccully, Aaron Carter, Daniel Brown, Nelson Delgado, Bobby Reichert, Christopher Mattingly, Micah Martin, Marius Bihorean, GN Systems, Inc., and Leslie Ghrist. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address and telephone numbers are as follows:

> Rachel L. Jensen (SBN 211456)
> Robbins Geller Rudman & Dowd LLP
> 655 West Broadway, Suite 1900
> San Diego, CA  92101-8498
> Telephone: 619/231-1058
> 619/231-7423 (fax)

Please serve said counsel with all pleadings and notices in this action.

DATED: April 20, 2017                    ROBBINS GELLER RUDMAN
    & DOWD LLP
RACHEL L. JENSEN


    s/Rachel L. Jensen
RACHEL L. JENSEN
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff

1257552_1       NOTICE OF APPEARANCE OF RACHEL JENSEN - 3:17-md-02777-EMC                         - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 20, 2017.

    s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:rachelj@rgrdlaw.com

1257552_1

**Mailing Information for a Case 3:17-md-02777-EMC In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales practices and products Liability Litigation**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sharon S Almonrode**
  ssa@millerlawpc.com,djv@ecf.courtdrive.com,djv@millerlawpc.com,ajm@millerlawpc.com,ajm@ecf.courtdrive.com

- **Mark F. Anderson**
  mark@aoblawyers.com

- **Eric James Artrip**
  artrip@mastandoartrip.com

- **Benjamin L. Bailey**
  bbailey@baileyglasser.com,kcharonko@baileyglasser.com,wjohnson@baileyglasser.com

- **Henry Clay Barnett , III**
  Clay.Barnett@BeasleyAllen.com

- **Taylor Christopher Bartlett**
  taylor@hgdlawfirm.com

- **Wendy M. Behan**
  wbehan@cglaw.com

- **Steve W. Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com,nicolleg@hbsslaw.com

- **Carmine D. Boccuzzi , Jr**
  cboccuzzi@cgsh.com

- **Jonathan D. Boggs**
  jboggs@baileyglasser.com

- **Andrew England Brashier**
  Andrew.Brashier@BeasleyAllen.com,Ashley.Burgin@BeasleyAllen.com

- **Daniel K. Bryson**
  dan@wbmllp.com

- **Kevin R. Budner**
  kbudner@lchb.com

- **Elizabeth Cabraser**
  ecabraser@lchb.com

- **Elizabeth Joan Cabraser**
  ecabraser@lchb.com,mblaisdell@lchb.com

- **Darrell Scott Cafasso**
  cafassod@sullcrom.com,kaufmana@sullcrom.com

- **Gretchen Freeman Cappio**
  gcappio@kellerrohrback.com,cbrewer@kellerrohrback.com

- **David S. Casey , Jr**
  dcasey@cglaw.com,vicki@cglaw.com,sleonard@cglaw.com

- **James E. Cecchi**
  jcecchi@carellabyrne.com,ltaylor@carellabyrne.com

- **Katherine E. Charonko**
  kcharonko@baileyglasser.com

- **Patrick Bradford Clayton**
  pbc@scarpullalaw.com

- **Stephen T. Cox**
  scox@bzbm.com,llove@bzbm.com

- **Wilson McClelland Dunlavey**
  wdunlavey@lchb.com

- **Robyn R. English**
  renglish@bfalaw.com

- **Vincent J. Esades**
  vesades@heinsmills.com,ikovarik@heinsmills.com

- **David Brian Fernandes**
  dfernandes@baronbudd.com

- **Samuel H Franklin**
  sfranklin@lfwlaw.com

- **Peter B. Fredman**
  peter@peterfredmanlaw.com

- **William Lewis Garrison , Jr**
  lewis@hgdlawfirm.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com,jalperstein@rgrdlaw.com,ppuerto@rgrdlaw.com,E_File_SD@rgrdlaw.com,E_File_FL@rgrdlaw.com,swinkles@rgrdlaw.com,rachelj@rgrdlaw.com

- **Scott Alan George**
  sgeorge@seegerweiss.com,cbarnes@seegerweiss.com,cchoe@seegerweiss.com

- **Eric H. Gibbs**
  ehg@classlawgroup.com,stevelopez@classlawgroup.com,mls@classlawgroup.com,amv@girardgibbs.com,amm@classlawgroup.com,sal@classlawgroup.com,ecf@classlawgroup.com,ccc@classlawgroup.com

- **Robert Cecil Gilbert**
  gilbert@kolawyers.com,morales@kolawyers.com,dalia@gilbertpa.com

- **Wesley B Gilchrist**
  wgilchrist@lightfootlaw.com

- **Christina Gill Roseman**
  croseman@helpforlemoncars.com

- **Robert J. Giuffra , Jr**
  giuffrar@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Jeffrey Scott Goldenberg**
  jgoldenberg@gs-legal.com,jmcilvain@gs-legal.com,cpence@gs-legal.com

- **Archibald Irwin Grubb , II**
  archie.grubb@beasleyallen.com,Whitney.Gagnon@BeasleyAllen.com

- **Archie I Grubb**
  archie.grubb@beasleyallen.com

- **John D. Hafemann**
  john@mja.law

- **Christopher B. Hood**
  chood@hgdlawfirm.com

- **Shawn Kincade Judge**
  sjudge@isaacwiles.com

- **Joe P Leniski , Jr**
  joeyl@bsjfirm.com

- **Joe P. Leniski**
  joeyl@bsjfirm.com

- **Jeffrey Greg Lewis**
  jlewis@kellerrohrback.com,dmarshall@kellerrohrback.com,chopkins@kellerrohrback.com

- **Ethan T. Litney**
  elitney@cglaw.com

- **Derek W. Loeser**
  dloeser@kellerrohrback.com

- **Derek William Loeser**
  dloeser@kellerrohrback.com

- **Travis Edward Lynch**
  tlynch@hgdlawfirm.com

- **Ryan McDevitt**
  rmcdevitt@kellerrohrback.com

- **Marc R Michaud**
  mmichaud@patrickmillerlaw.com

- **Marc R Michaud**
  mmichaud@patrickmillerlaw.com

- **W. Daniel Miles , III**
  dee.miles@beasleyallen.com

- **Wilson Daniel Miles , III**
  dee.miles@beasleyallen.com,Ashley.pugh@beasleyallen.com,Michelle.Fulmer@BeasleyAllen.com

- **E. Powell Miller**
  epm@millerlawpc.com,asl@millerlawpc.com

- **Erica C. Mirabella**
  emirabella@gnemlaw.com

- **William B. Monahan**
  monahanw@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Kristin J. Moody**
  kmoody@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Andre M Mura**
  amm@classlawgroup.com

- **Sharon L Nelles**
  nelless@sullcrom.com

- **Phong-Chau Gia Nguyen**
  pgnguyen@lchb.com

- **Kyle Allen Niemi**
  niemik@sullcrom.com,greenm@sullcrom.com

- **Lisa Faye Petak**
  lpetak@kellerrohrback.com

- **Mark P Pifko**
  MPifko@baronbudd.com

- **Aidan Chowning Poppler**
  cpoppler@bermandevalerio.com

- **David Cowan Rayfield**
  davidrayfield@waldrepmullin.com

- **Joseph F. Rice**
  jrice@motleyrice.com

- **Ann Ritter**
  aritter@motleyrice.com

- **Jeremy Keith Robinson**
  jrobinson@cglaw.com,vicki@cglaw.com

- **Lynn Lincoln Sarko**
  lsarko@kellerrohrback.com,cengle@kellerrohrback.com

- **Joseph R. Saveri**
  jsaveri@saverilawfirm.com,jfu@saverilawfirm.com,cforthuber@saverilawfirm.com,blang@saverilawfirm.com,dclevenger@saverilawfirm.com,plall@saverilawfirm.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,jeanethd@hbsslaw.com,sf_filings@hbsslaw.com,nicolleg@hbsslaw.com

- **Francis Onofrei Scarpulla**
  fos@scarpullalaw.com,cpc@scarpullalaw.com

- **Todd Anthony Seaver**
  tseaver@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Christopher A. Seeger**
  cseeger@seegerweiss.com,klezhnev@seegerweiss.com,scott-siegel-5111@ecf.pacerpro.com

- **James C. Shah**
  jshah@sfmslaw.com,pleadings@sfmslaw.com,smoss@sfmslaw.com

- **Matthew D. Slater**
  mslater@cgsh.com,dcmaofiling@cgsh.com,dc-managingclerk@cgsh.com

- **Eric B. Snyder**
  esnyder@baileyglasser.com,vlynch@baileyglasser.com,wjohnson@baileyglasser.com

- **David S Stellings**
  DSTELLINGS@lchb.com

- **James Gerard Stranch**
  gerards@bsjfirm.com

- **James Gerard Stranch , IV**
  gerards@bsjfirm.com,nickg@bsjfirm.com,mariahy@bsjfirm.com,ecf-processor@bsjfirm.com,jennifers@bsjfirm.com

- **Lindsey H. Taylor**
  ltaylor@carellabyrne.com

- **Roland K. Tellis**
  rtellis@baronbudd.com

- **Jessica Thompson**
  jessicat@hbsslaw.com

- **Gregory M Travalio**
  gtravalio@isaacwiles.com

- **Mark H Troutman**
  mtroutman@isaacwiles.com

- **Amie Adelia Vague**
  avague@lightfootlaw.com

- **Lesley Elizabeth Weaver**
  lweaver@bfalaw.com

- **Tina Wolfson**
  twolfson@ahdootwolfson.com,tmaya@ahdootwolfson.com,rahdoot@ahdootwolfson.com,bking@ahdootwolfson.com,filings@ahdootwolfson.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James              W. Anderson
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403

K              Stephen Jackson
Jackson and Tucker, P.C.
2229 First Avenue North
Birmingham, AL 35203-4203

William      B. Monahan                                      , Esq
Sullivan & Cromwell
125 Broad Street
New York, NY 10004

C.             Morris Mullin
Waldrep Mullin & Callahan LLC
111 12th Street, Suite 300
P.O. Box 351
Columbus, GA 31902

Harris        L. Pogust
Pogust Braslow & Millrood, LLC
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA 19428

Andrew           Sciolla
Pogust Braslow & Millrood LLC
161 Washington Street
Suite 1520
Conshohocken, PA 19428
```