Jennifer R. Scullion (SBN 183476)
**SEEGER WEISS LLP**
77 Water Street, 26th Floor
New York, New York 10005
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
JScullion@seegerweiss.com

*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:17-md-02777-EMC  **NOTICE OF APPEARANCE OF JENNIFER R. SCULLION** |
| This Document Relates to:  *Carpenter, et al. v. FCA US LLC, et al.* *Case No. 3:17-cv-00288-EMC* | |

NOTICE OF APPEARANCE OF JENNIFER R. SCULLION AS COUNSEL FOR PLAINTIFFS
CASE NO. 3:17-MD-02777-EMC

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, JENNIFER R. SCULLION, of SEEGER WEISS LLP, hereby enter my appearance as counsel for Plaintiffs Auburn Carpenter, Gregory Giauque, Tom Gillespe, Lawrence Diener, Matt Ortman, Graham Bolkema, Kyle and Jessica Heidlebaugh, George Milner, Joseph Bernardo, and Jesse Sandifer. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address and telephone numbers are as follows:

> Jennifer R. Scullion (SBN 183476)
> SEEGER WEISS LLP
> 77 Water Street, 26th Floor
> New York, New York 10005
> Telephone: (212) 584-0700
> Facsimile: (212) 584-0799
> JScullion@seegerweiss.com

Please serve said counsel with all pleadings and notices in this action.

DATED: April 26, 2017                                    Respectfully,

                                                             /s/ Jennifer R. Scullion

                                                             Jennifer R. Scullion
                                                             **SEEGER WEISS LLP**
                                                             77 Water Street, 26th Floor
                                                             New York, New York 10005
                                                             Telephone: (212) 584-0700
                                                             Facsimile: (212) 584-0799
                                                             JScullion@seegerweiss.com

                                                             Attorney for Plaintiffs Auburn Carpenter, Gregory Giauque, Tom Gillespe, Lawrence Diener, Matt Ortman, Graham Bolkema, Kyle and Jessica Heidlebaugh, George Milner, Joseph Bernardo, and Jesse Sandifer

NOTICE OF APPEARANCE OF JENNIFER R. SCULLION AS COUNSEL FOR PLAINTIFFS
CASE NO. 3:17-MD-02777-EMC