Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
David Stein (SBN 257465)
**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
ds@classlawgroup.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:17-md-02777-EMC  **NOTICE OF APPEARANCE OF DAVID STEIN** |
| This Document Relates to:  *Charles Marlatt, Jr. et al.  v. FCA US LLC et al., Case No. 3:17-cv-02145-EMC* | |

---

NOTICE OF APPEARANCE OF DAVID STEIN AS COUNSEL FOR PLAINTIFFS
CASE NO. 3:17-MD-02777-EMC

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, David Stein, of Girard Gibbs LLP, hereby enter my appearance as counsel for Plaintiffs Charles Marlatt, Jr., Stanley Bruce, Robert Hornberger, Jeffrey Cook, and Lotus Summit Trading LLC. I am a member of the State Bar of California and am admitted to practice in the Northern District of California.  My address and telephone numbers are as follows:

>David Stein (SBN 257465)
>GIRARD GIBBS LLP
>505 14th Street, Suite 1110
>Oakland, California 94612
>Telephone: (510) 350-9700
>Facsimile: (510) 350-9701
>ds@classlawgroup.com

Please serve said counsel with all pleadings and notices in this action.

DATED:  May 9, 2017                           Respectfully,


                                              */s/ David Stein*


                                              Eric H. Gibbs
                                              Andre M. Mura
                                              David Stein
                                              **GIRARD GIBBS LLP**
                                              505 14th Street, Suite 1110
                                              Oakland, California 94612
                                              Telephone: (510) 350-9700
                                              Facsimile: (510) 350-9701
                                              ehg@classlawgroup.com
                                              amm@classlawgroup.com

                                              Attorney for Plaintiffs Charles Marlatt, Jr.,
                                              Stanley Bruce, Robert Hornberger,
                                              Jeffrey Cook, and Lotus Summit Trading LLC