Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Amy M. Zeman (SBN 273100)
**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
amz@classlawgroup.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Charles Marlatt, Jr. et al. v. FCA US LLC et al., Case No. 3:17-cv-02145-EMC* | Case No. 3:17-md-02777-EMC<br><br>**NOTICE OF APPEARANCE OF AMY M. ZEMAN** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Amy M. Zeman, of Girard Gibbs LLP, hereby enter my appearance as counsel for Plaintiffs Charles Marlatt, Jr., Stanley Bruce, Robert Hornberger, Jeffrey Cook, and Lotus Summit Trading LLC. I am a member of the State Bar of California and am admitted to practice in the Northern District of California.  My address and telephone numbers are as follows:

> Amy M. Zeman (SBN 273100)
> GIRARD GIBBS LLP
> 505 14th Street, Suite 1110
> Oakland, California 94612
> Telephone: (510) 350-9700
> Facsimile: (510) 350-9701
> amz@classlawgroup.com

Please serve said counsel with all pleadings and notices in this action.

DATED:  May 9, 2017                             Respectfully,


                                                 */s/ Amy M. Zeman*


                                                Eric H. Gibbs
                                                Andre M. Mura
                                                Amy M. Zeman
                                                **GIRARD GIBBS LLP**
                                                505 14th Street, Suite 1110
                                                Oakland, California 94612
                                                Telephone: (510) 350-9700
                                                Facsimile: (510) 350-9701
                                                ehg@classlawgroup.com
                                                amm@classlawgroup.com

                                                Attorney for Plaintiffs Charles Marlatt, Jr.,
                                                Stanley Bruce, Robert Hornberger,
                                                Jeffrey Cook, and Lotus Summit Trading LLC