**SW** **SEEGERWEISS**LLP

77 Water Street, New York, NY 10005    P 212.584.0700    F 212.584.0799    www.seegerweiss.com

## Christopher A. Seeger

*Position*:     Founding Member and Co-Managing Partner

*Admissions*:   New Jersey; New York; D.N.J.; S.D.N.Y.; E.D.N.Y.; D. Colo.

*Education*:    Hunter College of the City University of New York (B.A., *summa cum laude*);
Benjamin N. Cardozo School of Law (J.D., *magna cum laude*), Managing Editor,
*Cardozo Law Review*

*Awards*:       Hunter College Hall of Fame, 2007; Cardozo Alumnus of the Year, 2009; Law
Dragon 500, 2007-2015; Best Lawyers in America, 2006-2015; New York Super
Lawyers, 2006-2015; New Jersey Super Lawyers, 2006-2016

*Member*:       American Law Institute; The Association of the Bar of the City of New York; New
Jersey State Bar Association; American Bar Association; American Association for
Justice, Trial Lawyers for Public Justice; Fellow, American Bar Foundation

*Boards*:       Advisory Council, Duke Law School, Center for Judicial Studies; Board of Advisers,
New York University, Center on Civil Justice

*Practices*:    Products Liability; Mass Torts; Class Actions; Consumer Fraud; Antitrust; Insurance

### Representative MDL Leadership Roles

- *In re Volkswagen "Clean Diesel" Mktg., Sales Practices & Prods. Liab. Litig.*, MDL No. 2672 (N.D. Cal.): Plaintiffs' Steering Committee member (and member of the Settlement Committee and the Discovery and Trial Committee) appointed by the Hon. Charles Breyer, representing consumers who bought or leased vehicles with unlawful "defeat devices." Mr. Seeger and the Committee negotiated settlements worth more than $15 billion for class members, including an optional "buyback" program, plus billions more in long-term environmental relief.

- *In re: Invokana Prods. Liab. Litig.*, MDL No. 2750 (D.N.J.): Co-Lead Counsel appointed by the Hon. Brian Martinotti, representing individuals injured by diabetes medication.

- *In re Testosterone Replacement Therapy Prods. Liab. Litig.*, MDL No. 2545 (N.D. Ill.): Co-Lead Counsel appointed by the Hon. Matthew Kennelly, representing individuals injured by testosterone medications. Mr. Seeger is trial counsel in the first bellwether against AbbVie.

- *In re Fresenius Granuflo/Naturalyte Dialysate Prods. Liab. Litig.*, MDL No. 2428 (D. Mass.): Plaintiffs' Executive Committee member appointed by the Hon. Douglas Woodlock. Mr. Seeger was scheduled to lead the first bellwether trial in 2016 and the claims settled prior to trial.

- *In re NFL Players' Concussion Injury Litig.*, MDL No. 2323 (E.D. Pa.): Co-Lead Class Counsel appointed by the Hon. Anita Brody. Mr. Seeger led two rounds of intense negotiations resulting

in a settlement valued at approximately $1 billion, including medical testing for "futures" subclass members.   The settlement was approved by more than 20,000 class members.

- *In re Vioxx Prods. Liab. Litig.,* MDL No. 1657 (E.D. La.):  Co-Lead Counsel appointed by the Hon. Eldon Fallon in MDL encompassing approximately 27,000 separate cases, and Trial Counsel for Frederick Humeston and his wife.  Mr. Seeger uncovered evidence withheld from prior trial counsel and obtained a new trial for the Humestons that resulted in a $47.5 million verdict.  Mr. Seeger and his colleagues subsequently secured a global settlement of $4.85 billion.

- *In re Chinese-Manufactured Drywall Prods. Liab. Litig.*, MDL No. 2047 (E.D. La.):  Chair of Trial Committee appointed by the Hon. Eldon Fallon in MDL comprising claims related to approximately 30,000 properties.  Mr. Seeger obtained a $2.6 million verdict in the first trial and a liability verdict in the second bellwether trial.  The U.S. defendant settled shortly thereafter.

- *In re Zyprexa Prods. Liab. Litig.*, MDL No. 1596 (E.D.N.Y.):  Liaison Counsel appointed by the Hon. Jack Weinstein.  Mr. Seeger was a chief negotiator of a national $700 million settlement with Eli Lilly for over 8,000 claims.

- *In Re: Depuy Orthopaedics, Inc. ASR Hip Implant Prods. Multidistrict Litig.*, MDL No. 2197 (N.D. Ohio):  Plaintiffs' Executive Committee member appointed by the Hon. David Katz.  Mr. Seeger assisted in the negotiation of a settlement worth almost $3 billion.

- *In re Yasmin and YAZ Marketing, Sales Practices and Prods. Liab. Litig.*, MDL No. 2100 (S.D. Ill.):  Plaintiffs' Steering Committee member appointed by the Hon. David Herndon.  Mr. Seeger negotiated early settlements that led to the creation of nationwide settlement program.

- *In re Gadolinium Contrast Dyes Prods. Liab. Litig.*, MDL No. 1909 (N.D. Ohio):  Plaintiffs' Steering and Executive Committees member appointed by the Hon. Dan Aaron Polster.

- *In re Rezulin Prods. Liab. Litig.*, MDL No. 1348 (S.D.N.Y.):  Plaintiffs' Steering Committee member appointed by the Hon. Lewis Kaplan.  Lead trial counsel in the first New York trial, obtaining a $2 million verdict.  Mr. Seeger also served Plaintiffs' Steering Committees in New Jersey and New York state courts.  Seeger Weiss reached a global settlement with Pfizer.

- *In re Phenylpropanolamine (PPA) Prods. Liab. Litig.*, MDL No. 1407 (W.D. Wa.): Plaintiffs' Steering Committee member appointed by Hon. Barbara Rothstein, and parallel appointment in New York state court litigation before Judge Helen Freedman.  Mr. Seeger was a principal negotiator of a nationwide settlement for injuries resulting from Dexatrim.

**Representative Publications and Presentations**
- *Mass Torts and Multi-District Litigation*, Panelist (NYU Center on Civil Justice, 2016)

- *Bench-Bar Academy* and *Multi-District Litigation Institute*, Panelist (Duke Law School, Center for Judicial Studies, 2013-2015)

- *Administrative Housekeeping and Ethical Matters in Mass Tort MDLs and Class Actions*, Sedona Conf. J., Fall 2012 (with David Buchanan and James O'Brien)