Joseph R. Saveri (State Bar No. 130064)
Nicomedes S. Herrera (State Bar No. 275332)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery, Suite 1210
San Francisco, CA 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:  jsaveri@saverilawfirm.com
         nherrera@saverilawfirm.com

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION. | Case No. 3:17-md-02777-EMC<br><br>**NOTICE OF APPEARANCE OF NICOMEDES SY HERRERA** |
| THIS DOCUMENT RELATES TO:<br>*Gaines v. Fiat Chrysler Automobiles N.V. et al.*<br>Case No. 3:17-cv-01051-EMC | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Nicomedes S. Herrera of Joseph Saveri Law Firm, Inc., 555 Montgomery Street, Suite 1210, San Francisco, California 94111, hereby appears as counsel of record in the above-titled action on behalf of Plaintiff Jason Gaines, and requests that copies of all future notices, pleadings, and other documents filed in this action be provided to him at the address below.

> Nicomedes S. Herrera (State Bar No. 275332)
> JOSEPH SAVERI LAW FIRM, INC.
> 555 Montgomery, Suite 1200
> San Francisco, CA 94111
> Telephone: (415) 500-6800
> Facsimile: (415) 395-9940
> Email: nherrera@saverilawfirm.com

Dated: May 10, 2017         By:     */s/ Nicomedes S. Herrera*
                                    Nicomedes S. Herrera

> Joseph R. Saveri (State Bar No. 130064)
> Nicomedes S. Herrera (State Bar No. 275332)
> JOSEPH SAVERI LAW FIRM, INC.
> 555 Montgomery, Suite 1200
> San Francisco, CA 94111
> Telephone: (415) 500-6800
> Facsimile: (415) 395-9940
> Email: jsaveri@saverilawfirm.com
>         nherrera@saverilawfirm.com
>
> *Attorneys for Plaintiff and the Proposed Class*