Robins Kaplan LLP
Michael F. Ram, SBN #104805
*mram@robinskaplan.com*
Susan Brown, SBN #287986
*sbrown@robinskaplan.com*
2440 W El Camino Real
Suite 100
Mountain View, CA  94040
Telephone:    650 784 4040
Facsimile:      650 784 4041
*Attorneys for Chatom Motor Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  17-md-02777-EMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |
|---|---|

PLEASE TAKE NOTICE THAT Michael F. Ram of Robins Kaplan LLP, 2440 W El Camino Real, Suite 100, Mountain View, CA hereby enters his Notice of Appearance on behalf of Plaintiff Chatom Motor Company in the above-referenced matter.

Please serve said counsel with all future pleadings and notices in this action.

ROBINS KAPLAN LLP

DATED: May 30, 2017

By:    /s/ Michael F. Ram
Michael F. Ram, SBN #104805
*mram@robinskaplan.com*
Susan S. Brown, SBN #287986
*sbrown@robinskaplan.com*
2440 W El Camino Real
Suite 100
Mountain View, CA 94040
650 784 4040

Stacey P. Slaughter, (*admitted pro hac vice*)
Kaitlyn Johnson (*pro hac vice to be filed*)
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
612 349 8500

*ATTORNEYS FOR CHATOM MOTOR COMPANY*

87984353.1

NOTICE OF APPEARANCE
17-MD-02777-EMC