Robins Kaplan LLP
Michael F. Ram, SBN #104805
*mram@robinskaplan.com*
Susan S. Brown, SBN #287986
*sbrown@robinskaplan.com*
2440 W El Camino Real
Suite 100
Mountain View, CA  94040
Telephone:     650 784 4040
Facsimile:      650 784 4041
*Attorneys for Chatom Motor Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  17-md-02777-EMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |
|---|---|

　　　PLEASE TAKE NOTICE THAT Susan S. Brown of Robins Kaplan LLP, 2440 W El Camino Real, Suite 100, Mountain View, CA hereby enters her Notice of Appearance on behalf of Plaintiff Chatom Motor Company in the above-referenced matter.

　　　Please serve said counsel with all future pleadings and notices in this action.

DATED: May 30, 2017

ROBINS KAPLAN LLP

By:     /s/ Susan S. Brown
　　　　Susan S. Brown, SBN #287986
　　　　sbrown@robinskaplan.com
　　　　Michael F. Ram, SBN #104805
　　　　*mram@robinskaplan.com*
　　　　2440 W El Camino Real
　　　　Suite 100
　　　　Mountain View, CA 94040
　　　　650 784 4040

　　　　Stacey P. Slaughter, (*admitted pro hac vice*)
　　　　Kaitlyn Johnson (*pro hac vice to be filed*)
　　　　800 LaSalle Avenue
　　　　Suite 2800
　　　　Minneapolis, MN 55402
　　　　612 349 8500

　　　　*ATTORNEYS FOR CHATOM MOTOR COMPANY*

87984353.1

NOTICE OF APPEARANCE
17-MD-02777-EMC