JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

LEIGH P. RENDÉ (PA 203452)
Trial Attorney
JOSEPH W.C. WARREN (DC 452913)
Senior Counsel
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington DC 20044-7611
Telephone: (202) 514-1461
Facsimile: (202) 514-0097
Email: leigh.rende@usdoj.gov
       joseph.warren@usdoj.gov

*Attorneys for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CHRYSLER-DODGE-JEEP "ECODIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No: 3:17-MD-2777-EMC<br><br>**NOTICE REGARDING REPRESENTATION OF THE INTERESTS OF THE UNITED STATES OF AMERICA**<br><br>Hon. Edward M. Chen |

**NOTICE**
**REGARDING REPRESENTATION OF THE INTERESTS OF**
<u>**THE UNITED STATES OF AMERICA**</u>

Plaintiff United States, acting on behalf of the U.S. Environmental Protection Agency ("EPA"), files this notice regarding representation of the interest of the United States in this matter and states its intent to coordinate with other plaintiffs, as well as with defendants, in conducting the pretrial stage of this litigation. In support of this notice, the United States states

as follows:

1. On April 14, 2017, the Court issued Pretrial Order No. 1 (Dkt. No. 6) stating, among other things, that the Court intends to appoint Plaintiffs' Lead Counsel and a Plaintiffs' Steering Committee ("PSC") to conduct and coordinate the pretrial stage of this litigation with the defendants' representatives or committee.

2. On June 8, 2017, the Judicial Panel on Multidistrict Litigation transferred to this Court *United States v. Fiat Chrysler Automobiles, N.V. et al*, Case No. 17-11633 (E.D. Mich.), for coordinated or consolidated pretrial proceedings in this multidistrict litigation (MDL). (Dkt. No. 154).

4. Under 28 U.S.C. §§ 516 and 519, neither Plaintiffs' Lead Counsel nor the PSC may represent the interests of the United States in this litigation. Congress has mandated that, except as otherwise authorized by law, the "Attorney General shall supervise all litigation to which the United States . . . is a party," and "officers of the Department of Justice, under the direction of the Attorney General," shall be responsible for "the conduct of [such] litigation" and "securing evidence therefor." *Id.* at §§ 516 and 519.

5. At present, no government entity other than the United States has joined this MDL. Counsel for the United States anticipate, where practicable, coordinating with representatives of states that have asserted an interest in this matter.[1] In the event that other government actions are consolidated with this MDL in the future, it may be appropriate for the Court to appoint a government coordinating counsel – a role that the Environmental Enforcement

---

[1] Attorney Leigh Rendé will serve as lead counsel for the United States for the purposes of coordinating with other government entities that have asserted an interest in this matter.

Section of the United States Department of Justice has filled in other MDLs.[2]

6. In the interim, the United States will attend the hearing on June 14, 2017 and will be ready to provide any assistance that the Court may request as it considers and selects lead counsel and a PSC for the private plaintiffs. The United States looks forward to joining with the court-appointed Lead Counsel and PSC in coordinating and conducting pretrial litigation with defendants' representatives or committee.

Respectfully submitted,

Dated: June 13, 2017

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

By:
*/s/ Leigh P. Rendé*
LEIGH P. RENDÉ
JOSEPH W.C. WARREN
EMILY C. POWERS
LESLIE ALLEN
ZACHARY N. MOOR
NIGEL B. COONEY
ANNA GRACE
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-1461
Facsimile: (202) 514-0097
leigh.rende@usdoj.gov
joseph.warren@usdoj.gov

*Counsel for the United States*

---

[2] The Environmental Enforcement Section of the United States Department of Justice served as government coordinating counsel in two recent MDLs: *In Re: Oil Spill by the Oil Rig "Deep Water Horizon" in the Gulf of Mexico*, on April 20, 2010 (MDL No. 2179), and *In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation* (MDL No. 2672).

OF COUNSEL:
Kathryn Pirrotta Caballero, Senior Attorney
Caitlin Meisenbach, Attorney Advisor
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, DC 20460

# **CERTIFICATE OF SERVICE**

In compliance with Civil Local Rule 5-5, I hereby certify that on June 13, 2017, a true and correct copy of the foregoing Notice Regarding Representation of the Interests of the United States of America was served electronically on all parties to this multidistrict litigation via the CM/ECF system. I further certify that I caused the foregoing to be sent via U.S. Mail to the non-CM/ECF participants identified on the Manual Service List below:

Manual Service List:

| | |
|---|---|
| Andrew Sciolla<br>Pogust Braslow & Millrood LLC<br>161 Washington Street<br>Suite 1520<br>Conshohocken, PA 19428 | James W. Anderson<br>Heins Mills & Olson, P.L.C.<br>310 Clifton Avenue<br>Minneapolis, MN 55403 |
| C. Morris Mullin<br>Waldrep Mullin & Callahan LLC<br>111 12th Street, Suite 300<br>P.O. Box 351<br>Columbus, GA 31902 | K Stephen Jackson<br>Jackson and Tucker, P.C.<br>2229 First Avenue North<br>Birmingham, AL 35203-4203 |
| Harris L. Pogust<br>Pogust Braslow & Millrood, LLC<br>Eight Tower Bridge, Suite 940<br>161 Washington Street<br>Conshohocken, PA 19428 | |

*/s/ Leigh P. Rendé*
LEIGH P. RENDÉ
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Environmental Enforcement Section
PO Box 7611, Ben Franklin Station
Washington, DC 20044
(202) 514-1461 (Rendé)
leigh.rende@usdoj.gov
*Attorney for the United States*