OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** June 14, 2017     **Time:** 3 hours 9 minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 17-md-02777-EMC and all members cases     **Case Name:** In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation

**Attorney for Plaintiff United States:** Emily C. Powers and Leigh P. Rende

**Attorney for Plaintiffs:** Elizabeth J. Cabraser, Steve W. Berman, Lynn Lincoln Sarko, Richard M. Hagstrom, Joseph R. Saveri, Michael Heygood, Nicomedes Sy Herrera, Marc Michaud, Joseph F. Rice, Tina Wolfson, Todd A. Seaver, Eric H. Gibbs, James E. Cecchi, Robert C. Gilbert, Roland Tellis, W. Daniel Miles, Lesley Weaver, David S. Stellings, James C. Shah, J. Gerard Stranch, Theodore J. Leopold, David S. Casey, Jr., Amy Zeman, Jennifer R. Scullion, Rachel L Jensen, Cathy K. Smith, Benjamin L. Bailey, Stacey P. Slaughter, Michael Ram, Adam J. Levitt, E. Power Miller, and Francis O. Scarpulla

**Attorney for Defendant:** Robert J. Giuffra, Jr. and Darrell S. Cafasso  (FCA)
Matthew Slater  (Bosch)

and all other parties listed in Courtcall's 6/14/17 schedule appeared by telephone

**Deputy Clerk:** Betty Lee     **Court Reporter:** Angela Pourtabib

PROCEEDINGS

- Motions to Appoint Plaintiffs' Lead Counsel and Steering Committee

SUMMARY

As stated on the record, defense counsel Robert Giuffra, Jr. updated the Court with current status.  AUSA responded to defense counsel's updates.

11 attorneys made presentation on their Motions for Appointment as Lead Counsel/Members on Plaintiff's Steering Committee.  18 attorneys made presentation on their Motions for Appointment as Members on Plaintiffs' Steering Committee.

Court took matter under submission and to issue order and set further hearing date.