# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:17-md-02777-EMC<br><br>**[PROPOSED] ORDER REGARDING PRODUCTION OF TRANSCRIPTS OF COURT PROCEEDINGS**<br><br>The Honorable Edward M. Chen |

The United States District Court for the Northern District of California's General Order No. 59 provides that "[f]or the first 90 days after the transcript is electronically filed, access to the transcript in CM/ECF will be restricted to . . . (d) other persons as directed by the court."

In accordance with General Order No. 59, the Court ORDERS transcripts for all proceedings in the above-captioned matter to be made available on the case website, located at http://cand.uscourts.gov/emc/chryslermdl. Following each court proceeding at which a court reporter is present, Plaintiffs' Lead Counsel shall file an order at the "daily" rate for one (1) original and eight (8) copies of the transcript for that proceeding. Private Plaintiffs and Defendants shall bear the costs of that order.

Transcripts shall, as soon as practicable, be posted on the case website

**IT IS SO ORDERED.**

Dated: 7/3/2017



_____
EDWARD M. CHEN
United States District Judge