JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

LEIGH P. RENDÉ (PA 203452)
Trial Attorney
JOSEPH W.C. WARREN (DC 452913)
Senior Counsel
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington DC 20044-7611
Telephone: (202) 514-1461
Facsimile: (202) 514-0097
Email: leigh.rende@usdoj.gov
       joseph.warren@usdoj.gov

*Attorneys for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP "ECODIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No: 3:17-MD-2777-EMC<br><br>**RESPONSE TO NOTICE OF INTENT TO APPOINT KENNETH FEINBERG AS SETTLEMENT MASTER**<br><br>Hon. Edward M. Chen |

**UNITED STATES' RESPONSE TO NOTICE OF INTENT TO APPOINT**
**KENNETH FEINBERG AS SETTLEMENT MASTER**

Plaintiff United States, acting on behalf of the U.S. Environmental Protection Agency ("EPA"), files this response to the Court's Notice of Intent to Appoint Kenneth Feinberg as Settlement Master. (Dkt. No. 182, "PTO 5"). The United States does not object to the appointment of Mr. Feinberg as Settlement Master, provided that the appointment not take effect until after the expiration or termination of Mr. Feinberg's contract to provide consulting services

to Volkswagen ("VW") in connection with a similar case involving the same defense counsel, Robert Giuffra.

As Mr. Feinberg has appropriately disclosed in this case, he currently serves as a consultant to the defendant in the VW Clean Diesel Marketing, Sales Practices, and Products Liability Litigation currently before the Honorable Charles R. Breyer in the Northern District of California in which the United States is also a plaintiff.[1] (PTO 5 Exhibit B, Dkt. No. 182-2). In his role as consultant, Mr. Feinberg is paid a monthly retainer to consult with VW counsel in that case, Mr. Giuffra. *Id*. As the Court is aware, Mr. Giuffra represents the defendants named by the United States in this case, which shares a number of similarities with the VW litigation.

Mr. Feinberg has disclosed that his consultant contract with VW expires on September 1, 2017. *Id.* To avoid any appearance of a potential lack of impartiality, the United States respectfully requests that the duties of Mr. Feinberg as Settlement Master become effective after the expiration or termination of Mr. Feinberg's contract as a consultant in the VW matter.

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

---

[1] Case No. 3:15-md-02672-CRB, In Re Volkswagen "Clean Diesel" MDL.

RESPONSE TO NOTICE OF INTENT TO     2
APPOINT SETTLEMENT MASTER
Case No. 3:17-md-2777 (EMC)

|   |   |
|---|---|
| 1 | By: |
| 2 | */s/ Leigh P. Rendé* |
| 3 | LEIGH P. RENDÉ |
|   | JOSEPH W.C. WARREN |
| 4 | EMILY C. POWERS |
|   | LESLIE ALLEN |
| 5 | ZACHARY N. MOOR |
|   | NIGEL B. COONEY |
| 6 | ANNA GRACE |
| 7 | Environmental Enforcement Section |
|   | Environment and Natural Resources Division |
| 8 | United States Department of Justice |
|   | P.O. Box 7611 |
| 9 | Washington, D.C. 20044-7611 |
| 10 | Telephone: (202) 514-1461 |
|   | Facsimile: (202) 514-0097 |
| 11 | leigh.rende@usdoj.gov |
| 12 | joseph.warren@usdoj.gov |
| 13 | *Counsel for the United States* |

OF COUNSEL:
Kathryn Pirrotta Caballero, Senior Attorney
Caitlin Meisenbach, Attorney Advisor
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, DC 20460

RESPONSE TO NOTICE OF INTENT TO      3
APPOINT SETTLEMENT MASTER
Case No. 3:17-md-2777 (EMC)

**CERTIFICATE OF SERVICE**

In compliance with Civil Local Rule 5-5, I hereby certify that on July 12, 2017, a true and correct copy of the foregoing Response to Notice of Intent to Appoint Kenneth Feinberg as Settlement Master was served electronically on all parties to this multidistrict litigation via the CM/ECF system. I further certify that I caused the foregoing to be sent via U.S. Mail to the non-CM/ECF participants identified on the Manual Service List below:

Manual Service List:

Andrew Sciolla
Pogust Braslow & Millrood LLC
161 Washington Street
Suite 1520
Conshohocken, PA 19428

James W. Anderson
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403

C. Morris Mullin
Waldrep Mullin & Callahan LLC
111 12th Street, Suite 300
P.O. Box 351
Columbus, GA 31902

K Stephen Jackson
Jackson and Tucker, P.C.
2229 First Avenue North
Birmingham, AL 35203-4203

Harris L. Pogust
Pogust Braslow & Millrood, LLC
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA 19428

*/s/ Leigh P. Rendé*
LEIGH P. RENDÉ
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Environmental Enforcement Section
PO Box 7611, Ben Franklin Station
Washington, DC 20044
 (202) 514-1461 (Rendé)
leigh.rende@usdoj.gov
*Attorney for the United States*

RESPONSE TO NOTICE OF INTENT TO       4
APPOINT SETTLEMENT MASTER
Case No. 3:17-md-2777 (EMC)