| | |
|---|---|
| Elizabeth J. Cabraser (State Bar No. 083151)<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>Email: ecabraser@lchb.com<br><br>*Plaintiffs' Lead Counsel*<br><br>Leigh P. Rendé (PA Bar No. 203452)<br>UNITED STATES DEPARTMENT OF JUSTICE<br>Environment and Natural Resources Division<br>Environmental Enforcement Section<br>P.O. Box 7611, Ben Franklin Station<br>Washington, DC 20044-7611<br>Telephone: (202) 514-1461<br>Email: leigh.rende@usdoj.gov<br><br>*Government Coordinating Counsel* | Robert J. Giuffra, Jr.<br>William B. Monahan<br>Darrell S. Cafasso<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>Email: giuffrar@sullcrom.com<br>Email: monahanw@sullcrom.com<br>Email: cafassod@sullcrom.com<br><br>*Counsel for Fiat Chrysler Automobiles N.V. and FCA US LLC*<br><br>Matthew Slater<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Ave., N.W.<br>Washington, DC 20006<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br>Email: mslater@cgsh.com<br><br>*Counsel for Robert Bosch LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:17-md-02777-EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>The Honorable Edward M. Chen |

WHEREAS, the Court set an August 8, 2017 case management conference in Pretrial Order Number 3 ("PTO 3") (Dkt. 173);

WHEREAS, PTO 3 requires the Plaintiffs' Steering Committee (the "PSC"), Government Coordinating Counsel, and counsel for the Defendants (collectively, the "Parties") to file a joint

case management conference statement one week prior to the August 8, 2017 case management conference;

WHEREAS, the PSC and Government Coordinating Counsel have met and conferred with counsel for the Defendants regarding the joint case management conference statement;

WHEREAS, due to the complexities of this litigation, the Parties require an additional 48 hours to continue to negotiate the joint case management conference statement;

WHEREAS, as set forth in the accompany declaration of Plaintiffs' Lead Counsel Elizabeth J. Cabraser, the Parties have not requested any previous extension of time;

IT IS THEREFORE STIPULATED AND AGREED by the Parties, subject to the Court's approval, as follows:[1]

1. The deadline for the Parties to file their joint case management conference statement is August 3, 2017.

**SO STIPULATED.**

Dated: August 1, 2017          Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ *Elizabeth J. Cabraser*
    Elizabeth J. Cabraser

275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

*Plaintiffs' Lead Counsel and Chair of the Plaintiffs' Steering Committee*

---

[1] In entering into this stipulation, Defendants do not waive, and expressly preserve, all defenses, including all defenses concerning jurisdiction.

| | | |
|---|---|---|
| Dated: August 1, 2017 | SULLIVAN & CROMWELL LLP | |

By: */s/ Robert J. Giuffra, Jr.*
      Robert J. Giuffra, Jr.

Robert J. Giuffra, Jr.
William B. Monahan
Darrell S. Cafasso
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
giuffrar@sullcrom.com
monahanw@sullcrom.com
cafassod@sullcrom.com

*Counsel for Fiat Chrysler Automobiles N.V. and FCA US LLC*

Dated: August 1, 2017    CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Matthew D. Slater*
      Matthew D. Slater

Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
mslater@cgsh.com

*Counsel for Robert Bosch LLC*

Dated: August 1, 2017    U.S. DEPARTMENT OF JUSTICE

By: */s/ Leigh P. Rendé*
      Leigh P. Rendé

United States Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: (202) 514-1461
leigh.rende@usdoj.gov

*Government Coordinating Counsel*

**[PR~~OPO~~SED] ORDER GRANTING STIPULATION TO EXTEND TIME**

Based on the foregoing Stipulation, the Court GRANTS the Parties' Stipulation to Extend Time to File Joint Case Management Conference Statement. The deadline for the Parties to file their joint case management conference statement is August 3, 2017

IT IS SO ORDERED.

DATED: ___8/2___, 2017.    _____
Edward M. Chen
United States District Judge



## **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from the signatories.

Dated: August 1, 2017  /s/ *Elizabeth J. Cabraser*
Elizabeth J. Cabraser

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 1, 2017, a true and correct copy of the foregoing was electronically filed and served electronically via the Court's CM/ECF system, which will automatically serve notice to all registered counsel of record.

/s/ *Elizabeth J. Cabraser*
Elizabeth J. Cabraser