| | |
|---|---|
| Leigh P. Rendé<br>Joseph W.C. Warren<br>UNITED STATES DEPARTMENT OF JUSTICE<br>Environment and Natural Resources Division<br>Environmental Enforcement Section<br>P.O. Box 7611, Ben Franklin Station<br>Washington, DC 20044-7611<br>Telephone: (202) 514-1461<br>Email: leigh.rende@usdoj.gov<br><br>*Counsel for the United States* | Robert J. Giuffra, Jr.<br>William B. Monahan<br>Darrell S. Cafasso<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>Email: giuffrar@sullcrom.com<br>Email: monahanw@sullcrom.com<br>Email: cafassod@sullcrom.com<br><br>*Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, VM Motori, S.p.A., and VM North America, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:17-md-02777-EMC<br><br>**STIPULATION AND [P~~ROPOSE~~D ORDER] TO EXTEND TIME TO RESPOND TO UNITED STATES COMPLAINT**<br><br>The Honorable Edward M. Chen |

WHEREAS, on May 23, 2017, the United States Department of Justice (the "United States") filed its Complaint (the "United States Complaint") against defendants Fiat Chrysler Automobiles N.V., FCA US LLC, VM Motori S.p.A., and VM North America, Inc. (collectively, "Defendants," and together with the United States, the "Parties");

WHEREAS, pursuant to the Court's Pretrial Order No. 9 (Dkt. No. 202), the Parties have met and conferred and have agreed to extend the time for Defendants to respond to the United States Complaint until October 6, 2017.[1]

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto, through their undersigned counsel, and subject to the Court's approval, that Defendants shall answer, move to dismiss, or otherwise respond to the DOJ Complaint by October 6, 2017.

**SO STIPULATED.**

Dated: August 18, 2017         Respectfully submitted,

SULLIVAN & CROMWELL LLP

By: /s/ Robert J. Giuffra, Jr.
    Robert J. Giuffra, Jr.

Robert J. Giuffra, Jr.
William B. Monahan
Darrell S. Cafasso
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
giuffrar@sullcrom.com
monahanw@sullcrom.com
cafassod@sullcrom.com

*Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, VM Motori, S.p.A., and VM North America, Inc.*

---

[1] In entering into this stipulation, Defendants do not waive, and expressly preserve, all defenses, including all defenses concerning jurisdiction.

| | | |
|---|---|---|
| 1 | Dated: August 18, 2017 | UNITED STATES DEPARTMENT OF JUSTICE |
| 2 | | |
| 3 | | By: <u>*/s/ Leigh P. Rendé*</u><br>Leigh P. Rendé |
| 4 | | Environment and Natural Resources Division |
| 5 | | Environmental Enforcement Section<br>P.O. Box 7611, Ben Franklin Station<br>Washington, DC 20044-7611 |
| 6 | | Telephone: (202) 514-1461<br>Email: leigh.rende@usdoj.gov |
| 7 | | |
| 8 | | *Counsel for the United States* |

**[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO DOJ COMPLAINT**

Based on the foregoing Stipulation, the Court GRANTS the Parties' Stipulation to Extend Time to Respond to the United States Complaint. Defendants shall respond to the United States Complaint by October 6, 2017.

IT IS SO ORDERED.

DATED: ___8/18___, 2017.



## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from the signatories.

Dated: August 18, 2017
/s/ *C. Megan Bradley*
C. Megan Bradley

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2017, a true and correct copy of the foregoing was electronically filed and served electronically via the Court's CM/ECF system, which will automatically serve notice to all registered counsel of record.

*/s/ C. Megan Bradley*
C. Megan Bradley