

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DAVID E. NACHMAN
SENIOR ENFORCEMENT COUNSEL
EXECUTIVE DIVISION

September 5, 2017

<u>*Via UPS Next Day Air*</u>

The Honorable Edward M. Chen
United States District Court
Northern District of California
San Francisco Courthouse
Courtroom 5 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Mr. Kenneth R. Feinberg
The Willard Office Building
1455 Pennsylvania Avenue, NW
Suite 390
Washington, DC 20004-1008

*In re: Chrysler-Dodge-Jeep Ecodiesel Marketing, Sales Practices, And Products Liability Litigation*, No. 17-md-02777 EMC – This Correspondence Relates To All Actions

Dear Judge Chen and Mr. Feinberg:

Further to our letter dated August 23, 2017, we write to advise the Court and Mr. Feinberg, the Court-appointed mediator in this matter, that the jurisdictions that have authorized the undersigned to participate on their behalf in connection with the mediation effort in this matter include the District of Columbia and every State except California and South Dakota.

Respectfully yours,

David E. Nachman
Senior Enforcement Counsel – Executive Division
Office of the New York Attorney General

and

Corey L. Maze
Special Deputy Attorney General
Office of the Alabama Attorney General

Brendan T. Flynn
Assistant Attorney General
Office of the Connecticut Attorney General

Cassandra Halm
Assistant Attorney General
Office of the Illinois Attorney General

Patrick Henry McCormally
Assistant Attorney General
Office of the Maryland Attorney General

Gillian Feiner
Managing Attorney
Office of the Massachusetts Attorney General

Althea Cullen
Assistant Attorney General
Office of the Oregon Attorney General

Nanette DiNunzio
Assistant Attorney General
Office of the Texas Attorney General

John Nelson
Assistant Attorney General
Office of the Washington Attorney General


Cc (by Overnight Mail):

Leigh Rendé
    U.S. Department of Justice

Elizabeth J. Cabraser
    Lieff Cabraser Heimann & Bernstein – Plaintiffs' Lead Counsel

Robert J. Giuffra Jr.
    Sullivan & Cromwell – for FCA

David E. Brodsky
    Cleary Gottlieb – for Bosch

Judy Fiorentini
    Office of the California Attorney General