```
Robert J. Giuffra, Jr. (admitted pro hac vice)
giuffrar@sullcrom.com
William B. Monahan (admitted pro hac vice)
monahanw@sullcrom.com
Darrell S. Cafasso (admitted pro hac vice)
cafassod@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588
```

*Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, Sergio Marchionne, V.M. Motori S.p.A., and V.M. North America, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE : CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to :<br><br>ALL ACTIONS | Case No. 3:17-md-02777-EMC<br><br>The Honorable Edward M. Chen<br><br>**DECLARATION OF DARRELL S. CAFASSO IN SUPPORT OF DEFENDANTS FIAT CHRYSLER AUTOMOBILES N.V., FCA US LLC, SERGIO MARCHIONNE, VM MOTORI S.p.A., AND VM NORTH AMERICA, INC.'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED CONSOLIDATED CONSUMER CLASS ACTION COMPLAINT** |

I, Darrell S. Cafasso, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the Bar of the State of New York and of Sullivan & Cromwell LLP, counsel for Defendants Fiat Chrysler Automobiles

N.V. ("FCA NV"), FCA US LLC ("FCA US"), Sergio Marchionne, V.M. Motori S.p.A., and V.M. North America, Inc. (the "FCA Defendants") in the above-captioned action.  I have been admitted *pro hac vice* to appear in this Action.

2.  I submit this Declaration to provide the Court with certain materials cited in the FCA Defendants' Memorandum Of Law in Support of Their Motion to Dismiss the Amended Consolidated Consumer Class Action Complaint.

3.  Annexed hereto as <u>Exhibit 1</u> is a true and correct copy of excerpts from FCA N.V.'s Annual Report for 2016, dated February 28, 2017, which is publicly available at https://www.sec.gov/Archives/edgar/data/1605484/000160548417000019/fcaannualreport20161231.htm.

4.  Annexed hereto as <u>Exhibit 2</u> is a true and correct copy of excerpts from Volkswagen AG's Statement of Facts, which was appended as Exhibit 2 to the Rule 11 Plea Agreement entered in *United States* v. *Volkswagen AG*, No. 16-CR-20394 (E.D. Mich.), signed January 11, 2017.

5.  Annexed hereto as <u>Exhibit 3</u> is a true and correct copy of excerpts from the hearing transcript of testimony given by Michael Horn, former President and Chief Executive Officer of Volkswagen Group, to the House of Representatives' Committee on Energy and Commerce, dated October 8, 2015, which is publicly available at http://docs.house.gov/meetings/IF/IF02/20151008/104046/HHRG-114-IF02-Wstate-HornM-20151008.pdf.

6.  Annexed hereto as <u>Exhibit 4</u> is a true and correct copy of the Letter that Byron J. Bunker, Director of the Compliance Division at the Office of Transportation and Air Quality of the U.S. Environmental Protection Agency ("EPA"), sent to automobile manufacturers, including FCA US, regarding EPA's intent to conduct confirmatory testing, dated September 25, 2015, which is publicly available at https://www.epa.gov/sites/production/files/2015-10/documents/cd-mfr-guid-ltr-2015-09-25.pdf.

-1-

7. Annexed hereto as Exhibit 5 is a true and correct copy of the Notice of Violation ("NOV") that the EPA issued to FCA NV and FCA US, dated January 12, 2017, which is publicly available at https://www.epa.gov/sites/production/files/2017-01/documents/fca-caa-nov-2017-01-12.pdf.

8. Annexed hereto as Exhibit 6 is a true and correct copy of the NOV issued by the California Air Resource Board ("CARB") to FCA NV and FCA US, dated January 12, 2017, which is publicly available at https://www.arb.ca.gov/msprog/fca/fca_arb_nov.pdf.

9. Annexed hereto as Exhibit 7 is a true and correct copy of CARB's Conditional Executive Order authorizing FCA to sell MY 2017 Jeep Grand Cherokee and Ram 1500 vehicles with 3.0L V6 diesel engines in the State of California, dated July 27, 2017, which is publicly available at https://www.arb.ca.gov/msprog/onroad/cert/pcldtmdv/2017/fiatchrysler_ldt_a0091321_3d0_l2_diesel.pdf.

10. Annexed hereto as Exhibit 8 is a true and correct copy of EPA's Conditional Certificate of Compliance authorizing FCA to sell Model Year ("MY") 2017 Jeep Grand Cherokee and Ram 1500 vehicles with 3.0L V6 diesel engines in the United States, dated July 28, 2017.

11. Annexed hereto as Exhibit 9 is a true and correct copy of the FCA US Press Release announcing Certification of MY 2017 Jeep Grand Cherokee and Ram 1500 vehicles with 3.0L V6 diesel engines, dated July 28, 2017, which is publicly available at http://media.fcanorthamerica.com/newsrelease.do?id=18476&mid=&searchresult.

12. Annexed hereto as Exhibit 10 is a true and correct copy of the Amended Consolidated Consumer Class Action Complaint in the above-captioned action, dated September 29, 2017 (ECF No. 225).

13. Annexed hereto as <u>Exhibit 11</u> is a true and correct copy of excerpts from the U.S. Department of Justice's ("DOJ") Complaint in *United States* v. *FCA US LLC*, No. MDL 2777 (N.D. Cal. 2016), dated May 23, 2017 (ECF No. 132).

14. Annexed hereto as <u>Exhibit 12</u> is a true and correct copy of excerpts from the DOJ's Complaint in *In re Volkswagen 'Clean Diesel' Marketing, Sales Practices, & Prods. Liab. Litig.*, No. MDL 2672 (N.D. Cal. 2016), dated January 1, 2016 (ECF No. 1).

15. Annexed hereto as <u>Exhibit 13</u> is a true and correct copy of excerpts from the Plaintiffs' Amended Consolidated Consumer Class Action Complaint in *In re Volkswagen 'Clean Diesel' Marketing, Sales Practices, & Prods. Liab. Litig.*, No. MDL 2672 (N.D. Cal. 2016), dated September 2, 2016 (ECF No. 1804).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of October 2017 in New York, New York.

/*s*/ Darrell S. Cafasso_____
Darrell S. Cafasso