| | |
|---|---|
| Elizabeth J. Cabraser (State Bar No. 083151)<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>Email: ecabraser@lchb.com<br><br>*Plaintiffs' Lead Counsel*<br><br>Leigh P. Rendé (PA Bar No. 203452)<br>Joseph W.C. Warren (D.C. Bar No. 452913)<br>UNITED STATES DEPARTMENT OF JUSTICE<br>Environment and Natural Resources Division<br>Environmental Enforcement Section<br>P.O. Box 7611, Ben Franklin Station<br>Washington, DC 20044-7611<br>Telephone: (202) 514-1461<br>Email: leigh.rende@usdoj.gov<br><br>*Counsel for the United States* | Robert J. Giuffra, Jr.<br>William B. Monahan<br>Darrell S. Cafasso<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>Email: giuffrar@sullcrom.com<br>Email: monahanw@sullcrom.com<br>Email: cafassod@sullcrom.com<br><br>*Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, V.M. Motori S.p.A., V.M. North America, Inc., and Sergio Marchionne*<br><br>Matthew Slater<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Ave., N.W.<br>Washington, DC 20006<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br>Email: mslater@cgsh.com<br><br>*Counsel for Robert Bosch LLC and Robert Bosch GmbH* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:17-md-02777-EMC<br><br>**STIPULATION AND [PRO~~POS~~ED] ORDER TO EXTEND TIME TO FILE JOINT PROPOSED ELECTRONICALLY STORED INFORMATION PROTOCOL** |

WHEREAS, pursuant to the Court's Pretrial Order No. 12 (Docket No. 222) and Amended Pretrial Order No. 12 (Docket No. 227), the Plaintiffs' Steering Committee, on behalf of the consumer and reseller dealer class plaintiffs, the Department of Justice, on behalf of the United States Environmental Protection Agency, and counsel for Defendants FCA US LLC, Fiat Chrysler Automobiles N.V., V.M. Motori S.p.A., V.M. North America, Inc., Sergio Marchionne,

1 | Robert Bosch, LLC, and Robert Bosch GmbH (collectively, "Defendants") (jointly, "the Parties")
2 | are required to submit a joint proposed Electronically Stored Information ("ESI") Protocol within
3 | thirty (30) days of the entry of Pretrial Order No. 12;

WHEREAS, thirty (30) days from the entry of Pretrial Order No. 12 (Docket 222) is October 28, 2017 and thirty (30) days from the entry of Amended Pretrial Order No. 12 (Docket 227) is November 1, 2017;

WHEREAS, the Parties have met and conferred, and exchanged drafts of the joint proposed ESI Protocol;

WHEREAS, the Parties have reached agreement on a substantial portion of the issues addressed by the joint proposed ESI Protocol; and

WHEREAS, due to the complexities of the technical issues involved with developing a joint proposed ESI Protocol that completely and comprehensively addresses the issues involved, the Parties require additional time to continue negotiations and finalize agreed terms;

IT IS THEREFORE STIPULATED AND AGREED by the Parties, subject to the Court's approval, as follows:

1. The deadline for the Parties to file their joint proposed ESI Protocol is November 14, 2017.

Dated: October 27, 2017  Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ *Elizabeth J. Cabraser*
    Elizabeth J. Cabraser

275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
ecabraser@lchb.com

*Plaintiffs' Lead Counsel and Chair of the Plaintiffs' Steering Committee*

| | | |
|---|---|---|
| Dated: October 27, 2017 | | SULLIVAN & CROMWELL LLP |

By: */s/ Robert J. Giuffra, Jr.*
      Robert J. Giuffra, Jr.

Robert J. Giuffra, Jr.
William B. Monahan
Darrell S. Cafasso
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
giuffrar@sullcrom.com
monahanw@sullcrom.com
cafassod@sullcrom.com

*Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, V.M. Motori S.p.A., V.M. North America, Inc., and Sergio Marchionne*

Dated: October 27, 2017    CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Matthew D. Slater*
      Matthew D. Slater

Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
mslater@cgsh.com

*Counsel for Robert Bosch LLC and Robert Bosch GmbH*

Dated: October 27, 2017    U.S. DEPARTMENT OF JUSTICE

By: */s/ Leigh P. Rendé*
      Leigh P. Rendé

United States Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: (202) 514-1461
leigh.rende@usdoj.gov

*Government Coordinating Counsel*

# [PR~~OPO~~SED] ORDER GRANTING STIPULATION TO EXTEND TIME

Based on the foregoing Stipulation, the Court GRANTS the Parties' Stipulation to Extend Time to File Joint Proposed Electronically Stored Information Protocol. The deadline for the Parties to file their joint ESI Protocol is November 14, 2017.

IT IS SO ORDERED.

DATED: \_\_\_\_\_10/30\_\_\_\_\_, 2017  _____



1380446.1     - 4 -     JOINT STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE ESI PROTOCOL
3:17-MD-02777-EMC

## **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from the signatories.

Dated: October 27, 2017

/s/ *Elizabeth J. Cabraser*
Elizabeth J. Cabraser

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2017, a true and correct copy of the foregoing was electronically filed and served electronically via the Court's CM/ECF system, which will automatically serve notice to all registered counsel of record.

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser