| | |
|---|---|
| Elizabeth J. Cabraser (State Bar No. 083151)<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>Email: ecabraser@lchb.com<br><br>*Plaintiffs' Lead Counsel* | Robert J. Giuffra, Jr.<br>William B. Monahan<br>Darrell S. Cafasso<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>Email: giuffrar@sullcrom.com<br>Email: monahanw@sullcrom.com<br>Email: cafassod@sullcrom.com<br><br>*Counsel for Fiat Chrysler Automobiles N.V.,*<br>*FCA US LLC, Sergio Marchionne, V.M.*<br>*Motori, S.p.A. and V.M. North America, Inc.*<br><br>Matthew Slater<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>2000 Pennsylvania Ave., N.W.<br>Washington, DC 20006<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br>Email: mslater@cgsh.com<br><br>*Counsel for Robert Bosch LLC and Robert*<br>*Bosch GmbH* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP<br>ECODIESEL MARKETING, SALES<br>PRACTICES, AND PRODUCTS<br>LIABILITY LITIGATION | Case No. 3:17-md-02777-EMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING CLASS-**<br>**CERTIFICATION-RELATED**<br>**DEADLINES**<br><br>The Honorable Edward M. Chen |

WHEREAS, Amended Pretrial Order No. 12: Stipulated Discovery Schedule (Dkt. No. 227) establishes certain deadlines for Defendants Fiat Chrysler Automobiles N.V., FCA US LLC, Sergio Marchionne, V.M. Motori S.p.A., and V.M. North America, Inc. (the "FCA Defendants"), Robert Bosch LLC and Robert Bosch GmbH (the "Bosch Defendants"), and the Plaintiffs' Steering Committee ("PSC") (collectively, the "Parties") to engage in discovery and motion practice in the above-captioned action, including a January 31, 2018 deadline for the substantial completion of productions of non-privileged, responsive documents related to class certification;

WHEREAS, the FCA Defendants and the PSC have produced a significant number of documents potentially related to class certification issues, have been meeting and conferring in good faith concerning additional class-certification-related discovery, and believe that a short extension of class-certification-related deadlines would allow for the timely and efficient completion of these productions;

WHEREAS, the PSC and the Bosch Defendants are discussing further productions and believe that a short extension of class-certification-related deadlines would allow for the timely and efficient completion of these productions; and

WHEREAS, the Parties do not propose any other changes to the current schedule as a result of the short extension requested and agreed herein.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, and subject to the approval of the Court:

Deadlines related to class certification in Amended Pretrial Order No. 12 are adjusted as follows:

| Prior Deadline | New Deadline | Event |
| --- | --- | --- |
| January 31, 2018 | March 2, 2018 | The Class Plaintiffs and Defendants shall substantially complete their productions of non-privileged, responsive documents related to class certification. |
| March 1, 2018 | April 2, 2018 | Class Plaintiffs shall disclose experts on which they shall rely for their class certification motion. |

| | | |
|---|---|---|
| March 15, 2018 | April 16, 2018 | Class Plaintiffs shall file their motion for class certification. |
| April 12, 2018 | May 14, 2018 | Defendants shall disclose experts on which they shall rely for their opposition to the class certification motion. |
| April 26, 2018 | May 29, 2018 | Defendants shall file their brief(s) in opposition to the Class Plaintiffs' motion for class certification. |
| May 24, 2018 | June 25, 2018 | Class Plaintiffs shall file a reply brief in support of its motion for class certification. |
| June 14, 2018 | ~~July 18, 2018~~ 7/17/18 (or otherwise at the (10 am) * Court's convenience) | Class certification hearing. |

**SO STIPULATED.**

Dated: January 31, 2018            Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


By:   */s/ Elizabeth J. Cabraser*
         Elizabeth J. Cabraser

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
ecabraser@lchb.com

*Plaintiffs' Lead Counsel and Chair of the Plaintiffs' Steering Committee*

| | | |
|---|---|---|
| 1 | Dated: January 31, 2018 | SULLIVAN & CROMWELL LLP |
| 2 | | By: /s/ Robert J. Giuffra, Jr. |
| | | Robert J. Giuffra, Jr. |

Robert J. Giuffra, Jr.
William B. Monahan
Darrell S. Cafasso
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
giuffrar@sullcrom.com
monahanw@sullcrom.com
cafassod@sullcrom.com

*Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, Sergio Marchionne, V.M. Motori, S.p.A., and V.M. North America, Inc.*

Dated: January 31, 2018          CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Matthew D. Slater
    Matthew D. Slater

Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
mslater@cgsh.com

*Counsel for Robert Bosch LLC and Robert Bosch GmbH*

**[PROPOSED] ORDER EXTENDING**
**CLASS-CERTIFICATION-RELATED DEADLINES**

Based on the foregoing Stipulation, the Court GRANTS the Parties' Stipulation Extending Class-Certification-Related Deadlines.

IT IS SO ORDERED.

DATED: __2/1__, 2018.

_____
Edward M. Chen
United States District Judge

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from the signatories.

Dated: January 31, 2018            /s/ C. Megan Bradley
                                   C. Megan Bradley

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2018, a true and correct copy of the foregoing was electronically filed and served electronically via the Court's CM/ECF system, which will automatically serve notice to all registered counsel of record.

*/s/ C. Megan Bradley*
C. Megan Bradley