David S. Casey, Jr., SBN 060768
*dcasey@cglaw.com*
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | CASE NO. 17-md-02777-EMC<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date: February 9, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Edward M. Chen<br>Dept: Courtroom 5 |

**TO THE CLERK OF THE COURT AND THE HONORABLE EDWARD M. CHEN:**

David S. Casey Jr. hereby requests to be permitted to appear telephonically at the Case Management Conference scheduled in this case for February 9th at 10:00 a.m., and that the Court authorize counsel to arrange said participation via Court Call.

-1-

**REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**
17-md-02777-EMC

Good cause exists for the granting of this request, as counsel will attending a conference in another state. A telephonic appearance will appropriately promote the interest of judicial efficiency.

Dated: January____, 2018       CASEY GERRY SCHENK
                                        FRANCAVILLA BLATT & PENFIELD, LLP

                                        By:   /s/David S. Casey, Jr.
                                                DAVID S. CASEY, JR.
                                                *dcasey@cglaw.com*
                                                Attorneys for Plaintiff