# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | CASE NO. 17-md-02777-EMC<br><br>[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date: February 9, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Edward M. Chen<br>Dept: Courtroom 5 |

The Court, having read and considered David S. Casey Jr.'s Request to appear Telephonically at the Case Management conference set for February 9, 2018 at 10:00 a.m., and good cause appearing, it is ordered that:

Plaintiff's Request for a Telephonic Appearance at the February 9, 2018 Case Management Conference is Granted.  Counsel is authorized to arrange said participation via court call.

IT IS SO ORDERED

_____ Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY
17-md-02777-EMC