Elizabeth J. Cabraser (State Bar No. 083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: ecabraser@lchb.com

*Plaintiffs' Lead Counsel*

Leigh P. Rendé (PA Bar No. 203452)
Joseph W.C. Warren (D.C. Bar No. 452913)
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: (202) 514-1461
Email: leigh.rende@usdoj.gov
Email: joseph.warren@usdoj.gov

*Counsel for the United States*

Robert J. Giuffra, Jr.
William B. Monahan
Darrell S. Cafasso
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: giuffrar@sullcrom.com
Email: monahanw@sullcrom.com
Email: cafassod@sullcrom.com

*Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, V.M. Motori S.p.A., V.M. North America, Inc., and Sergio Marchionne*

Matthew Slater
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
Email: mslater@cgsh.com

*Counsel for Robert Bosch LLC and Robert Bosch GmbH*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:17-md-02777-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: February 9, 2018<br>Time: 10:00 A.M.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward Chen |

The Plaintiffs' Steering Committee ("PSC"), on behalf of the consumer and reseller dealer class plaintiffs ("Class Plaintiffs"), the United States Department of Justice, on behalf of the United States Environmental Protection Agency ("United States"), counsel for Defendants FCA

US LLC, Fiat Chrysler Automobiles N.V., V.M. Motori S.p.A., V.M. North America, Inc., and Sergio Marchionne (collectively, the "FCA Defendants"), and counsel for Robert Bosch LLC and Robert Bosch GmbH (collectively, the "Bosch Defendants") (jointly, the "Parties"), submit this Joint Case Management Statement in advance of the February 9, 2018 case management conference.

## I. Discovery and Pending Pretrial Orders

Discovery continues to proceed pursuant to Pretrial Orders ("PTO") 12 and 17.

The FCA Defendants and the Bosch Defendants continue to meet and confer with the Class Plaintiffs on their respective discovery requests, responses, and objections, including the sufficiency of document production related to class certification. Class Plaintiffs have served timely responses to all of the FCA Defendants and Bosch Defendants' discovery requests. To date, Class Plaintiffs have produced thousands of pages of documents to the FCA Defendants and Bosch Defendants, along with detailed 12-page Plaintiff Fact Sheets for each named class representative.

Class Plaintiffs continue to meet and confer with the FCA Defendants and the Bosch Defendants on their respective discovery requests, responses, and objections, including the sufficiency of document production related to class certification. The FCA Defendants have served timely responses to all of the Class Plaintiffs' discovery requests, and have produced over one million pages of documents in response to the Class Plaintiffs' document requests and interrogatories. The FCA Defendants have also produced voluminous additional materials to Class Plaintiffs as part of settlement negotiations with Settlement Master Kenneth Feinberg. The Bosch Defendants have also served timely responses to all of the Class Plaintiffs' discovery requests, made initial productions of responsive documents, and produced hundreds of thousands of documents to Class Plaintiffs as part of settlement negotiations with the Settlement Master. The Bosch Defendants continue to make rolling productions of responsive documents, and are in the process of meeting and conferring with Class Plaintiffs regarding further discovery.

The FCA Defendants will soon be meeting and conferring with the United States on the FCA Defendants' discovery requests to the United States, as well as the United States' responses

1  and objections. The United States has served timely responses to the FCA Defendants' First Set
2  of Production of Documents. The FCA Defendants propounded a First Set of Requests for
3  Admission on the United States. The deadline for the United States to respond to these requests
4  has not yet passed. Since the last hearing, the FCA Defendants provided objections and responses
5  to the following requests propounded by the United States: Second Set of Requests for
6  Production, First Set of Interrogatories, and Third Set of Requests for Admission.

7  The United States and Class Plaintiffs met and conferred with the FCA Defendants on
8  January 24, 2018, regarding the FCA Defendants' ESI collection and search methodologies and
9  the sufficiency of FCA Defendants' responses to discovery requests. The United States and Class
10 Plaintiffs will continue to meet and confer with the FCA Defendants regarding the sufficiency of
11 their responses to their respective discovery requests. There are no discovery issues for the Court
12 to review at this time.

## II.  Motions

14  The FCA Defendants and the Bosch Defendants' motions to dismiss the Class Plaintiffs'
15 Amended Consolidated Consumer Class Action Complaint, which were taken under submission
16 following oral argument on December 19, 2017, are pending.

17  Pursuant to PTO 17, the deadline for Class Plaintiffs to file their motion for class
18 certification is April 16, 2018. The FCA Defendants and Bosch Defendants' deadline to oppose
19 Class Plaintiffs' motion for class certification is May 29, 2019, and Class Plaintiffs' reply brief is
20 due on June 25, 2018. The class certification hearing is currently scheduled for July 17, 2018.

## III.  Vehicle Testing

22  The FCA Defendants continue to test certain Subject Vehicles pursuant to the EPA and
23 CARB Protocol for Assessment of FCA's Proposed Modification of Model Year 2014-2016
24 Diesel Jeep Grand Cherokee and Ram 1500 Vehicles ("Test Protocol"). EPA has observed a
25 portion of the testing. The FCA Defendants have provided the United States and California with
26 testing data related to noise, vibration, and harshness ("NVH") and drivability as well as a subset
27 of emissions data. The FCA Defendants will continue to provide data on a rolling basis to the
28 United States and California.

1 On December 23, 2017, Class Plaintiffs received a redacted version of the FCA Defendants' Test Protocol. The FCA Defendants have provided Class Plaintiffs with the same NVH and drivability testing data that they provided to the United States and California.

## IV.  Settlement and ADR

The Parties have held settlement meetings with Settlement Master Kenneth Feinberg. Additional settlement meetings are scheduled with the Settlement Master in February and March of 2018. The Parties will continue to confer with the Settlement Master to schedule further joint mediation sessions.

## V.  Other Matters

The Parties have no other matters to bring before the Court at this time.

Dated:  February 2, 2018  Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ *Elizabeth J. Cabraser*
    Elizabeth J. Cabraser

275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
ecabraser@lchb.com

*Plaintiffs' Lead Counsel and Chair of the Plaintiffs' Steering Committee*

| | | |
|---|---|---|
| 1 | Dated:  February 2, 2018 | SULLIVAN & CROMWELL LLP |
| 2 | | |
| 3 | | By: */s/ Robert J. Giuffra, Jr.*<br>          Robert J. Giuffra, Jr. |
| 4 | | Robert J. Giuffra, Jr.<br>William B. Monahan |
| 5 | | Darrell S. Cafasso<br>Sullivan & Cromwell LLP |
| 6 | | 125 Broad Street<br>New York, New York 10004 |
| 7 | | Telephone:  (212) 558-4000<br>Facsimile:   (212) 558-3588 |
| 8 | | giuffrar@sullcrom.com<br>monahanw@sullcrom.com |
| 9 | | cafassod@sullcrom.com |
| 10 | | *Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, V.M. Motori S.p.A., V.M. North America, Inc., and Sergio Marchionne* |
| 11 | | |
| 12 | | |
| 13 | Dated:  February 2, 2018 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 14 | | By:     */s/ Matthew D. Slater*<br>          Matthew D. Slater |
| 15 | | Cleary Gottlieb Steen & Hamilton LLP |
| 16 | | 2000 Pennsylvania Ave., N.W.<br>Washington, DC 20006 |
| 17 | | Telephone:  (202) 974-1500<br>Facsimile:   (202) 974-1999 |
| 18 | | mslater@cgsh.com |
| 19 | | *Counsel for Robert Bosch LLC and Robert Bosch GmbH* |
| 20 | Dated:  February 2, 2018 | U.S. DEPARTMENT OF JUSTICE |
| 21 | | By:     */s/ Leigh P. Rendé*<br>          Leigh P. Rendé |
| 22 | | |
| 23 | | United States Department of Justice<br>Environment and Natural Resources Division |
| 24 | | Environmental Enforcement Section<br>P.O. Box 7611, Ben Franklin Station |
| 25 | | Washington, DC 20044-7611<br>Telephone: (202) 514-1461 |
| 26 | | leigh.rende@usdoj.gov |
| 27 | | *Government Coordinating Counsel* |
| 28 | | |


## **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from the signatories.

Dated: February 2, 2018   /s/ *Elizabeth J. Cabraser*
Elizabeth J. Cabraser

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 2, 2018, a true and correct copy of the foregoing was electronically filed and served electronically via the Court's CM/ECF system, which will automatically serve notice to all registered counsel of record.

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser