| | |
|---|---|
| Elizabeth J. Cabraser (State Bar No. 083151)<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>Email: ecabraser@lchb.com<br><br>*Plaintiffs' Lead Counsel* | Robert J. Giuffra, Jr.<br>William B. Monahan<br>Darrell S. Cafasso<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>Email: giuffrar@sullcrom.com<br>Email: monahanw@sullcrom.com<br>Email: cafassod@sullcrom.com |
| Leigh P. Rendé (PA Bar No. 203452)<br>Joseph W.C. Warren (D.C. Bar No. 452913)<br>UNITED STATES DEPARTMENT OF<br>JUSTICE<br>Environment and Natural Resources Division<br>Environmental Enforcement Section<br>P.O. Box 7611, Ben Franklin Station<br>Washington, DC 20044-7611<br>Telephone: (202) 514-1461<br>Email: leigh.rende@usdoj.gov<br>Email: joseph.warren@usdoj.gov<br><br>*Counsel for the United States* | *Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, V.M. Motori S.p.A., V.M. North America, Inc., and Sergio Marchionne*<br><br>Matthew Slater<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>2000 Pennsylvania Ave., N.W.<br>Washington, DC 20006<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br>Email: mslater@cgsh.com<br><br>*Counsel for Robert Bosch LLC and Robert Bosch GmbH* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:17-md-02777-EMC<br>PRETRIAL ORDER NO. 18<br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONFIDENTIALITY OF SETTLEMENT DOCUMENTS AND COMMUNICATIONS**<br><br>Hon. Edward M. Chen |

WHEREAS, with the assistance of the Settlement Master (Kenneth Feinberg), the United States, on behalf of the United States Environmental Protection Agency (the "United States"); the Plaintiffs' Steering Committee (the "PSC), on behalf of the consumer and reseller dealer putative

1    class plaintiffs (together with the United States, "Plaintiffs"); FCA US LLC, Fiat Chrysler Automobiles N.V., V.M. Motori S.p.A., VM North America, Inc., and Sergio Marchionne (collectively, "FCA"); Robert Bosch LLC, and Robert Bosch GmbH (together with FCA, "Defendants"); and the California Air Resources Board and the California Office of the Attorney General (together, "California"), have been discussing and will continue to discuss pre-trial resolution of claims asserted in this Action;

WHEREAS, the Plaintiffs, Defendants and California are, collectively, the "Participants" under this Order, and

WHEREAS, the Participants wish to provide for the confidentiality of Settlement Documents and Communications to the extent provided by, and in accordance with, the terms of this Order and with Pretrial Order No. 6, which was previously issued by the Court;

NOW, THEREFORE, it is hereby STIPULATED, AGREED AND ORDERED:

1. Pursuant to the Court's inherent authority and Federal Rule of Evidence 408, every recipient of this Order shall treat all drafts and final version of any and all term sheets, appendices, release agreements, consent decrees, and any communications (written, oral or electronic) regarding resolution or partial resolution of claims related to the model year 2014–2016 Ram 1500 and Jeep Grand Cherokee light-duty vehicles equipped with 3.0-liter V6 diesel engines ("Vehicles"), including the substance of any discussions and any document prepared in connection therewith (collectively, "Settlement Documents and Communications"), as strictly confidential.

2. A Participant who obtains Settlement Documents and Communications under this Order from another Participant may share such information with those attorneys or employees of the receiving Participant who, in the opinion of such Participant, are responsible for these settlement negotiations or have a need to know such information to perform their official duties, provided that such attorneys or employees have affirmed in writing, before receiving any Settlement Documents and Communications, that they have read this Order and agree to be bound by its terms and conditions. Likewise, a Participant who obtains Settlement Documents and Communications under this Order also may share such information with those consultants and

experts of the Participant who are assisting in the negotiations and who, in the opinion of such Participant, require access to provide such assistance, provided that any such person has affirmed in writing before receiving any Settlement Documents and Communications that he or she has read this Order and agrees to be bound by its terms and conditions.

3. Each of the five Participants shall designate one individual ("Coordinator") who shall be responsible for keeping a list of all individuals who have received copies of Settlement Documents and Communications from the Participant. This list shall include the name, title and affiliation of each individual provided with Settlement Documents and Communications. Each Coordinator shall periodically provide updated copies of these lists to the Settlement Master. Except in the event of a good-faith claim of violation of this Order, Participants agree not to request copies of these lists or the identities of the individuals on them. The list of individuals provided to the Settlement Master may exclude the identities of consulting experts retained by the Participants who have received copies of Settlement Documents and Communications, provided that the Coordinator maintains a record of the certifications by such experts of agreement to be bound by this Order. Each Coordinator shall note any such exclusions on the updated lists provided to the Settlement Master.

4. In communications among the United States, California, and FCA ("Group of Three"), each Participant may discuss and share with other Group of Three members Settlement Documents and Communications that it received from another member of the Group of Three. When communicating with other Participants or with the Settlement Master, FCA may not discuss, refer to, or reveal, in whole or in part, the substance of any Settlement Document and Communication that it received from either the United States or California without the advance written permission of both government parties, including but not limited to (1) any offer of compromise made by the United States or California or (2) any statement made by the United States or California in responding to an offer of compromise or other Settlement Document and Communication. Likewise, when communicating with other Participants or with the Settlement Master, neither the United States nor California may discuss, refer to, or reveal, in whole or in part, the substance of any Settlement Document and Communication that it received from another

- 3 -

STIPULATION AND [PROPOSED] PRETRIAL ORDER
REGARDING CONFIDENTIALITY OF SETTLEMENT
DOCUMENTS AND COMMUNICATIONS
MDL NO. 17-MD-2777-EMC

member of the Group of Three without that member's advance written permission, including but not limited to (1) any offer of compromise made by another member of the Group of Three or (2) any statement by another member of the Group of Three responding to an offer of compromise or other Settlement Document and Communication. Nothing herein prevents a member of the Group of Three from sharing and discussing Settlement Documents and Communications for which it is the sole originator, provided that the release of such information is made to a Participant or the Settlement Master and the release otherwise complies with the restrictions imposed by this Paragraph 4.

5. No Participant or individual subject to this Order shall share Settlement Documents and Communications, whether draft or final, with any individual not employed by or retained on behalf of a Participant, as defined herein, without express written consent by all Participants. Prior to receiving any Settlement Documents and Communications pursuant to this paragraph, each non-party individual must be provided a copy of this Order and must agree in writing to be bound by it.

6. Settlement Documents and Communications shall not be released under the Freedom of Information Act, 5 U.S.C. § 552, and any corresponding state open records acts absent good cause shown in this proceeding.

7. Any person found to be in violation of this Order will be subject to imposition of sanctions.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

- 4 -

STIPULATION AND [PROPOSED] PRETRIAL ORDER
REGARDING CONFIDENTIALITY OF SETTLEMENT
DOCUMENTS AND COMMUNICATIONS
MDL NO. 17-MD-2777-EMC

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Dated: March 7, 2018   By: */s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

*Plaintiffs' Lead Counsel and Chair of the Plaintiffs' Steering Committee*


UNITED STATES DEPARTMENT OF JUSTICE

Dated: March 7, 2018   By: */s/ Leigh P. Rendé*
Joseph Warren
Leigh P. Rendé
United States Department of Justice
Environmental Enforcement Section
Environment and Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Telephone: (202) 514-1461
Facsimile: (202) 514-0097
Leigh.rende@usdoj.gov

*Government Coordinating Counsel*

- 5 -

STIPULATION AND [PROPOSED] PRETRIAL ORDER
REGARDING CONFIDENTIALITY OF SETTLEMENT
DOCUMENTS AND COMMUNICATIONS
MDL NO. 17-MD-2777-EMC

SULLIVAN & CROMWELL LLP

Dated: March 7, 2018    By: */s/ Robert J. Giuffra, Jr.*
　　　　　　　　　　　　　Robert J. Giuffra, Jr.
　　　　　　　　　　　　　William B. Monahan
　　　　　　　　　　　　　Darrell S. Cafasso
　　　　　　　　　　　　　125 Broad Street
　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　Telephone: (212) 558-4000
　　　　　　　　　　　　　Facsimile: (212) 558-3588
　　　　　　　　　　　　　giuffrar@sullcrom.com
　　　　　　　　　　　　　monahanw@sullcrom.com
　　　　　　　　　　　　　cafassod@sullcrom.com

　　　　　　　　　　　　　*Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, V.M. Motori S.p.A., V.M. North America, Inc., and Sergio Marchionne*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

　　　　　　　　　　　　By: */s/ Matthew D. Slater*
　　　　　　　　　　　　　Matthew D. Slater
　　　　　　　　　　　　　Cleary Gottlieb Steen & Hamilton LLP
　　　　　　　　　　　　　2000 Pennsylvania Ave., N.W.
　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　Telephone: (202) 974-1500
　　　　　　　　　　　　　Facsimile: (202) 974-1999
　　　　　　　　　　　　　mslater@cgsh.com

　　　　　　　　　　　　　*Counsel for Robert Bosch LLC and Robert Bosch GmbH*

FOR CALIFORNIA:

Dated: March 7, 2018    By: */s/ Judith Fiorentini*
　　　　　　　　　　　　　Judith Fiorentini
　　　　　　　　　　　　　Supervising Deputy Attorney General
　　　　　　　　　　　　　Jon Worm
　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　California Attorney General's Office
　　　　　　　　　　　　　600 West Broadway, Suite 1800
　　　　　　　　　　　　　San Diego, California 92101
　　　　　　　　　　　　　Phone: (619) 738-9343
　　　　　　　　　　　　　Facsimile: (619) 645-2271
　　　　　　　　　　　　　judith.fiorentini@doj.ca.gov
　　　　　　　　　　　　　jon.worm@doj.ca.gov

- 6 -

STIPULATION AND [PROPOSED] PRETRIAL ORDER
REGARDING CONFIDENTIALITY OF SETTLEMENT
DOCUMENTS AND COMMUNICATIONS
MDL NO. 17-MD-2777-EMC

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from the signatories.

Dated: March 7, 2018   */s/ Leigh P. Rendé*

**IT IS SO ORDERED.**

Dated: March 8, 2018



- 7 -

STIPULATION AND [PROPOSED] PRETRIAL ORDER
REGARDING CONFIDENTIALITY OF SETTLEMENT
DOCUMENTS AND COMMUNICATIONS
MDL NO. 17-MD-2777-EMC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 7, 2018, a true and correct copy of the foregoing was electronically filed and served electronically via the Court's CM/ECF system, which will automatically serve notice to all registered counsel of record.

*/s/ Leigh P. Rendé*

- 8 -

STIPULATION AND [PROPOSED] PRETRIAL ORDER REGARDING CONFIDENTIALITY OF SETTLEMENT DOCUMENTS AND COMMUNICATIONS
MDL NO. 17-MD-2777-EMC