| | |
|---|---|
| Elizabeth J. Cabraser (State Bar No. 083151)<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>Email: ecabraser@lchb.com<br><br>*Plaintiffs' Lead Counsel* | Robert J. Giuffra, Jr.<br>William B. Monahan<br>Darrell S. Cafasso<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>Email: giuffrar@sullcrom.com<br>Email: monahanw@sullcrom.com<br>Email: cafassod@sullcrom.com<br><br>*Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, Sergio Marchionne, V.M. Motori, S.p.A. and V.M. North America, Inc.*<br><br>Matthew Slater<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>2000 Pennsylvania Ave., N.W.<br>Washington, DC 20006<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br>Email: mslater@cgsh.com<br><br>*Counsel for Robert Bosch LLC and Robert Bosch GmbH* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:17-md-02777-EMC<br>ORDER - PRETRIAL ORDER NO. 19<br>**AGREED STIPULATION AND [PROPOSED] ORDER AMENDING CERTAIN DEADLINES**<br><br>The Honorable Edward M. Chen |

1         WHEREAS, on March 15, 2018, the Court granted in part and denied in part Defendants' motions to dismiss the Class Plaintiffs' Amended Consolidated Consumer Class Action Complaint, and granted leave to amend certain of their claims (ECF No. 290);

        WHEREAS, the Class Plaintiffs intend to amend certain of their claims, and Defendants may move to dismiss some or all of the claims;

        WHEREAS, Class Plaintiffs and Defendants previously raised a dispute in the April 3, 2018 Joint Case Management Conference Statement (ECF No. 292) concerning the scheduling of class certification depositions, the schedule for class certification briefing, and Class Plaintiffs' request to bifurcate class certification briefing;

        WHEREAS, the Parties have met and conferred and resolved the dispute in an attempt to avoid any undue delay in these proceedings, such that, subject to Court approval, Class Plaintiffs will file their amended complaint and then move for class certification on all claims asserted in the amended complaint during the pendency of Defendants' anticipated motion to dismiss claims in the amended complaint; and

        WHEREAS, the agreed-upon schedule sets forth a briefing schedule for Defendants' motion to dismiss Class Plaintiffs' amended complaint and a revised schedule for briefing class certification of all claims.

        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, and subject to the approval of the Court:

        The following deadlines are hereby established regarding the Class Plaintiffs' amended complaint and Defendants' anticipated motion to dismiss:

| Date | Event |
| --- | --- |
| April 23, 2018 | The Class Plaintiffs shall file the Second Amended Consolidated Consumer Class Action Complaint ("SAC"). |
| May 23, 2018 | Defendants shall answer, move to dismiss, or otherwise respond to the SAC. |
| June 22, 2018 | Plaintiffs shall file any response in opposition to any motion to dismiss made by Defendants. |
| July 13, 2018 | Defendants will file any reply(ies) in support of their motions to dismiss. |

Class Plaintiffs shall move for class certification of all claims in the SAC, and the following deadlines are hereby revised in that regard:

| Prior Deadline | New Deadline | Event |
|---|---|---|
| April 16, 2018 | June 6, 2018 | Class Plaintiffs shall file their motion for class certification of all claims in the SAC. All remaining class-certification depositions of Defendants will be completed sufficiently in advance of this deadline. |
| May 14, 2018 | June 22, 2018 | Defendants shall disclose experts on which they shall rely for their opposition to the class certification motion. |
| May 29, 2018 | July 23, 2018 | Defendants shall file their brief(s) in opposition to the Class Plaintiffs' motion for class certification. All remaining class-certification depositions of Class Representatives will be completed sufficiently in advance of this deadline. |
| June 25, 2018 | August 20, 2018 | Class Plaintiffs shall file a reply brief in support of their motion for class certification. |

```
Sept. 17, 2018(2:15 p.m.)-Hearing on motion for class certification
```

**SO STIPULATED.**

Dated: April 7, 2018          Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


By: ___*/s/ Elizabeth J. Cabraser*___
       Elizabeth J. Cabraser

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

*Plaintiffs' Lead Counsel and Chair of the Plaintiffs' Steering Committee*

| | | |
|---|---|---|
| Dated: April 7, 2018 | | SULLIVAN & CROMWELL LLP |

By: */s/ Robert J. Giuffra, Jr.*
      Robert J. Giuffra, Jr.

Robert J. Giuffra, Jr.
William B. Monahan
Darrell S. Cafasso
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
giuffrar@sullcrom.com
monahanw@sullcrom.com
cafassod@sullcrom.com

*Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, Sergio Marchionne, V.M. Motori, S.p.A., and V.M. North America, Inc.*

Dated: April 7, 2018      CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Matthew D. Slater*
      Matthew D. Slater

Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
mslater@cgsh.com

*Counsel for Robert Bosch LLC and Robert Bosch GmbH*

**[PROPOSED] ORDER
AMENDING CERTAIN DEADLINES**

Based on the foregoing Stipulation, the Court GRANTS the Parties' Agreed Stipulation Amending Certain Deadlines.

IT IS SO ORDERED.

DATED: _____4/11_____, 2018.



Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

## **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from the signatories.

Dated: April 7, 2018            */s/ Elizabeth J. Cabraser*
                                        Elizabeth J. Cabraser

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 7, 2018, a true and correct copy of the foregoing was electronically filed and served electronically via the Court's CM/ECF system, which will automatically serve notice to all registered counsel of record.

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser