Zachary N. Moor (MA - 681469)
Trial Attorney

    United States Department of Justice
    Environment and Natural Resources Division
    Environmental Enforcement Section
    Ben Franklin Station, P.O. Box 7611
    Washington DC 20044-7611
    Telephone: (202) 514-4185
    Facsimile: (202) 514-0097
    Email: Zachary.Moor@usdoj.gov

*Attorney for Plaintiff United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CHRYSLER-DODGE-JEEP "ECODIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*United States v. Fiat Chrysler Automobiles, N.V. et al.,*<br>Case No. 3:17-cv-03446-EMC | MDL No. 3:17-md-2777-EMC<br><br>**NOTICE OF APPEARANCE**<br><br>Hon. Edward M. Chen |

1
2  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:
3
4      PLEASE TAKE NOTICE that ZACHARY N. MOOR of the United States Department
5  of Justice, Environment and Natural Resources Division, hereby enters his appearance on behalf
6
7  of Plaintiff UNITED STATES OF AMERICA in the above-referenced matter.
8
9   Dated: May 22, 2018                             Respectfully submitted,
10                                                  /s/ *Zachary N. Moor*
11                                                  Zachary N. Moor
                                                    Trial Attorney
12                                                  United States Department of Justice
                                                    Environment and Natural Resources Division
13                                                  Environmental Enforcement Section
14                                                  Ben Franklin Station, P.O. Box 7611
                                                    Washington DC 20044-7611
15                                                  Telephone: (202) 514-4185
                                                    Facsimile: (202) 514-0097
16                                                  Email: Zachary.Moor@usdoj.gov
17
18
19
20
21
22
23
24
25
26
27
28

                                                              NOTICE OF APPEARANCE
                                                              MDL No. 3:17-md-2777-EMC