Elizabeth J. Cabraser (State Bar No. 83151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
Email: ecabraser@lchb.com

*Plaintiffs' Lead Counsel*

*(Plaintiffs' Steering Committee Members Listed on Signature Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL® MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br><br>DORU BALI, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIAT CHRYSLER AUTOMOBILES N.V., FCA US LLC, SERGIO MARCHIONNE, VM MOTORI S.p.A., VM NORTH AMERICA, INC., ROBERT BOSCH GmbH, and ROBERT BOSCH LLC,<br><br>Defendants. | MDL 2777 EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND PAGE LIMITS FOR CLASS CERTIFICATION BRIEFING** (modified)<br><br>The Honorable Edward M. Chen |

WHEREAS, under the Court-ordered schedule (Dkt. 300), Class Plaintiffs' Motion for Class Certification is due on June 6, 2018; the oppositions of Defendants Fiat Chrysler Automobiles N.V., FCA US LLC, Sergio Marchionne, VM Motori S.p.A., and VM North America, Inc. (together, the "FCA Defendants") and Robert Bosch GmbH and Robert Bosch LLC (together, the "Bosch Defendants") (collectively, "Defendants") are due on July 23, 2018; and Class Plaintiffs' reply brief in support of their Motion is due on August 20, 2018;

WHEREAS, all parties believe that, to adequately address the relevant class certification issues, they will require more pages than the default amount of pages permitted under the Local Rules; and

WHEREAS, following a meet-and-confer process, the parties do not oppose and agree to the page-limit extensions proposed herein.

IT IS THEREFORE STIPULATED AND AGREED by the Parties, through their respective counsel of record, that, subject to the Court's approval, (1) Class Plaintiffs shall have up to 50 pages for their brief in support of class certification; (2) the FCA Defendants and the Bosch Defendants shall have up to 100 pages in the aggregate for their briefs in opposition to class certification, to be divided between the FCA Defendants and the Bosch Defendants as appropriate and to avoid duplication; and (3) Class Plaintiffs shall have up to 50 pages for their reply in support of class certification.

**IT IS SO STIPULATED.**

Dated: June 5, 2018    Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:  */s/ Elizabeth J. Cabraser*
         Elizabeth J. Cabraser

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

*Plaintiffs' Lead Counsel and Chair of the Plaintiffs' Steering Committee*

| | | |
|---|---|---|
| Dated: June 5, 2018 | | SULLIVAN & CROMWELL LLP |
| | | By: */s/ Robert J. Giuffra, Jr.* |
| | | Robert J. Giuffra, Jr. |

Robert J. Giuffra, Jr.
William B. Monahan
Darrell S. Cafasso
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
giuffrar@sullcrom.com
monahanw@sullcrom.com
cafassod@sullcrom.com

*Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, Sergio Marchionne, V.M. Motori, S.p.A., and V.M. North America, Inc.*

| | | |
|---|---|---|
| Dated: June 5, 2018 | | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| | | By: */s/ Matthew D. Slater* |
| | | Matthew D. Slater |

Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
mslater@cgsh.com

*Counsel for Robert Bosch LLC and Robert Bosch GmbH*

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from the signatories.

Dated: June 5th, 2018                */s/ Elizabeth J. Cabraser*
                                     Elizabeth J. Cabraser

**[PROPOSED] ORDER EXTENDING PAGE LIMITS**

Based on the foregoing Stipulation, the Court ORDERS as following:

(1) Class Plaintiffs shall have up to  50  pages for their brief in support of class certification;

(2) the FCA Defendants and the Bosch Defendants shall have up to  75  pages in the aggregate for their briefs in opposition to class certification, to be divided between the FCA Defendants and the Bosch Defendants as appropriate and to avoid duplication; and

(3) Class Plaintiffs shall have up to  35  pages for their reply in support of class certification.

Dated:  6/5 , 2018

_____
The Honorable Edward M. Chen



IT IS SO ORDERED
Judge Edward M. Chen

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 5, 2018, a true and correct copy of the foregoing was electronically filed and served via the Court's CM/ECF system, which will automatically service notice to all registered counsel of record.

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser