| | |
|---|---|
| Elizabeth J. Cabraser (State Bar No. 083151)<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone:   (415) 956-1000<br>Facsimile:    (415) 956-1008<br>Email: ecabraser@lchb.com<br><br>*Plaintiffs' Lead Counsel* | Robert J. Giuffra, Jr. (admitted *pro hac vice*)<br>William B. Monahan (admitted *pro hac vice*)<br>Darrell S. Cafasso (admitted *pro hac vice*)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004-2498<br>Telephone:   (212) 558-4000<br>Facsimile:    (212) 558-3588<br><br>*Attorneys for Defendants Fiat Chrysler Automobiles N.V., FCA US LLC, Sergio Marchionne, VM Motori S.p.A., and VM North America, Inc.* |

Leigh P. Rendé (PA Bar No. 203452)
Joseph W.C. Warren (D.C. Bar No. 452913)
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone:   (202) 514-1461
Email: leigh.rende@usdoj.gov
Email: joseph.warren@usdoj.gov

*Counsel for the United States*

[Additional counsel on signature pages]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE : CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:17-md-02777-EMC<br><br>**AGREED STIPULATION AND [PROPOSED] ORDER CONCERNING *PIRNIK* PLAINTIFFS**<br><br>The Honorable Edward M. Chen |

1    WHEREAS, in an attempt to facilitate the reasonable coordination of depositions with the plaintiffs in *Pirnik et al.* v. *Fiat Chrysler Automobiles, N.V. et al.*, No. 15 Civ. 7199 (S.D.N.Y.) (Furman, J.) (see Order at *Pirnik* ECF No. 200), who have brought emissions-related and other claims against Fiat Chrysler Automobiles N.V., FCA US LLC and others, the Parties to this multidistrict litigation ("MDL") have met and conferred and agree that counsel for the *Pirnik* Plaintiffs may attend certain depositions of the FCA Defendants noticed in this MDL and as agreed upon by the MDL Parties;

WHEREAS, the Parties enter this Stipulation and [Proposed] Order to ensure the protection of any Protected Material, as defined in the Stipulated Protective Order known as Pretrial Order 10 ("Protective Order"; ECF No. 212), that is used in or disclosed during any such depositions, and to also ensure that the Parties to this MDL may use Protected Material at any such depositions;

WHEREAS, nothing in this Stipulation itself entitles the *Pirnik* Plaintiffs to attend depositions in this MDL or to receive or obtain Protected Material except such Protected Material as may be used or disclosed at any such MDL depositions that the *Pirnik* Plaintiffs may attend; and

WHEREAS, the *Pirnik* Plaintiffs have signed Exhibit A of the Protective Order and agree to treat any such Protected Material in accordance with the terms of the Protective Order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, and subject to the approval of the Court:

1.   Notwithstanding anything to the contrary in the Protective Order, the Parties to this MDL may use Protected Material at depositions attended by counsel for the *Pirnik* Plaintiffs without requiring that counsel for the *Pirnik* Plaintiffs be excused.

2.   For the limited purposes of facilitating the attendance of counsel for the *Pirnik* Plaintiffs at certain MDL depositions, counsel for the *Pirnik* Plaintiffs shall be considered persons to whom the MDL Parties may disclose Protected Material under Sections 7.2.1 and 7.3

1  of the Protective Order (and *Pirnik* shall be treated as an "Action" under Section 2.1 of the
2  Protective Order) during their attendance at such a deposition, and shall be bound by the terms of
3  the Protective Order for all Protected Material used or disclosed at the MDL depositions they
4  attend.

5      3.    Counsel for the *Pirnik* Plaintiffs shall be bound by the terms of Section I
6  (Protection of Privileges) of the Stipulated Non-Waiver of Privileges Order, known as Pretrial
7  Order 13 (ECF No. 246), for all Protected Material used or disclosed at the MDL depositions
8  they attend.

9      4.    A Receiving Party, as defined in the Protective Order, shall not disclose
10 Protected Material to counsel for the *Pirnik* Plaintiffs except such material as may be required to
11 be used for the examination of a deponent during a deposition in which it is agreed or ordered
12 that counsel for the *Pirnik* Plaintiffs may attend. Counsel for the *Pirnik* Plaintiffs shall not rely
13 on this Order as the basis to argue in any court their entitlement to obtain or to use Protected
14 Material other than Protected Material that is shared with counsel for the *Pirnik* Plaintiffs in
15 accordance with this Paragraph. Counsel for the *Pirnik* Plaintiffs also shall not rely on this Order
16 as the basis to argue that they are entitled to attend depositions noticed in this MDL without the
17 agreement of the Parties to the MDL or a court order.

18 **SO STIPULATED.**

19
20 Dated: June 5, 2018               Respectfully submitted,

21
22                                         */s/ Elizabeth J. Cabraser*
                                        Elizabeth J. Cabraser
23                                         LIEFF CABRASER HEIMANN &
                                        BERNSTEIN, LLP
24                                         275 Battery Street, 29th Floor
                                        San Francisco, CA 94111-3339
25                                         Telephone:   (415) 956-1000
                                        Facsimile:    (415) 956-1008

26                                         *Plaintiffs' Lead Counsel and Chair of the*
                                        *Plaintiffs' Steering Committee*
27
28

| | | |
|---|---|---|
| 1 | Dated: June 5, 2018 | Respectfully submitted, |

Dated: June 5, 2018                    Respectfully submitted,

/s/ Leigh P. Rendé
Leigh P. Rendé
United States Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone:   (202) 514-1461

*Government Coordinating Counsel*

Dated: June 5, 2018                    Respectfully submitted,

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman
Michael J. Wernke
Veronica Montenegro
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:   (212) 661-1100
Facsimile:    (212) 661-8665

*Co-Lead Counsel for Lead* Pirnik *Plaintiffs*

Dated: June 5, 2018                    Respectfully submitted,

/s/ Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr. (admitted *pro hac vice*)
William B. Monahan (admitted *pro hac vice*)
Darrell S. Cafasso (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:   (212) 558-4000
Facsimile:    (212) 558-3588

*Attorneys for Defendants Fiat Chrysler Automobiles N.V., FCA US LLC, Sergio Marchionne, VM Motori S.p.A., and VM North America, Inc.*

Dated: June 5, 2018                Respectfully submitted,

*/s/ Matthew D. Slater*
Matthew D. Slater
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone:   (202) 974-1500
Facsimile:    (202) 974-1999

*Counsel for Robert Bosch LLC and Robert Bosch GmbH*

<u>[PROPOSED] ORDER
CONCERNING *PIRNIK* PLAINTIFFS</u>

Based on the foregoing Stipulation, the Court GRANTS the Parties' Agreed Stipulation Concerning *Pirnik* Plaintiffs.

IT IS SO ORDERED.

DATED: __6\7__, 2018.

_____
Edward M. Chen
United States District Judge

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from the signatories.

DATED: June 5, 2018.

                          */s/ William B. Monahan*
                          William B. Monahan

SULLIVAN & CROMWELL LLP

AGREED STIPULATION AND [PROPOSED]
ORDER CONCERNING *PIRNIK* PLAINTIFFS
CASE NO. 3:17-MD-02777-EMC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2018, a true and correct copy of the foregoing was electronically filed and served electronically via the Court's CM/ECF system, which will automatically serve notice to all registered counsel of record.

*/s/ William B. Monahan*
William B. Monahan

AGREED STIPULATION AND [PROPOSED]
ORDER CONCERNING *PIRNIK* PLAINTIFFS
CASE NO. 3:17-MD-02777-EMC

- 8 -