1  Elizabeth J. Cabraser (State Bar No. 83151)
   LIEFF CABRASER HEIMANN &
2  BERNSTEIN, LLP
   275 Battery Street, 29th Floor
3  San Francisco, CA 94111-3339
   Telephone: 415.956.1000
4  Facsimile: 415.956.1008
   Email: ecabraser@lchb.com
5
   *Plaintiffs' Lead Counsel*

   Robert J. Giuffra, Jr.
   William B. Monahan
   Darrell S. Cafasso
   SULLIVAN & CROMWELL LLP
   125 Broad Street
   New York, New York 10004
   Telephone: (212) 558-4000
   Facsimile: (212) 558-3588
   Email: giuffrar@sullcrom.com
   Email: monahanw@sullcrom.com
   Email: cafassod@sullcrom.com

   *Counsel for Fiat Chrysler Automobiles N.V.,
   FCA US LLC, Sergio Marchionne, VM Motori,
   S.p.A., and VM North America, Inc.*

   Matthew D. Slater
   Cleary Gottlieb Steen & Hamilton LLP
   2000 Pennsylvania Ave., N.W.
   Washington, DC 20006
   Telephone: (202) 974-1500
   Facsimile: (202) 974-1999
   mslater@cgsh.com

   *Counsel for Robert Bosch LLC and Robert
   Bosch GmbH*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:17-md-02777-EMC<br><br>**STIPULATION AND [~~PROPOSED~~] modified ORDER TO ADJUST BRIEFING SCHEDULE FOR CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Edward M. Chen |

1     WHEREAS, under the current schedule (Dkt. 300), the oppositions of Defendants Fiat Chrysler Automobiles N.V., FCA US LLC, Sergio Marchionne, VM Motori S.p.A., and VM North America, Inc. (together, the "FCA Defendants") and Robert Bosch GmbH and Robert Bosch LLC (together, the "Bosch Defendants") (collectively, "Defendants") to Class Plaintiffs' Motion for Class Certification (the "Motion") are due on July 23, 2018, and Class Plaintiffs' reply brief in support of their Motion is due on August 20, 2018;

    WHEREAS, on June 6, 2018, Class Plaintiffs filed their Motion and attached three expert declarations, as well as one expert report authored by Steven P. Gaskin;

    WHEREAS, on June 8, 2018, Defendants wrote to Class Plaintiffs to request that they produce, among other things, the input files and software programs used in Mr. Gaskin's analysis, which Defendants contended were needed to fully replicate Mr. Gaskin's results;

    WHEREAS, on June 13 and 14, 2018, Class Plaintiffs produced facts and data considered by Mr. Gaskin and their other experts, which Plaintiffs maintain included all facts and data considered by Mr. Gaskin and necessary to replicate Mr. Gaskin's analysis in his June 6 report;

    WHEREAS, Defendants' experts studied the facts and data produced by Class Plaintiffs and report that they were unable to replicate Mr. Gaskin's analysis in his June 6 report, and as a result, through June 22, the parties exchanged several emails concerning information related to Mr. Gaskin's report that Defendants believed had not yet been produced;

    WHEREAS, the Parties met and conferred by phone on June 11 and June 22 in an attempt to resolve their dispute;

    WHEREAS, on June 19, at the request of Defendants, Class Plaintiffs created and produced an additional "Data Glossary for Sawtooth," which described certain terms used in a computer program used in Mr. Gaskin's analysis;

    WHEREAS, on June 24, 2018, Plaintiffs permitted Defendants' experts to question Mr. Gaskin for approximately an hour to resolve issues raised by Defendants regarding the replication of Mr. Gaskin's analysis in his June 6 report;

    WHEREAS, as a result of the Parties' numerous meet and confers, culminating on

June 24, 2018, and Defendants' belief that Defendants did not have the information necessary to replicate Mr. Gaskin's analysis until Class Plaintiffs provided certain information to Defendants on the June 24, 2018 meet-and-confer, the Parties have agreed (i) to extend the time for Defendants to file their oppositions to Class Plaintiffs' Motion for Class Certification until August 6, 2018, and (ii) to extend the deadline for Class Plaintiffs' reply brief in support of their Motion to September 3, 2018; and

WHEREAS, the Parties do not seek a continuance of the hearing date scheduled for September 17, 2018.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto, through their undersigned counsel, and subject to the Court's approval, that (i) Defendants shall file their oppositions to Class Plaintiffs' Motion for Class Certification by August 6, 2018, and (ii) Class Plaintiffs shall file their reply brief in support of their Motion by September 3, 2018.

**SO STIPULATED.**

Dated:  June 27, 2018

Respectfully submitted,

SULLIVAN & CROMWELL LLP

By: ___/s/ Robert J. Giuffra, Jr.___
      Robert J. Giuffra, Jr.

Robert J. Giuffra, Jr.
William B. Monahan
Darrell S. Cafasso
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:   (212) 558-3588
giuffrar@sullcrom.com
monahanw@sullcrom.com
cafassod@sullcrom.com

*Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, Sergio Marchionne, VM Motori, S.p.A., and VM North America, Inc.*

| | | |
|---|---|---|
| 1 | Dated: June 27, 2018 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 2 | | By: */s/ Matthew D. Slater* |
| | | Matthew D. Slater |
| 3 | | |
| 4 | | Cleary Gottlieb Steen & Hamilton LLP |
| | | 2000 Pennsylvania Ave., N.W. |
| | | Washington, DC 20006 |
| 5 | | Telephone:  (202) 974-1500 |
| | | Facsimile:  (202) 974-1999 |
| 6 | | mslater@cgsh.com |
| 7 | | *Counsel for Robert Bosch LLC and Robert Bosch GmbH* |
| 8 | Dated: June 27, 2018 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 9 | | |
| | | By: */s/ Elizabeth J. Cabraser* |
| 10 | | Elizabeth J. Cabraser |
| 11 | | Lieff Cabraser Heimann & Bernstein, LLP |
| | | 275 Battery Street, 29th Floor |
| 12 | | San Francisco, CA  94111-3339 |
| | | Telephone:  (415) 956-1000 |
| 13 | | Facsimile:  (415) 956-1008 |
| | | ecabraser@lchb.com |
| 14 | | |
| | | *Plaintiffs' Lead Counsel and Chair of the Plaintiffs' Steering* |
| 15 | | *Committee* |

## [PROPOSED] ORDER ADJUSTING BRIEFING SCHEDULE FOR CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Based on the foregoing Stipulation, the Court GRANTS the Parties' Stipulation to Adjust Briefing Schedule for Class Plaintiffs' Motion for Class Certification. Motion hearing reset from 9/17/18 to 9/28/18 at 10:00 a.m.

IT IS SO ORDERED.

DATED: ____6/28____, 2018.



Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from the signatories.

Dated: June 27, 2018

*/s/ Michael P. Devlin*
Michael P. Devlin

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2018, a true and correct copy of the foregoing was electronically filed and served electronically via the Court's CM/ECF system, which will automatically serve notice to all registered counsel of record.

*/s/ Michael P. Devlin*
Michael P. Devlin