| | |
|---|---|
| Elizabeth J. Cabraser (State Bar No. 83151)<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br>Email: ecabraser@lchb.com<br><br>*Plaintiffs' Lead Counsel* | Robert J. Giuffra, Jr.<br>William B. Monahan<br>Darrell S. Cafasso<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>Email: giuffrar@sullcrom.com<br>Email: monahanw@sullcrom.com<br>Email: cafassod@sullcrom.com<br><br>*Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, Sergio Marchionne, VM Motori, S.p.A., and VM North America, Inc.*<br><br>Matthew D. Slater<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>2000 Pennsylvania Ave., N.W.<br>Washington, DC 20006<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br>mslater@cgsh.com<br><br>*Counsel for Robert Bosch LLC and Robert Bosch GmbH* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:17-md-02777-EMC<br><br>**STIPULATION AND [PROPOSED ORDER] TO ADJUST THE HEARING DATE FOR CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Edward M. Chen |

WHEREAS, in the Court's latest order on briefing schedule (Dkt. No. 340) regarding Class Plaintiffs' Motion for Class Certification (the "Motion"), the Court rescheduled the hearing on the Motion to September 28, 2018;

WHEREAS, lead counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, Sergio Marchionne, VM Motori S.p.A., and VM North America, Inc. (together, the "FCA Defendants") has a prior professional conflict on September 28, 2018; and

WHEREAS, counsel for all parties to the motion, namely the Class Plaintiffs, the FCA Defendants, and Robert Bosch GmbH and Robert Bosch LLC (together, the "Bosch Defendants"), are available to attend a hearing on October 30, 2018.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto, through their undersigned counsel, and subject to the Court's approval, that the hearing on the Motion is reset for October 30, 2018, at 10:00 a.m.

**SO STIPULATED.**

Dated: July 12, 2018

Respectfully submitted,

SULLIVAN & CROMWELL LLP

By: /s/ Robert J. Giuffra, Jr.
     Robert J. Giuffra, Jr.

Robert J. Giuffra, Jr.
William B. Monahan
Darrell S. Cafasso
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
giuffrar@sullcrom.com
monahanw@sullcrom.com
cafassod@sullcrom.com

*Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, Sergio Marchionne, VM Motori, S.p.A., and VM North America, Inc.*

| | | |
|---|---|---|
| 1 | Dated: July 12, 2018 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 2 | | By: /s/ Matthew D. Slater |
| | | Matthew D. Slater |
| 3 | | |
| | | Cleary Gottlieb Steen & Hamilton LLP |
| 4 | | 2000 Pennsylvania Ave., N.W. |
| | | Washington, DC 20006 |
| 5 | | Telephone: (202) 974-1500 |
| | | Facsimile: (202) 974-1999 |
| 6 | | mslater@cgsh.com |
| 7 | | *Counsel for Robert Bosch LLC and Robert Bosch GmbH* |
| 8 | Dated: July 12, 2018 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 9 | | |
| | | By: /s/ Elizabeth J. Cabraser |
| 10 | | Elizabeth J. Cabraser |
| 11 | | Lieff Cabraser Heimann & Bernstein, LLP |
| | | 275 Battery Street, 29th Floor |
| 12 | | San Francisco, CA 94111-3339 |
| | | Telephone: (415) 956-1000 |
| 13 | | Facsimile: (415) 956-1008 |
| | | ecabraser@lchb.com |
| 14 | | |
| | | *Plaintiffs' Lead Counsel and Chair of the Plaintiffs' Steering* |
| 15 | | *Committee* |

## [~~PROPOSED~~] ORDER ADJUSTING THE HEARING DATE FOR CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Based on the foregoing Stipulation, the Court GRANTS the Parties' Stipulation to Adjust the Hearing Date for Class Plaintiffs' Motion for Class Certification.

IT IS SO ORDERED.

DATED: \_\_\_\_\_7/12\_\_\_\_\_, 2018.



Edward M. Chen
United States District Judge

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from the signatories.

Dated: July 12, 2018

*/s/ C. Megan Bradley*
C. Megan Bradley

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2018, a true and correct copy of the foregoing was electronically filed and served electronically via the Court's CM/ECF system, which will automatically serve notice to all registered counsel of record.

*/s/ C. Megan Bradley*
C. Megan Bradley