Elizabeth J. Cabraser (State Bar No. 83151)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
Email:  ecabraser@lchb.com

*Plaintiffs' Lead Counsel*

Robert J. Giuffra, Jr.
William B. Monahan
Darrell S. Cafasso
Thomas C. White
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:   (212) 558-3588
Email: giuffrar@sullcrom.com
Email: monahanw@sullcrom.com
Email: cafassod@sullcrom.com
Email: whitet@sullcrom.com

*Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, VM Motori, S.p.A., and VM North America, Inc.*

Matthew D. Slater
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone:  (202) 974-1500
Facsimile:   (202) 974-1999
mslater@cgsh.com

*Counsel for Robert Bosch LLC and Robert Bosch GmbH*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:17-md-02777-EMC<br><br>**STIPULATION AND ORDER CONTINUING THE HEARING DATE FOR CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Edward M. Chen |

1    WHEREAS, on August 15, 2018, the Court rescheduled the hearing on Class Plaintiffs' Motion for Class Certification (the "Motion") to November 13, 2018 (Dkt. No. 366);

WHEREAS, lead counsel for the FCA Defendants is not available on November 13, 2018 due to a prior professional conflict;

WHEREAS, counsel for all parties to the Motion are available on November 20, 2018, and the parties understand from the Court's clerk that the Court is also available that day.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned counsel, and subject to the Court's approval, that the hearing on the Motion is reset for November 20, 2018, beginning at 10:00 a.m.

**SO STIPULATED.**

Dated:  August 27, 2018            Respectfully submitted,

SULLIVAN & CROMWELL LLP

By:   */s/ Robert J. Giuffra, Jr.*
          Robert J. Giuffra, Jr.

Robert J. Giuffra, Jr.
William B. Monahan
Darrell S. Cafasso
Thomas C. White
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:   (212) 558-3588
giuffrar@sullcrom.com
monahanw@sullcrom.com
cafassod@sullcrom.com
whitet@sullcrom.com

*Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, VM Motori, S.p.A., and VM North America, Inc.*

| | | |
|---|---|---|
| 1 | Dated:  August 27, 2018 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 2 | | By:   */s/ Matthew D. Slater* |
| | | Matthew D. Slater |
| 3 | | |
| 4 | | Cleary Gottlieb Steen & Hamilton LLP |
| | | 2000 Pennsylvania Ave., N.W. |
| | | Washington, DC 20006 |
| 5 | | Telephone:   (202) 974-1500 |
| | | Facsimile:    (202) 974-1999 |
| 6 | | mslater@cgsh.com |
| 7 | | *Counsel for Robert Bosch LLC and Robert Bosch GmbH* |
| 8 | Dated:  August 27, 2018 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 9 | | |
| | | By:    */s/ Elizabeth J. Cabraser* |
| 10 | | Elizabeth J. Cabraser |
| 11 | | Lieff Cabraser Heimann & Bernstein, LLP |
| | | 275 Battery Street, 29th Floor |
| 12 | | San Francisco, CA  94111-3339 |
| | | Telephone:  (415) 956-1000 |
| 13 | | Facsimile:   (415) 956-1008 |
| | | ecabraser@lchb.com |
| 14 | | |
| | | *Plaintiffs' Lead Counsel and Chair of the Plaintiffs' Steering* |
| 15 | | *Committee* |

**ORDER CONTINUING THE HEARING DATE FOR CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Based on the foregoing Stipulation, the Court reschedules the hearing on Class Plaintiffs' Motion for Class Certification to November 20, 2018, beginning at 10:00 a.m.

IT IS SO ORDERED.

DATED: August 27, 2018.

_____
Edward M. Chen
United States District Judge