Elizabeth J. Cabraser (State Bar No. 83151)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
Email:  ecabraser@lchb.com

*Plaintiffs' Lead Counsel*

Robert J. Giuffra, Jr.
William B. Monahan
Thomas C. White
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:   (212) 558-3588
Email: giuffrar@sullcrom.com
Email: monahanw@sullcrom.com
Email: whitet@sullcrom.com

*Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, VM Motori, S.p.A., and VM North America, Inc.*

Matthew D. Slater
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone:   (202) 974-1500
Facsimile:    (202) 974-1999
mslater@cgsh.com

*Counsel for Robert Bosch LLC and Robert Bosch GmbH*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:17-md-2777-EMC<br><br>**STIPULATION AND ORDER EXTENDING CERTAIN BRIEFING DEADLINES**<br><br>The Honorable Edward M. Chen |

1        WHEREAS, on September 11, 2018, the FCA Defendants requested "leave to file a ten-page sur-reply in further opposition to Plaintiffs' Motion for Class Certification and a sur-reply expert report responding to Mr. Shankar's new declaration." Dkt. 383 at 2;

       WHEREAS, on October 3, 2018, the Court granted Defendants' sur-reply request, allowing Defendants until October 17, 2018 to file their sur-reply, with a response from Plaintiffs due a week thereafter, on October 24, 2018. *See* October 3, 2018 CMC Hr'g Tr. at 39:18-40:11;

       WHEREAS, on October 17, 2018, the FCA Defendants filed their sur-reply in further opposition to Plaintiffs' Motion for Class Certification (Dkt. 439), which the Bosch Defendants also joined (Dkt. 440);

       WHEREAS, on October 9, 2018, the FCA Defendants filed a motion to exclude the declaration of Plaintiffs' expert Venkatesh Shankar (Dkt. 426), which the Bosch Defendants also joined (Dkt. 427);

       WHEREAS, Plaintiffs' opposition to Defendants' motion to exclude the declaration of Venkatesh Shankar is due on October 23, 2018, and Defendants' replies are due a week thereafter, on October 30, 2018; and

       WHEREAS, Plaintiffs request one additional week for their response to Defendants' sur-reply, and Defendants request one additional week for their replies in support of their motion to exclude the declaration of Venkatesh Shankar.

       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned counsel, and subject to the Court's approval, that (i) Plaintiffs shall have until **October 31, 2018** to file their response to Defendants' sur-reply (Dkt. 439), currently due October 24, and (ii) Defendants shall have until **November 6, 2018** to file their replies in support of their motion to exclude the declaration of Venkatesh Shankar, currently due October 30.

**SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: October 21, 2018 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 2 | | |
| 3 | | By: */s/ Elizabeth J. Cabraser*<br>Elizabeth J. Cabraser |
| 4 | | Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street, 29th Floor |
| 5 | | San Francisco, CA  94111-3339<br>Telephone:  (415) 956-1000 |
| 6 | | Facsimile:   (415) 956-1008<br>ecabraser@lchb.com |
| 7 | | |
| 8 | | *Plaintiffs' Lead Counsel and Chair of the Plaintiffs' Steering Committee* |
| 9 | Dated: October 21, 2018 | Respectfully submitted, |
| 10 | | SULLIVAN & CROMWELL LLP |
| 11 | | By: */s/ Robert J. Giuffra, Jr.*<br>Robert J. Giuffra, Jr. |
| 12 | | |
| 13 | | Robert J. Giuffra, Jr.<br>William B. Monahan |
| 14 | | Thomas C. White<br>Sullivan & Cromwell LLP |
| 15 | | 125 Broad Street<br>New York, New York 10004 |
| 16 | | Telephone:  (212) 558-4000<br>Facsimile:   (212) 558-3588 |
| 17 | | giuffrar@sullcrom.com<br>monahanw@sullcrom.com |
| 18 | | whitet@sullcrom.com |
| 19 | | *Counsel for Fiat Chrysler Automobiles N.V., FCA US LLC, VM Motori, S.p.A., and VM North America, Inc.* |
| 20 | Dated: October 21, 2018 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 21 | | By: */s/ Matthew D. Slater*<br>Matthew D. Slater |
| 22 | | |
| 23 | | Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Ave., N.W. |
| 24 | | Washington, DC 20006<br>Telephone:  (202) 974-1500 |
| 25 | | Facsimile:   (202) 974-1999<br>mslater@cgsh.com |
| 26 | | *Counsel for Robert Bosch LLC and Robert Bosch GmbH* |
| 27 | | |
| 28 | | |

1644351.2                                - 3 -                     STIPULATION EXTENDING CERTAIN BRIEFING DEADLINES
3:17-MD-2777-EMC

1  **<u>ORDER EXTENDING CERTAIN BRIEFING DEADLINES</u>**

2  Based on the foregoing Stipulation, the Court GRANTS the Parties' Stipulation Extending

3  Certain Briefing Deadlines.

4  IT IS SO ORDERED.

5  DATED: October 22, 2018.

6  _____
Edward M. Chen
United States District Judge