UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION. | Case No. 17-md-02777-EMC<br><br>**ORDER RE OCTOBER 26, 2018 HEARING**<br><br>Docket Nos. 367, 376, 380 |

At the hearing on Friday, October 26, 2018 at 11:00 a.m., counsel should be prepared to discuss not only their supplemental briefing but also the convergence theory for mail and wire fraud and the status of that theory after *Bridge v. Phoenix Bond & Indemnity Co.*, 553 U.S. 639 (2008). *See, e.g.*, *McNally v. United States*, 483 U.S. 350 (1987); *United States v. Kato*, 878 F.2d 267, 268-69 (9th Cir. 1989); *United States v. Lew*, 875 F.2d 219, 221-22 (9th Cir. 1989).

**IT IS SO ORDERED**.

Dated: October 23, 2018

_____
EDWARD M. CHEN
United States District Judge