# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** October 26, 2018     **Time:** 11:06 – 1:06 = 2 Hours     **Judge:** EDWARD M. CHEN

**Case No.**: 17-md-02777-EMC     **Case Name:** In re Chrysler-Dodge-Jeep EcoDiesel Marketing

**Attorneys for Plaintiff:** Elizabeth Cabraser, David Stellings, Stacy Slaughter, Rachel Jensen, David Casey, Jr., Kevin Budner
**Attorneys for Defendant:** Fiat Chrysler: Robert Giuffra, Jr., Thomas White; Bosch: Matthew Slater, Patrick Swiber.
**Deputy Clerk:** Angella Meuleman     **Court Reporter:** JoAnn Bryce

## PROCEEDINGS

Supplemental Briefing re: Motion to Dismiss - held.

## SUMMARY

Parties stated appearances and proffered argument. Motion taken under submission.