UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, et al., <br> Plaintiffs, <br> v. <br> FCA US LLC, et al., <br> Defendants. | Case No. 17-md-02777-EMC <br><br> **ORDER RE SETTLEMENT MASTER** |

In light of the delay in resolving the United States' case against the FCA defendants, the Court hereby orders the Settlement Master to engage directly with the parties and employ his best effort in facilitating settlement negotiations, including terms of any monetary relief. The parties are ordered fully to cooperate and communicate with the Settlement Master in regard thereto.

**IT IS SO ORDERED**.

Dated: November 28, 2018

_____
EDWARD M. CHEN
United States District Judge