AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

In re Chrysler-Dodge-Jeep EcoDiesel Litigation )
*Plaintiff* )
v. ) Case No. 3:17-md-02777-EMC
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The People of the State of California .

Date: 01/10/2019

/s/ Judith Fiorentini
*Attorney's signature*

Judith Fiorentini (CA 201747)
*Printed name and bar number*
California Department of Justice
600 West Broadway, Suite 1800
San Diego, California 92101

*Address*

judith.fiorentini@doj.ca.gov
*E-mail address*

(619) 738-9343
*Telephone number*

(619) 645-2271
*FAX number*