IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

RECEIVED
APR 09 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OPT-OUT DECLARATION:

I wish to exclude myself from the Class in re: *Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation*, Case No. 3:17-md-02777, in the U.S. District Court for the Northern District of California.

My Vehicle's Information:

Year __2014__   Make __JEEP__
Model __GRAND__   VIN __1C4RJFCMGEC309659__
__CHEROKEE 4DR 4WD OVERLAND ECO DIESEL__

Purchase or Lease:  Date of Purchase or Lease: __11/18/2013__
Owner/Lessee/Seller Co-Owner/Lessee/Seller (if applicable):
Owner Name __BONNIE LYNNE KOPPERL__
Email _____  Phone _____
Address __P.O. BOX 25783, GREENVILLE, SC 29616__
Signature 1-Owner __[signature]__
Date Signed __03/29/2019__
Co-Owner Name _____
Email _____  Phone _____
Address _____
Signature 2- Co Owner _____
Date Signed _____

|         |                                                                                                                                                                                                                                                                                 |
|---------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| From:   | Bonnie Lynne Kopperl<br>P. O. Box 25783<br>Greenville, SC 29616                                                                                                                                                                                                                                 |
| To:     | Clerk, United States District Court for the Northern District of California,<br>    San Francisco Division<br>450 Golden Gate Ave., Box 36060<br>San Francisco, CA 94102-3489                                                                                               |
| Date:   | March 29, 2019                                                                                                                                                                                                                                                                                  |
| Re:     | Filing and Recording of Opt-Out Declaration from the Class in Re: ***Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation***, **Case No. 3:17-md-02777**, in the U.S. District Court for the Northern District of California                              |

Dear Clerk,

    Enclosed is an Opt-Out Declaration signed form related to the above referenced class-action lawsuit. Please process the form, and send two stamped and certified copies of it back to me in the enclosed self-addressed stamped envelope. I have enclosed a check in the amount of $23.00, representing $11.00 certification fee, and $.50 page copy fee for each of these. Thank you for your assistance in this matter.