# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

RECEIVED
APR 09 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**OPT-OUT DECLARATION:**

I wish to exclude myself from the Class in re: *Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation*, Case No. 3:17-md-02777, in the U.S. District Court for the Northern District of California.

My Vehicle's Information:

Year __2014__    Make __JEEP__

Model __GRAND CHEROKEE 4DR 4WD OVERLAND ECO DIESEL__    VIN __1C4RJFCM2EC309660__

Purchase or Lease: Date of Purchase or Lease: __11/18/2013__

Owner/Lessee/Seller Co-Owner/Lessee/Seller (if applicable):

Owner Name __PHOENIX ERIN MCPEEK__
Email __phoenixmcpeek@gmail.com__    Phone __857.334.7703__
Address __P.O. BOX 25783, GREENVILLE, SC 29616__
Signature 1-Owner __Phoenix McPeek__
Date Signed __03/29/2019__

Co-Owner Name _____
Email _____    Phone __857.334.7703__
Address _____
Signature 2- Co Owner _____
Date Signed _____

| From: | Phoenix Erin McPeek |
| --- | --- |
| | P. O. Box 25783 |
| | Greenville, SC 29616 |
| To: | Clerk, United States District Court for the Northern District of California, |
| | San Francisco Division |
| | 450 Golden Gate Ave., Box 36060 |
| | San Francisco, CA 94102-3489 |
| Date: | March 29, 2019 |
| Re: | Filing and Recording of Opt-Out Declaration from the Class in Re: ***Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation***, **Case No. 3:17-md-02777**, in the U.S. District Court for the Northern District of California |

Dear Clerk,

    Enclosed is an Opt-Out Declaration signed form related to the above referenced class-action lawsuit. Please process the form, and send two stamped and certified copies of it back to me in the enclosed self-addressed stamped envelope. I have enclosed a check in the amount of $23.00, representing $11.00 certification fee, and $.50 page copy fee for each of these. Thank you for your assistance in this matter.