# EXHIBIT B

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12   IN RE CHRYSLER-DODGE-JEEP              MDL 2777 EMC
     ECODIESEL® MARKETING, SALES
13   PRACTICES, AND PRODUCTS               **SUPPLEMENTAL DECLARATION OF**
     LIABILITY LITIGATION                  **STEVEN WEISBROT OF ANGEION**
14                                         **GROUP, LLC IN SUPPORT OF**
                                           **MOTION FOR FINAL APPROVAL OF**
15                                         **CLASS ACTION SETTLEMENT**
     DORU BALI, *et al.*, on behalf of themselves and
16   all others similarly situated,

17                   Plaintiffs,

18   v.

19
     FIAT CHRYSLER AUTOMOBILES N.V., FCA
20   US LLC, SERGIO MARCHIONNE, VM
     MOTORI S.p.A., VM NORTH AMERICA,
21   INC., ROBERT BOSCH GmbH, and ROBERT
     BOSCH LLC,
22

23                   Defendants.

24

25

26

27

28

I, Steven Weisbrot, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I am a partner at the class action notice and settlement administration firm, Angeion Group LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge.

2.     My credentials have been previously reported to this Court in my initial declaration which was filed with Plaintiffs' Motion for Preliminary Approval of Class Settlement and Direction of Notice Under Fed. R. Civ. P. 23(e) (Dkt. No. 491) (the "Original Declaration").

3.     The purpose of this declaration is to provide the Court with an updated summary of the work performed related to the Notice Program as outlined in the Declaration of Steven Weisbrot of Angeion Group, LLC in Support of Motion for Final Approval of Class Action Settlement (Dkt. No. 538-3).

## I.     CAFA NOTICE

4.     Angeion has been advised that on January 15, 2019, the FCA and Bosch Defendants caused Notice of this Settlement and related materials to be sent to the Attorneys General of all states, the Attorneys General of the District of Columbia, Guam and Puerto Rico, as well as the Attorney General of the United States, pursuant to the requirements of 28 U.S.C. § 1715 ("CAFA Notice"). The Defendants provided Angeion with a copy of the CAFA Notice that was sent, which is attached hereto as Attachment "1."

## II.     DIRECT NOTICE

**Class List**

5.     Between February 5, 2019 and February 21, 2019, Angeion received email and mailing address data of potential Class Members from FCA. Prior to disseminating Notice of the Settlement ("Notice"), Angeion reviewed and processed the data files to remove exact duplicative records and finalize the mailing list.

**Mailed Notice**

6.     Between February 19, 2019 and February 23, 2019, Angeion caused 137,637 Notices to be mailed via the United States Postal Service ("USPS") first-class mail, postage

prepaid. Prior to mailing, the mailing list was processed via the USPS National Change of Address ("NCOA") database to identify updated address information for individuals and businesses who have moved in the last four years and who filed a change of address card with the USPS. The mailed Notices were in the same form as Attachment "2" attached hereto.

7.    As of April 25, 2019, the USPS has returned 5,007 of the Notices as undeliverable. Notices returned as undeliverable by the USPS without a forwarding address were processed through address verification searches and re-mailed to updated addresses located via this process. Notices returned as undeliverable by the USPS with a forwarding address were re-mailed to that forwarding address identified by the USPS. As a result of the above-described efforts, a total of 3,071 Notices have been re-mailed. Of the re-mailed Notices, only 165 were returned by the USPS a second time. In summary, of the 137,637 Notices Angeion mailed to potential Class Members, 135,536 (98.47%) are presumed to have been successfully delivered. Angeion will continue to receive, process, and re-mail undeliverable Notices in accordance with the above-described processes.

**Email Notice**

8.    Between February 19, 2019 and February 26, 2019, Angeion caused 123,128 Notices to be emailed. The email Notices were in the same form as Attachment "3" attached hereto. The Notices were optimized for readability both on computer screens and mobile devices.

9.    Prior to sending the Notices via email, the email addresses provided by FCA were subjected to the "Hygiene and Verification" process and email append process as described in my Supplemental Declaration (Dkt. No. 525-1) at paragraphs 20–23.

10.    Any email Notices that were not delivered as a result of a soft bounce, were re-attempted after an approximate 12 to 24-hour rest period, which allowed any temporary block at the ISP level to expire.  A soft bounce is a temporary delivery failure. Soft bounces can occur for a number of reasons including when the recipient's mailbox is full; the receiving server is down or swamped with messages; the message size is too large; the recipient's settings do not allow for email from the sender; suspicious content has been detected; or various other reasons. It does not

necessarily mean that the email address is invalid or no longer active, which are generally categorized as "hard bounces." In total, 115,824 email Notices were successfully delivered, which represents a 94.07% deliverability percentage. This deliverability percentage is excellent compared to comparable class action notice programs.

### III.  MEDIA & PUBLICATION NOTICE

**Targeted Facebook Campaign**

11.    On February 13, 2019, Angeion caused the targeted Facebook campaign to commence. The Facebook campaign displays targeted ads to potential Class Members' Facebook timelines based on email addresses provided by FCA and obtained via the email append work referenced in paragraph 9 above. Angeion was able to target ads to Class Members based on the vehicle they were associated with. For example, if a Class Member was likely to be a current or former Jeep EcoDiesel owner or lessee, they received an ad targeted specifically to the Jeep brand. Copies of the customized Facebook ads are attached hereto as Attachment "4."

12.    The Notice portion of the Facebook campaign initially ran for a total of 45-days, from February 13, 2019 until March 29, 2019.

13.    As a result of the first 45-day run, the targeted Facebook campaign served 625,214 impressions to the Ram audience and 190,476 impressions to the Jeep audience. The impressions described herein have resulted in 26,909 click-throughs for the Ram audience and 8,981 click-throughs for the Jeep audience.

14.    Given that the targeted Facebook campaign garnered exceptional click-through rates that greatly exceed other similar campaigns, with the advice and consent of the Parties, Angeion extended the targeted Facebook campaign beyond the first 45 days of the Notice Program to further generate class member engagement.

15.    The extended targeted Facebook campaign will continue until the beginning of the Settlement Benefit Period, when the second 45-day Facebook campaign commences. *See* Dkt. No. 525-1 at ¶ 30. In other words, the highly successful Facebook campaign will have essentially run

from preliminary approval of the settlement through 45 days past the opening of the Settlement Benefit Period.

16.     As of April 25, 2019, an additional 139,531 impressions have been served to the Ram audience and 40,851 additional impressions served to the Jeep audience through Facebook. This has resulted in an additional 5,354 click-throughs for the Ram audience and 1,668 click-throughs for the Jeep audience. In total, Angeion has served 966,492 impressions, resulting in 42,912 total click-throughs thus far, and will continue to serve impressions targeting consumers through the first 45 days of the Settlement Benefit Period.

**Internet Search Targeting Campaign**

17.     On February 15, 2019, Angeion caused the internet banner ad campaign to commence. Similar to the Facebook campaign, the internet banner ad campaign ran for a total of 45-days and concluded on March 29, 2019. A second 45-day campaign will commence at the beginning of the Settlement Benefit Period.

18.     As described in my Supplemental Declaration (Dkt. No. 525-1) at paragraphs 31-36, the internet banner ad campaign is specifically designed to target the most appropriate audiences to deliver Notice of this Settlement, utilizing both Ram-specific and Jeep-specific ads. Copies of the banner ads are attached hereto as Attachment "5."

19.     In total, the internet banner campaign caused 603,798 impressions to be served utilizing the Ram-specific ad and 333,056 impressions served utilizing the Jeep-specific ad. The impressions described herein have resulted in 1,866 click-throughs for the Ram audience and 1,425 click-throughs for the Jeep audience.

**Summary of Digital & Social Media Campaigns**

20.     The level of engagement for the digital and social media advertising campaigns are notably above average when compared to other consumer class action settlements. In particular, the Facebook campaign's click-through rate is considerably more robust than industry averages and will continue to drive potential Class Members to the dedicated case website to learn more about the Settlement. It is my opinion that the Facebook ads in this case acted as an additional form of

direct notice (as opposed to publication notice) because the ads were targeted to actual known Class Members, and the customized messaging was tailored to the Class Member's vehicle.

**Publication Notice**

21.    Angeion caused Notice to be published in the March 4, 2019 edition of *Automotive News* and in the April 7, 2019 edition of *Motor*. A copy of the publication Notice text used for publication in the *Automotive News* and *Motor* is attached hereto as Attachment "6."

## IV.    ADDITIONAL FORMS OF NOTICE

22.    Notice of the Settlement is also available to Class Members via the official settlement website: www.ecodieselsettlement.com. The Settlement website contains a wealth of information, including a detailed summary of the Settlement, an overview of the claims submission process, a repository of the Settlement-related documents and court filings, a list of Frequently Asked Questions, and an option for interested Class Members to register for Settlement updates via email.

23.    In addition, FCA has posted links to the official Settlement website on www.jeep.com and www.ramtrucks.com, the official brand websites for the vehicle brands in this case. Linking to the Settlement website on an official FCA webpage is highly beneficial for two reasons. First, it helps diffuse news of the Settlement on a website where Class Members are likely to visit. Second, the links create a credible network of "backlinks," which serve an important role in search engine optimization ("SEO") for the Settlement website and can help boost the organic ranking of a website in a search engine result. "Backlinks" are generally defined as a hyperlink that links from an external webpage to the subject webpage—in this case the Settlement website. Generally speaking, the better the quality of the backlinks, the greater the effect on SEO, which in turn makes a website easier to find through a search engine such as Google or Bing. As such, Angeion believes that the links on the official Jeep and Ram brand websites are helping to propel additional traffic to the Settlement website.

DECLARATION OF STEVEN WEISBROT
CASE NO. 3:17-MD-02777-EMC

## V.     CLASS MEMBER RESPONSE

24.     Class Members have shown a strong, prolonged engagement rate in response to the Notice Program that exceeds the response Angeion has seen in other consumer cases.

25.     As of April 25, 2019, there have been 80,989 unique visitors to the Settlement website.

26.     As of April 25, 2019, a total of 33,804 unique email addresses have registered on the Settlement website to receive email updates on the Settlement. This figure is a testament to the wide-reaching success of the Notice Program and the Class's interest in the settlement.

27.     In my opinion, this is a very high engagement rate for Class Members, especially given that the Settlement Benefit Period has not yet begun and will remain open for two years after commencement. The Notice Program has generated substantial interest in the Settlement and is designed to continue to do so throughout the pendency of its administration.

## VI.     OPT OUT REQUESTS

28.     As of April 25, 2019, Angeion has received a total of 3,461 non-duplicative opt out requests. These opt out requests account for a total of 3,447 unique vehicle identification numbers ("VIN").   The total number of compliant opt out requests is 3,046 (discussed in greater detail below).

29.     Of the 3,461 non-duplicative opt out requests, 415 requests are deficient. The 415 deficient opt out requests consist of (i) 171 requests submitted for individuals who claim to have sold their vehicles before the January 12, 2017 Notice of Violation or after the January 10, 2019 Settlement date, and are therefore not members of the class, and (ii) 244 requests that are incomplete and do not meet the opt out requirements set forth in Paragraph 6.1 of the Settlement Agreement and Question 27 of the court-approved Long Form Notice. Finally, one of the submitted opt out requests was subsequently revoked and has been omitted from the total opt out count.

30.     Angeion has contacted the individuals and counsel who submitted the deficient opt out requests to provide them with an opportunity to cure the deficiencies. Angeion will provide the

Parties with a final list of the valid and compliant opt outs prior to the May 3, 2019 Final Approval Hearing.

31.     Of the opt out requests Angeion has received, 3,447 are for individuals represented by opt out counsel.  Notably, 3,061 (88.4%) of the opt out requests were submitted through two law firms, Stern Law PLLC and Heygood Orr & Pearson. Angeion has also received 14 opt out requests for individuals who do not appear to be represented by opt out counsel, and Angeion is reaching out to these individuals to confirm. The table below provides a breakdown of the total number of opt outs submitted for individuals represented by opt out counsel (and the firm representing them) and those submitted for individuals without opt out counsel.

| LAW FIRM | OPT OUTS SUBMITTED |
|---|---|
| STERN LAW PLLC | 1,841 |
| HEYGOOD ORR & PEARSON | 1,220 |
| CONSUMER LEGAL REMEDIES APC | 234 |
| DUCK LAW FIRM, LLC | 59 |
| WISE PLLC | 39 |
| LAW OFFICE OF SAMUEL W. BEARMAN LC | 10 |
| KNIGHT LAW GROUP LLP | 13 |
| STRATEGIC LEGAL PRACTICE | 11 |
| ROMANO STANCROFF PC | 8 |
| LEMON LAW GROUP | 8 |
| GROSSMAN LAW OFFICES | 1 |
| LAW OFFICE OF ILONA GORIN | 1 |
| LAW OFFICES OF JIM O. WHITWORTH | 1 |
| YOUNG & YOUNG APC | 1 |
| **TOTAL OPT OUT SUBMISSIONS WITH COUNSEL** | **3,447** |
| **INDIVIDUAL (NO OPT OUT COUNSEL)** | **14** |
| **TOTAL OPT OUT SUBMISSIONS** | **3,461** |

32.     Further, the table below provides the breakdown of non-duplicative opts outs by eligibility category.

| ELIGIBILITY CATEGORY | NUMBER OF OPT OUTS |
|---|---|
| CURRENT OWNER | 2,610 |
| CURRENT LESSEE | 53 |
| FORMER OWNER | 733 |
| FORMER LESSEE | 46 |
| OPT OUT REQUEST DID NOT SPECIFY | 19 |
| **TOTAL** | **3,461** |

1    **VII.    CONCLUSION**

2            33.    The Notice Program utilized and will continue to utilize every potential Class

3    Member mailing address and email address reasonably available to effectuate direct notice, which

4    has already reached the overwhelming majority of class members. When combined with the

5    aforementioned digital, social and traditional media publication, the overall notification efforts

6    greatly exceed the guidance of the Federal Judicial Center, comply with Due Process, this District's

7    Local Rules, and the amended Rule 23.

8            34.    Given the high deliverability rates for both the mail and email notice, combined with

9    above average click through rates and initial registration participation rate, it is my opinion that the

10   Notice Program has been and continues to be an overwhelming success, and has demonstrated

11   meaningful, verifiable, Class Member participation and engagement in the Settlement. We expect

12   this to continue as the Notice Program progresses.

13           35.    In my opinion, the Notice Program described herein meets the requirements of Rule

14   23 and due process requirements as the best notice practicable under the circumstances, and

15   incorporated contemporary media and best practices to alert and engage the participation of the

16   Class Members in the proposed Settlement.

17

18           I hereby declare under penalty of perjury that the foregoing is true and correct.

19

20

21   Dated: April 25, 2019

22                                                    STEVEN WEISBROT

23

24

25

26

27

28

DECLARATION OF STEVEN WEISBROT
CASE NO. 3:17-MD-02777-EMC

# Attachment 1

January 15, 2019

Via Certified Mail

To: All Addressees Identified in the Attached Exhibit A

        Re:    Notice of Proposed Class Action Settlement Pursuant to the Class Action
                Fairness Act (28 U.S.C. § 1715): *In re Chrysler-Dodge-Jeep Ecodiesel*
                *Marketing, Sales Practices, and Products Liability Litigation*,
                MDL No. 2777

Dear Sir or Madam:

        On behalf of defendants Fiat Chrysler Automobiles N.V., FCA US LLC, VM Motori S.p.A., and VM North America, Inc. (collectively, "FCA") and Robert Bosch GmbH and Robert Bosch LLC (collectively, "Bosch") in the above-referenced putative class action (the "Class Action"), we write pursuant to 28 U.S.C. § 1715 ("CAFA") to notify you of a proposed settlement of the Class Action.

        After extensive negotiations, including mediation by former Special Master of the September 11th Victim Compensation Fund, Kenneth Feinberg, the parties agreed to a resolution of the Class Action as set forth in a Consumer and Reseller Dealership Class Action Settlement Agreement and Release, dated January 10, 2019 (the "Proposed Settlement"). Under the terms of the Proposed Settlement, FCA and Bosch have agreed to compensate eligible class member owners, lessees, former owners, and former lessees, as set forth in the Proposed Settlement. On January 10, 2019, Plaintiffs filed a motion for preliminary approval of the Proposed Settlement.

        The enclosed USB drive contains the documents required by 28 U.S.C. § 1715(b), including the following:

                1. Consolidated Consumer Class Action Complaint, dated July 19, 2017; Amended Consolidated Consumer Class Action Complaint, dated September 29, 2017; and Second Amended Consolidated Consumer Class Action Complaint, dated May 16, 2018;

                2. the Proposed Settlement and all attachments thereto, including proposed notifications to class members of the Proposed Settlement; and

                3. the Court's January 15, 2019 Order relating to the proposed settlement and proposed notification to class members.

        A hearing has been scheduled for January 23, 2019, at 10 a.m. PT to determine whether the Proposed Settlement should be preliminarily approved. The hearing to finally approve the Proposed Settlement is expected to occur in late April or May 2019.

CAFA also requires a defendant, "if feasible," to provide "the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement," or, if that is not feasible, to provide a "reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." 28 U.S.C. § 1715(b)(7)(A)-(B). The attached Exhibit B contains FCA's estimate of the number of Eligible Vehicles, as that term is defined in the Proposed Settlement, registered in each State. FCA believes that these figures provide a reasonable estimate of the number of class members per State and the "estimated proportionate share of the claims of such class members to the entire settlement." 28 U.S.C. § 1715(b)(7)(A)-(B). Ultimately, these figures provide only a reasonable estimate of the total number of class members per State, and the actual numbers may later be determined to be different.

The foregoing information is provided based on the status of the proceedings at the time of the submission of this notification and on the information currently available to FCA and Bosch.

Sincerely,

William B. Monahan
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10016

*Counsel for Defendants Fiat Chrysler*
*Automobiles N.V., FCA US LLC,*
*VM Motori S.p.A., and*
*VM North America, Inc.*

Sincerely,

Matthew D. Slater
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037

*Counsel for Defendants*
*Robert Bosch LLC and*
*Robert Bosch GmbH*

(Enclosure)

cc:     Elizabeth J. Cabraser, Esq.
        (Lieff Cabraser Heimann & Bernstein LLP)
        *Plaintiffs' Lead Counsel*

**EXHIBIT A**

U.S. Department of Justice
Office of the Attorney General of the
United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Office of the Attorney General of Alabama
P.O. Box 300152
Montgomery, AL 36130-0152

Office of the Attorney General of Alaska
P.O. Box 110300
Juneau, AK 99811-0300

Office of the Attorney General of Arizona
2005 N Central Ave
Phoenix, AZ 85004-2926

Office of the Attorney General of Arkansas
323 Center Street, Suite 200
Little Rock, AR 72201-2610

CAFA Coordinator
Office of the Attorney General of California
Consumer Law Section
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

Office of the Attorney General of Colorado
Ralph L. Carr Colorado Judicial Ctr.
1300 Broadway, 10th Floor
Denver, CO 80203

Office of the Attorney General of Connecticut
55 Elm Street
Hartford, CT 06106

Office of the Attorney General of Delaware
Delaware Department of Justice
Carvel State Building
820 N. French St
Wilmington, DE 19801

Office of the Attorney General for the
District of Columbia
441 4th Street, NW
Ste. 1100S
Washington, DC 20001

Office of Attorney General of Florida
State of Florida
The  Capitol PL-01
Tallahassee, FL 32399-1050

Office of the Attorney General of Georgia
40 Capitol Square, SW
Atlanta, GA 30334

Office of the Attorney General of Guam
590 S. Marine Corps Dr., Ste. 901
Tamuning, GU 96913

Department of the Attorney General of Hawaii
425 Queen Street
Honolulu, HI 96813

Office of the Attorney General of Idaho
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-0010

Office of the Attorney General of Illinois
James R. Thompson Ctr.
100 West Randolph Street
Chicago, IL 60601

Office of the Attorney General of Indiana
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Office of the Attorney General of Iowa
Hoover State Office Building
1305 E. Walnut Street
Des Moines, IA 50319

Office of the Attorney General Kansas
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612-1597

Office of Attorney General of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804

Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202-2202

Office of the Attorney General of Michigan
G. Mennen Williams Building, 7th Floor
525 W. Ottawa St.
P.O. Box 30212
Lansing, MI 48909

Office of the Attorney General of Mississippi
P.O. Box 220
Jackson, MS 39201

Office of the Attorney General of Montana
Justice Building
215 N. Sanders Street
P.O. Box 201401
Helena, MT 59620-1401

Office of the Attorney General of Nevada
100 North Carson St.
Carson City, NV 89701

Office of the Attorney General of New Jersey
RJ Hughes Justice Complex
25 Market St., Box 080
Trenton, NJ 08625-0080

CAFA Coordinator
Office of the Attorney General of New York
28 Liberty St., 15th FL
New York, NY 10005

Office of the Attorney General of Kentucky
700 Capitol Ave., Ste. 118
Frankfort, KY 40601

Office of the Attorney General of Maine
6 State House Station
Augusta, ME 04333

Office of the Attorney General of Massachusetts
ATTN: CAFA Coordinator/General Counsel's
Office
One Ashburton Place
Boston, MA 02108-1518

Office of the Attorney General of Minnesota
445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131

Missouri Attorney General's Office of Missouri
Supreme Court Building
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102

Office of the Attorney General of Nebraska
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509

Office of the Attorney General of
New Hampshire
33 Capitol Street
Concord, NH 03301

Office of the Attorney General of New Mexico
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501

Office of the Attorney General North Carolina
9001 Mail Service Center
Raleigh, NC 27699-9001

Office of the Attorney General of North Dakota
State Capitol
600 E. Boulevard Ave. Dept. 125
Bismarck, ND 58505

Office of the Attorney General of Oklahoma
313 NE 21st Street
Oklahoma City, OK 73105

Office of the Attorney General of Pennsylvania
16th Floor, Strawberry Square
Harrisburg, PA 17120

Office of the Attorney General of Rhode Island
150 South Main Street
Providence, RI 02903

Office of the Attorney General of South Dakota
1302 E. Hwy 14, Suite 1
Pierre, SD 57501-8501

Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548

Office of the Attorney General of Vermont
109 State Street
Montpelier, VT 05609-1001

Office of the Attorney General of Washington
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100

Office of the Attorney General of Wisconsin
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857

Office of the Attorney General of Ohio
State Office Tower
30 E. Broad Street, 14th Fl.
Columbus, OH 43215

Office of the Attorney General of Oregon
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

Office of the Attorney General of Puerto Rico
Puerto Rico Department of Justice
PO Box 9020192
San Juan, PR 00902-0192

Office of the Attorney General of South Carolina
P.O. Box 11549
Columbia, SC 29211

Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Office of the Attorney General of Utah
P.O. Box 142320
Salt Lake City, UT 84114-2320

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219

Office of the Attorney General of West Virginia
State Capital Complex Building 1
Room E-26
Charleston, WV 25305

Office of the Attorney General of Wyoming
Kendrick Building
2320 Capitol Avenue
Cheyenne, WY 82002

**EXHIBIT B**

| Jurisdiction | Estimated Number of Eligible Vehicles Currently Registered* | Percentage of Total |
|---|---|---|
| Alabama | 979 | 1.00% |
| Alaska | 430 | 0.44% |
| Arizona | 2,535 | 2.58% |
| Arkansas | 1,047 | 1.06% |
| California | 13,324 | 13.55% |
| Colorado | 2,974 | 3.02% |
| Connecticut | 588 | 0.60% |
| DC | 32 | 0.03% |
| Delaware | 212 | 0.22% |
| Florida | 5,317 | 5.41% |
| Georgia | 2,409 | 2.45% |
| Guam** | 10 | 0.01% |
| Hawaii | 178 | 0.18% |
| Idaho | 1,443 | 1.47% |
| Illinois | 2,750 | 2.80% |
| Indiana | 1,489 | 1.51% |
| Iowa | 1,387 | 1.41% |
| Kansas | 1,108 | 1.13% |
| Kentucky | 1,062 | 1.08% |
| Louisiana | 1,607 | 1.63% |
| Maine | 461 | 0.47% |
| Maryland | 1,213 | 1.23% |
| Massachusetts | 926 | 0.94% |
| Michigan | 2,342 | 2.38% |
| Minnesota | 1,697 | 1.73% |
| Mississippi | 765 | 0.78% |
| Missouri | 1,861 | 1.89% |
| Montana | 1,251 | 1.27% |
| Nebraska | 899 | 0.91% |
| Nevada | 1,199 | 1.22% |
| New Hampshire | 475 | 0.48% |
| New Jersey | 1,229 | 1.25% |
| New Mexico | 907 | 0.92% |
| New York | 2,841 | 2.89% |
| North Carolina | 2,408 | 2.45% |
| North Dakota | 573 | 0.58% |

-1-

| Jurisdiction | Estimated Number of Eligible Vehicles Currently Registered* | Percentage of Total |
|---|---|---|
| Ohio | 1,902 | 1.93% |
| Oklahoma | 1,962 | 1.99% |
| Oregon | 2,451 | 2.49% |
| Pennsylvania | 2,383 | 2.42% |
| Puerto Rico | 147 | 0.15% |
| Rhode Island | 153 | 0.16% |
| South Carolina | 1,193 | 1.21% |
| South Dakota | 700 | 0.71% |
| Tennessee | 1,426 | 1.45% |
| Texas | 13,023 | 13.24% |
| Utah | 1,967 | 2.00% |
| Vermont | 258 | 0.26% |
| Virginia | 1,790 | 1.82% |
| Washington | 3,373 | 3.43% |
| West Virginia | 524 | 0.53% |
| Wisconsin | 2,444 | 2.48% |
| Wyoming | 732 | 0.74% |

*Based on available registration data as of October 1, 2018.
**Based on retail sales data.

# Attachment 2

**Official Court-Approved Legal Notice**

*Settlements with Ram and Jeep EcoDiesel Vehicle Owners/Lessees, the Environmental Protection Agency, and the California Air Resources Board*

You are receiving this notice as an **owner**, **former owner**, **lessee**, or **former lessee** of one of the Fiat Chrysler EcoDiesel vehicles listed below. You may be eligible for cash benefits under a class action settlement.

| Ram 1500 EcoDiesel | Jeep Grand Cherokee EcoDiesel |
|---|---|
| Model Years 2014-2016 | Model Years 2014-2016 |

## Settlement Benefits

### <u>GET PAID CASH</u>
most owners get $3,075; most lessees get $990

\+

### GET YOUR VEHICLE FIXED
to comply with emissions standards

\+

### RECEIVE A COMPREHENSIVE EXTENDED WARRANTY

## How It Works

  

Visit
**www.EcoDieselSettlement.com**
for Information and
Registration.

Submit a Claim
and Schedule
an Appointment.

At scheduled time, have repair
performed at an authorized
dealership and then receive your
payment by mail.

## Your Rights, Next Steps, & Important Dates

The Settlements collectively provide cash compensation, a vehicle repair, and a comprehensive extended warranty. **If you are a current owner or current lessee, you must submit a claim <u>and</u> receive the repair to be eligible for compensation.** You can have your vehicle repaired and receive the extended warranty prior to or after making a claim, but you will not be eligible for compensation until you submit your claim.

The Court will hold a hearing on **May 3, 2019** and will decide whether to approve the Settlements on or after that date.

Fiat Chrysler will begin processing claims once the Court approves the Settlements. This notice is being sent to you prior to that date to give you time to decide whether to participate in the claims process. You will be notified again once you can start submitting claim forms and documentation. In the meantime, claim forms are available now at www.EcoDieselSettlement.com, and you can also sign up for e-mail updates at www.EcoDieselSettlement.com.

All current owners and current lessees must submit a valid claim within **21 months** of the Court's final approval of the Settlements to participate.  If you are a Former Owner or Former Lessee, you must submit a claim to receive cash compensation. If you stay in the Class Action Settlement, you are submit your valid claim within **90 days** of the Court's final approval of the Settlements.  Please visit the settlement website below for additional information about important dates and deadlines.

You may object or exclude yourself from the Class Action Settlement by **April 15, 2019**. If you object, you will still be a member of the Class (if you are otherwise eligible) and must submit a claim to receive cash compensation. If you stay in the Class Action Settlement, you are eligible to receive benefits and cash and cannot sue Fiat Chrysler or Bosch for the claims being resolved by the Settlement.

Attorneys representing the Class will request Court approval for $59 million in attorneys' fees and $7 million in costs. Any such fees and costs awarded by the Court will be paid separately by Fiat Chrysler and Bosch and will not reduce your compensation.

**Visit www.EcoDieselSettlement.com for more details on the Class Action Settlement, to register, and to review your rights and options**.

## www.EcoDieselSettlement.com     1-833-280-4748

Jeep Grand Cherokee and Ram 1500 EcoDiesel Emissions Settlements
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**IMPORTANT LEGAL INFORMATION**

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
BELLMAWR, NJ
PERMIT #247

**Electronic Service
Requested**

**Official Court-Approved Legal Notice** 

# 2014-2016
# Jeep Grand Cherokee EcoDiesel
# and Ram 1500 EcoDiesel Settlements

# Attachment 3

## Official Court-Approved Legal Notice

*Settlements with Ram and Jeep EcoDiesel Vehicle Owners/Lessees, the Environmental Protection Agency, and the California Air Resources Board*

You are receiving this notice as an **owner**, **former owner**, **lessee**, or **former lessee** of one of the Fiat Chrysler EcoDiesel vehicles listed below. You may be eligible for cash benefits under a class action settlement.

| Ram 1500 3.0L EcoDiesel | Jeep Grand Cherokee 3.0L EcoDiesel |
|---|---|
| Model Years 2014-2016 | Model Years 2014-2016 |

## Settlement Benefits

### <u>GET PAID CASH</u>
most owners get $3,075; most lessees get $990

**+**

### GET YOUR VEHICLE FIXED
to comply with emissions standards

**+**

### RECEIVE A COMPREHENSIVE EXTENDED WARRANTY

## How It Works

  

| **Step 1** | **Step 2** | **Step 3** |
|---|---|---|
| Visit **www.EcoDieselSettlement.com** for Information and Registration. | Submit a Claim and Schedule an Appointment | At scheduled time, have repair performed at an authorized dealership and then receive your payment by mail. |

## Your Rights, Next Steps, & Important Dates

The Settlements collectively provide cash compensation, a vehicle repair, and a comprehensive extended warranty. **If you are a current owner or current lessee, you must submit a claim and receive the repair to be eligible for compensation.** You can have your vehicle repaired and receive the extended warranty prior to or after making a claim, but you will not be eligible for compensation until you submit your claim.

The Court will hold a hearing on **May 3, 2019** and will decide whether to approve the Settlements on or after that date.

Fiat Chrysler will begin processing claims once the Court approves the Settlements. This notice is being sent to you prior to that date to give you time to decide whether to participate in the claims process. You will be notified again once you can start submitting claim forms and documentation. In the meantime, claim forms are available now at www.EcoDieselSettlement.com, and you can also sign up for e-mail updates at www.EcoDieselSettlement.com.

All current owners and current lessees must submit a valid claim within **21 months** of the Court's final approval of the Settlements to participate. If you are a Former Owner or Former Lessee, you must submit your valid claim within **90 days** of the Court's final approval of the Settlements. Please visit the settlement website below for additional information about important dates and deadlines.

You may object or exclude yourself from the Class Action Settlement by **April 15, 2019**. If you object, you will still be a member of the Class (if you are otherwise eligible) and must submit a claim to receive cash compensation. If you stay in the Class Action Settlement, you are eligible to receive benefits and cash and cannot sue Fiat Chrysler or Bosch for the claims being resolved by the Settlement.

Attorneys representing the Class will request Court approval for $59 million in attorneys' fees and $7 million in costs. Any such fees and costs awarded by the Court will be paid separately by Fiat Chrysler and Bosch and will not reduce your compensation.

**Visit www.EcoDieselSettlement.com for more details on the Class Action Settlement, to register, and to review your rights and options.**

**www.EcoDieselSettlement.com    1-833-280-4748**

<<First Name>> <<Last Name>> Notice ID: <<NoticeID>>

Unsubscribe

# Attachment 4





# Attachment 5

**Jeep Banner Ads – All Interactive Advertising Bureau ("IAB") Sizes**

1.    320x50



2.    300x50



3.    728x90



4.    300x250

5.     300x600

6.   160x600

**Ram 1500 Banner Ads – All Interactive Advertising Bureau ("IAB") Sizes**

1.   320x50



2.   300x50



3.   728x90

If you are a current or former owner or lessee of a 2014-2016 Ram 1500 ECODIESEL vehicle, you could be eligible for a payment from a class action settlement.

CLICK HERE FOR MORE INFORMATION

4.   300x250



5.    300x600

6.    160x600

If you are a current or former owner or lessee of a 2014-2016 **Ram 1500** ECODIESEL vehicle, you could be eligible for a payment from a class action settlement.

**CLICK HERE FOR MORE INFORMATION**

**Jeep & Ram 1500 Banner Ads – All Interactive Advertising Bureau ("IAB") Sizes**

1.  320x50



2.  300x50



3.  728x90

4.  300x250



5.  300x600

6.      160x600

If you are a current or former owner or lessee of a 2014-2016 **Ram 1500 or Jeep Grand Cherokee** ECODIESEL vehicle, you could be eligible for a payment from a class action settlement.

**CLICK HERE FOR MORE INFORMATION**

# Attachment 6

**Official Court-Approved Legal Notice**

*Settlements with Ram and Jeep EcoDiesel Vehicle Owners/Lessees, the Environmental Protection Agency, and the California Air Resources Board*

You are receiving this notice as an **owner**, **former owner**, **lessee**, or **former lessee** of one of the Fiat Chrysler EcoDiesel vehicles listed below. You may be eligible for cash benefits under a class action settlement.

| Ram 1500 3.0L EcoDiesel | Jeep Grand Cherokee 3.0L EcoDiesel |
|---|---|
| Model Years 2014-2016 | Model Years 2014-2016 |

## Settlement Benefits

### <u>GET PAID CASH</u>

most owners get $3,075; most lessees get $990

**+**

### GET YOUR VEHICLE FIXED

to comply with emissions standards

**+**

### RECEIVE A COMPREHENSIVE EXTENDED WARRANTY

## How It Works







Visit **www.EcoDieselSettlement.com** for Information and Registration.

Submit a Claim and Schedule an Appointment.

At scheduled time, have repair performed at an authorized dealership and then receive your payment by mail.

## Your Rights, Next Steps, & Important Dates

The Settlements collectively provide cash compensation, a vehicle repair, and a comprehensive extended warranty. **If you are a current owner or current lessee, you must submit a claim <u>and</u> receive the repair to be eligible for compensation.** You can have your vehicle repaired and receive the extended warranty prior to or after making a claim, but you will not be eligible for compensation until you submit your claim.

The Court will hold a hearing on **May 3, 2019** and will decide whether to approve the Settlements on or after that date.

Fiat Chrysler will begin processing claims once the Court approves the Settlements. This notice is being sent to you prior to that date to give you time to decide whether to participate in the claims process. You will be notified again once you can start submitting claim forms and documentation. In the meantime, claim forms are available now at www.EcoDieselSettlement.com, and you can also sign up for e-mail updates at www.EcoDieselSettlement.com.

All current owners and current lessees must submit a valid claim within **21 months** of the Court's final approval of the Settlements to participate.  If you are a Former Owner or Former Lessee, you must submit your valid claim within **90 days** of the Court's final approval of the Settlements.  Please visit the settlement website below for additional information about important dates and deadlines.

You may object or exclude yourself from the Class Action Settlement by **April 15, 2019**. If you object, you will still be a member of the Class (if you are otherwise eligible) and must submit a claim to receive cash compensation. If you stay in the Class Action Settlement, you are eligible to receive benefits and cash and cannot sue Fiat Chrysler or Bosch for the claims being resolved by the Settlement.

Attorneys representing the Class will request Court approval for $59 million in attorneys' fees and $7 million in costs. Any such fees and costs awarded by the Court will be paid separately by Fiat Chrysler and Bosch and will not reduce your compensation.

**Visit www.EcoDieselSettlement.com for more details on the Class Action Settlement, to register, and to review your rights and options**.

## www.EcoDieselSettlement.com    1-833-280-4748