Elizabeth J. Cabraser (Bar No. 083151)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
E-mail: ecabraser@lchb.com

*Plaintiffs' Lead Settlement Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL® MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL 2777 EMC<br><br>**NOTICE OF SUPPLEMENTAL DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP, LLC IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

1    Attached as Exhibit A is the Supplemental Declaration of Steven Weisbrot of Angeion

2    Group, LLC, in Support of Motion for Final Approval of the Amended Consumer and Reseller

3    Dealership Class Action Settlement Agreement and Release (Dkt. No. 538).

4    Dated:   May 3, 2019                          Respectfully submitted,

5                                                  LIEFF CABRASER HEIMANN &
                                                   BERNSTEIN, LLP
6
                                                   By:  */s/ Elizabeth J. Cabraser*
7                                                  Elizabeth J. Cabraser
                                                   LIEFF CABRASER HEIMANN &
8                                                  BERNSTEIN, LLP
                                                   275 Battery Street, 29th Floor
9                                                  San Francisco, CA  94111
                                                   Telephone: 415.956.1000
10                                                 Facsimile:  415.956.1008
                                                   E-mail: *ecabraser@lchb.com*
11
                                                   *Plaintiffs' Lead Counsel*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2019, Notice of Supplemental Declaration of Steven

Weisbrot of Angeion Group, LLC, in Support of the Motion for Final Approval of the Amended

Consumer and Reseller Dealership Class Action Settlement Agreement and Release was served

using the CM/ECF system, which will automatically send notification of the filing to all counsel

of record.

/s/ Elizabeth J. Cabraser
Elizabeth J. Cabraser

# EXHIBIT A

1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

12   IN RE CHRYSLER-DODGE-JEEP            MDL 2777 EMC
     ECODIESEL® MARKETING, SALES
13   PRACTICES, AND PRODUCTS              **SUPPLEMENTAL DECLARATION OF**
     LIABILITY LITIGATION                 **STEVEN WEISBROT OF ANGEION**
14                                        **GROUP, LLC IN SUPPORT OF**
                                          **MOTION FOR FINAL APPROVAL OF**
15                                        **CLASS ACTION SETTLEMENT**
     DORU BALI, *et al.*, on behalf of themselves and
16   all others similarly situated,

17                    Plaintiffs,

18   v.

19
     FIAT CHRYSLER AUTOMOBILES N.V., FCA
20   US LLC, SERGIO MARCHIONNE, VM
     MOTORI S.p.A., VM NORTH AMERICA,
21   INC., ROBERT BOSCH GmbH, and ROBERT
     BOSCH LLC,
22
                      Defendants.
23

24

25

26

27

28

I, Steven Weisbrot, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am a partner at the class action notice and settlement administration firm, Angeion Group LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge.

2.      My credentials have been previously reported to this Court in my initial declaration which was filed with Plaintiffs' Motion for Preliminary Approval of Class Settlement and Direction of Notice Under Fed. R. Civ. P. 23(e) (Dkt. No. 491) (the "Original Declaration").

3.      The purpose of this declaration is to provide the Court with an updated summary of opt-out processing as outlined in the Supplemental Declaration of Steven Weisbrot of Angeion Group, LLC in Support of Motion for Final Approval of Class Action Settlement (Dkt. No. 555-2).

## I.      OPT OUT REQUESTS

4.      As of May 2, 2019, Angeion has received a total of 3,462 non-duplicative opt out requests.  Angeion contacted as many of those opt outs as practicable, either individually or through counsel, to provide them with an opportunity to cure any deficiencies. After processing all deficiency responses received and conducting additional audits, the total number of compliant opt out requests is 3,192 (discussed in greater detail below).

5.      Of the 3,462 non-duplicative opt out requests, 270 requests are deficient. The 270 deficient opt out requests consist of (i) 177 requests submitted for individuals who claim to have sold their vehicles before the January 12, 2017 Notice of Violation or after the January 10, 2019 Settlement date, and are therefore not members of the class,  (ii) 91 requests that are incomplete and do not meet the opt out requirements set forth in Paragraph 6.1 of the Settlement Agreement and Question 27 of the court-approved Long Form Notice, and (iii) 2 requests which were untimely.

6.      3,192 opt-outs are valid and complaint.  These opt out requests account for a total of 3,179 unique vehicle identification numbers ("VIN").   Attached hereto as Attachment "1" is a list of the 3,135 unique names associated with the valid and compliant opt outs, with the count of VIN(s) and state of residence indicated.

7.    The table below provides the breakdown of non-duplicative opts outs by eligibility category.

| ELIGIBILITY CATEGORY | NUMBER OF VALID OPT OUTS |
|---|---|
| CURRENT OWNER | 2,562 |
| CURRENT LESSEE | 53 |
| FORMER OWNER | 539 |
| FORMER LESSEE | 38 |
| **TOTAL** | **3,192** |

8.    Angeion has conducted a thorough review of all opt-outs and will continue to audit the opt-out population going forward.  If Angeion determines that a change is needed to an individual's opt-out status, we will inform the Court in a subsequent declaration.

## II.    **CLASS MEMBER RESPONSE**

9.    As of May 3, 2019, there have been 85,198 unique visitors to the Settlement website.

10.    As of May 3, 2019, a total of 34,772 unique email addresses have registered on the Settlement website to receive email updates on the Settlement.

11.    In my opinion, these figures show a very strong Class Member engagement rate and demonstrate that the Notice Program has generated substantial interest in the Settlement.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: May 3, 2019

_____

STEVEN WEISBROT

# Attachment 1

## OPT-OUT LIST
### CLASS MEMBER NAME (STATE) (# OF VINS)

1. AARON ANDRAS AND CHRISTAL ANDRAS (MI) (1)
2. AARON HOMBURG (KS) (1)
3. AARON HORN AND LINDSAY HORN (TX) (1)
4. AARON ISKENDERIAN AND PAT HURT (IL) (1)
5. AARON J LEMOINE (TX) (1)
6. AARON MILLS (WI) (1)
7. AARON OBRIEN (IL) (1)
8. AARON WEBB (MO) (1)
9. ADAM BAYLESS (AL) (1)
10. ADAM BEAN AND NICHOLETTE BEAN (NE) (1)
11. ADAM COVINGTON AND ALISON COVINGTON (TX) (1)
12. ADAM COZZOLINO (PA) (1)
13. ADAM D LEMONS (WI) (1)
14. ADAM GARNER (GA) (1)
15. ADAM J LANDOWSKI (WI) (1)
16. ADAM KIDD (KY) (1)
17. ADAM MOSE AND DENYSE SMITH (UT) (1)
18. ADAM PECK (WI) (1)
19. ADAM SCOTT (TX) (1)
20. ADAM TORRES JR (TX) (1)
21. ADAM V AUSURA (VT) (1)
22. ADOLFO JURADO (TX) (1)
23. ADRIAN GAUNA (TX) (1)
24. ADRIAN JACKSON (TX) (1)
25. ADRIANNA ARANA (CA) (1)
26. ADRIENNE DUNFORD AND JASON BLACKER (WA) (1)
27. AGNES BABUD (CA) (1)
28. AGNES GABRYSCH (TX) (1)
29. ALAINA BIGGER (CA) (1)
30. ALAN C JACKSON AND JOYCE A JACKSON (TX) (1)
31. ALAN CRAIG MAGEE (MS) (1)
32. ALAN F CURRELI (FL) (1)
33. ALAN J HIMMELSBACH (PA) (1)
34. ALAN J SJOBERG DBA AJ LOGGING (MI) (1)
35. ALAN OSTERMILLER AND LANETTA OSTERMILLER (TX) (1)
36. ALAN PENNINGTON AND JANET L PENNINGTON (TX) (1)
37. ALAN R DIXON (WA) (1)
38. ALAN SHEYNIN (NY) (1)
39. ALAN STCYR AND REAL GREGORIE (VA) (1)
40. ALAN VAN HINES (TX) (1)
41. ALAN WESSELS (MN) (1)
42. ALAS MARIA (CA) (1)
43. ALBERT C FILO (VA) (1)
44. ALBERT OVERHOLTZER AND SHARON OVERHOLTZER (CA) (1)
45. ALBERT T HALPHEN AND MARY HALPHEN (TX) (1)
46. ALBERTO PENA (TX) (1)
47. ALEC BEARD (TX) (1)
48. ALESSANDRO LOMBARDI (TX) (1)
49. ALEX LOPEZ (ID) (1)
50. ALEX TOMEK AND KERRIN TOMEK (NC) (1)
51. ALEYDA HEDTKAMP AND JAMES A HEDTKAMP (TX) (1)
52. ALFONSO M ALLEN (NC) (1)
53. ALFRED A KINGHAM AND MYRNA K KINGHAM (NV) (1)
54. ALFRED C HERRERA (CO) (1)
55. ALFRED R MARKS (TX) (1)
56. ALFRED WOODRUFF (TX) (1)
57. ALFREDO TOPETE (TX) (1)
58. ALICIA HICKEN (FL) (1)
59. ALICIA VENZOR (TX) (1)
60. ALLEN L HEFFELBOWER (NC) (1)
61. ALLEN MARCUS HUTCHESON (GA) (1)
62. ALLEN PEACOCK (FL) (1)
63. ALLEN W WALLIS (OK) (1)
64. ALLONDE GEORGES (MD) (1)
65. ALONZO STONE (FL) (1)
66. ALTON PARIS (TX) (1)
67. ALTON YOUNG AND KIM DAIGLE (LA) (1)
68. ALVIN JAUFRE (LA) (1)
69. ALVIN MCCOY AND SARAH MCCOY (ID) (1)
70. AMANDA DALEY AND CHRISTOPHER GROSS (VT) (1)
71. AMANDA DWYER AND JEREMY DWYER (WA) (1)
72. AMANDA HANCOCK AND KEN HANCOCK (ID) (1)
73. AMBER KIDD (WY) (1)
74. AMEL DYER II (OH) (1)
75. AMINA WESTBERG (CA) (1)
76. AMMON RIORDAN AND ANDREA RIORDAN (CA) (1)
77. AMY ENGSTROM CAMPBELL AND DAVE CAMPBELL (MN) (1)
78. AMY FERNANDES (NY) (1)
79. AMY HOLBERG (CA) (1)
80. AMY J CRAMER AND JAMES VERNON CRAMER (TX) (1)
81. AMY MCCARTHY (PA) (1)
82. AMY N BURNSIDE (TX) (1)
83. ANDREA DAWN HUNTER AND NATHANIEL S HUNTER (TN) (1)
84. ANDREA JO (TX) (1)
85. ANDREW BARBOSA (CA) (1)
86. ANDREW BLEIER (CA) (1)
87. ANDREW BONNETT (AZ) (1)
88. ANDREW C REID AND MIMI REID (SC) (1)
89. ANDREW D HEYMANN (VA) (1)
90. ANDREW DAVIS (MD) (2)
91. ANDREW FORTSON (WI) (1)
92. ANDREW HAJASH JR (TX) (1)
93. ANDREW HOLDBROOKS AND JESSICA HOLDBROOKS (CA) (1)
94. ANDREW J DEFAYETTE (TN) (1)
95. ANDREW JONES AND LEIGH JONES (NC) (1)
96. ANDREW JOSEPH TWORK AND ROSE M TWORK (MI) (1)
97. ANDREW M SHRAWDER - RESOURCE LOGISTICS INC (PA) (1)

## OPT-OUT LIST
### CLASS MEMBER NAME (STATE) (# OF VINS)

98. ANDREW MALBURG (MI) (1)
99. ANDREW MARTINEZ (TX) (1)
100. ANDREW MORAN (TX) (1)
101. ANDREW PRZYTARSKI (AR) (1)
102. ANDREW ROGERS  AND CHRISTINE SANZO (CO) (1)
103. ANDREW SANCHEZ (TX ) (1)
104. ANDREW STEEL (SC) (1)
105. ANDREW VANDERKLOK (WA) (1)
106. ANDREW WHYNAUGHT (CA) (1)
107. ANDRIY KHARCHENKO (NY) (1)
108. ANDY ANDREWS  AND WANDA LEE ANDREWS (TX) (1)
109. ANDY EICKHOFF  AND COURTNEY EICKHOFF (NE) (1)
110. ANE WESTERBERG () (1)
111. ANGELA CHRISTENSEN  AND EAMOND KROENER (AK) (1)
112. ANGELA GRAHAM (WV) (1)
113. ANGELA J MILLER (IL) (1)
114. ANGELO J HUERTA (OK) (1)
115. ANITA CHENIER (CA) (1)
116. ANNA L CODON  AND SCOTT M CODON (WA) (1)
117. ANNA MASTERS  AND DAVID M MASTERS (VA) (1)
118. ANNABEL GIBSON  AND JERRY M GIBSON (TN) (1)
119. ANNETTE PETERSON  AND RICHARD PETERSON (AL) (1)
120. ANTHONY BARBATO (NY) (1)
121. ANTHONY CASSULO  (FL) (1)
122. ANTHONY CONTI (AL) (1)
123. ANTHONY DAVID KNEZOVICH II (WY) (1)
124. ANTHONY ELIAS JR (CA) (1)
125. ANTHONY J EIERMANN (GA) (1)
126. ANTHONY J ZAVALA (CA) (1)
127. ANTHONY LOEFFLER (CO) (1)
128. ANTHONY MCNAMARA (CA) (1)

129. ANTHONY R STOCKDALE (PA) (1)
130. ANTHONY RAINES  AND DAVINA RAINES (MO) (1)
131. ANTHONY RAY LEOCADIO (CA) (1)
132. ANTHONY S ANTONUCCI (NH) (1)
133. ANTHONY STEWARD (OH) (1)
134. ANTON E VIERTLBECK III (OH) (1)
135. ANTONIO LOPEZ  AND SAN JUANITA LOPEZ (TX) (1)
136. ANTONIO MOORE MENDOZA (TX) (1)
137. ANTONIO VEGA (CA) (1)
138. APOLONIO  AND ANASTACIA FLORES (CA) (1)
139. APRIL J ARNOLD (FL) (1)
140. ARIEL MEDRANO (GA) (1)
141. ARMANDO ALANIZ (TX) (1)
142. ARNOLD SIDNEY (CA) (1)
143. ARTEMIO GOMEZ  AND BERTHA GOMEZ (TX) (1)
144. ARTHUR ALFINITO (OR) (1)
145. ARTHUR B HERNANDEZ (TX) (1)
146. ARTHUR GURDA  AND ANDREA GURDA (IL) (1)
147. ARTHUR LATUS  AND LORETTA LATUS (TX) (1)
148. ARTHUR TIDWELL (FL) (1)
149. ARTHUR WOJCIK (IL) (1)
150. ARTURO A NIEVES (VA) (1)
151. ARTURO TORRES (NV) (1)
152. ASHLEIGH WEBSTER (NY) (1)
153. ASHLEY MALBURG  AND ANDREW MALBURG (MI) (1)
154. ASHLEY SMITHERS (MESSERSMITH) (IN) (1)
155. AUSTIN PETTY  (CA) (1)
156. AZUCENA ORTIZ  AND LUIS A ENCISO (TX) (2)

157. BARBARA CARRY AND ALAN CARRY (FL) (1)
158. BARNEY FUDGE (TX) (1)
159. BARRY CUNNINGHAM (TX) (1)
160. BARRY E COLE (AR) (1)
161. BARRY J KRAMBERG (NY) (1)
162. BARRY RYNKIEWICH (IL) (1)
163. BARTON LEE MCDONALD (TX) (1)
164. BASTIAN SCHRODER (NJ) (1)
165. BEATRICE MCRAE (TX) (1)
166. BEAUX MARTIN (LA) (1)
167. BEN A KORNGOLD (FL) (1)
168. BEN DONEY (OR) (1)
169. BEN MCCANDLESS (IA) (2)
170. BENEDETTO SAVINO (NY) (1)
171. BENJAMEN BROWN  AND AMANDA BROWN (SD) (1)
172. BENJAMIN D CRIFASI JR (LA) (1)
173. BENJAMIN FRANK HOLT (LA) (1)
174. BENJAMIN G MORANA (CA) (1)
175. BENJAMIN TESTER (TX) (1)
176. BENNIE HAYES (MS) (1)
177. BENNY WRIGHT AND MARSHA R WRIGHT (AZ) (1)
178. BERNARD O'HARA (CO) (1)
179. BERNHARD PIEGER (NC) (1)
180. BERNICE GREENE  AND PETER GREENE (PA) (1)
181. BERT R DODGE (NY) (1)
182. BETH WIEMANN (OK) (1)
183. BEVERLEY  VAN ARKEL (WY) (1)
184. BILL BLANKENSHIP (TX) (1)
185. BILL EDWARDS (KY) (1)
186. BILL LARGEY (AZ) (1)
187. BILLIE JACKSON  AND DELTON JACKSON (TX) (1)
188. BILLIE JO KILLION  AND ANNA M TAYLOR (IN) (1)
189. BILLY D GRIFFITH JR  AND JOSEPH M DICK-GRIFFITH (FL) (1)

## OPT-OUT LIST

### CLASS MEMBER NAME (STATE) (# OF VINS)

190. BILLY D KING AND TAMMIE S KING (TN) (1)
191. BILLY E HAMILTON (TX) (1)
192. BILLY GENE BURNS (TX) (1)
193. BILLY JOE GEPHART (TX) (1)
194. BILLY OLIVER (TX) (1)
195. BILLY WILLIAMS (TX) (1)
196. BLANCA GONZALEZ (TX) (1)
197. BLAYTEN WINTERS (IA) (1)
198. BOB D HALL (TX) (1)
199. BOBBY B HITT (TX) (1)
200. BOBBY BOND (AR) (1)
201. BOBBY C JENNINGS (LA) (1)
202. BOBBY GASKINS JR (GA) (1)
203. BOBBY HARRIS  AND PETTY HARRIS (TX) (1)
204. BOBBY L POE (MS) (1)
205. BOBBY LADLEY  AND LEAH LADLEY (TN) (1)
206. BOBBY MCMICHAEL AND KAREN MCMICHAEL (CA) (1)
207. BOBBY PAYNE (TX) (1)
208. BOBBY WALLACE (MS) (1)
209. BO-MICHAEL M APELE (WA) (2)
210. BOND W WELCH  AND REBECCA S WELCH (TN) (1)
211. BONNIE LYNNE KOPPERL (SC) (1)
212. BOOTH FREEMAN (TX) (1)
213. BRAD GREEN (UT) (1)
214. BRAD L ERICKSON  AND KELLI ERICKSON (WA) (1)
215. BRAD LINES (AZ) (1)
216. BRADLEY B BUCHANAN II (NY) (1)
217. BRADLEY DENSON  AND WENDY DENSON (WA) (1)
218. BRADLEY HOBEN (FL) (1)
219. BRADLEY JAY ROBERSTON (WA) (1)
220. BRADLEY JOHNSON AND RUTH A JOHNSON (CO) (1)
221. BRADLEY SCOTT (GA) (1)

222. BRADLEY SELLERS (TX) (1)
223. BRADLEY SMITH (TX) (1)
224. BRAN PACHECO AND JEANETTE MOODY (TX) (1)
225. BRANDIS HANSON (WV) (1)
226. BRANDON CROOKES (FC) (1)
227. BRANDON HANSEN (AZ) (1)
228. BRANDON HORTON AND KATHERINE HORTON (GA) (1)
229. BRANDON K SADDLER (WV) (1)
230. BRANDON MULHERN (LA) (1)
231. BRANDON R COATES (TX) (1)
232. BRANDON REDMON (TX) (2)
233. BRANDON TAMURA (CA) (1)
234. BRANDON TERRY (KS) (1)
235. BRENDA DOKMONOVICH (TX) (1)
236. BRENDA KING  AND LYMAN KING (FL) (1)
237. BRENDAN QUINN (NY) (1)
238. BRENT BURTON (MT) (3)
239. BRENT COLE (TX) (1)
240. BRENT COLVIN  AND LYNN COLVIN (TX) (1)
241. BRENT E MELLOTT (NC) (1)
242. BRENT FORD (NY) (1)
243. BRENT KELLY (TX) (1)
244. BRENT LAVENDER (TX) (1)
245. BRENT LEBLANC (CA) (1)
246. BRENT MICHAEL SMITH (MN) (1)
247. BRENT MORGAN (NY) (1)
248. BRENT SIGLER (TX) (1)
249. BRET KAUP (CO) (1)
250. BRETT A BAKER (TX) (1)
251. BRETT COHEN (NY) (1)
252. BRETT COOPER AND BETH COOPER (IL) (1)
253. BRETT JASIK (IN) (1)
254. BRETT K WILLIAMS (WA) (1)
255. BRIAN A PICKL (MI) (1)
256. BRIAN ASHWORTH (FL) (1)
257. BRIAN ATNIP  AND JO OLIVER (CA) (1)

258. BRIAN BROWN (TX) (1)
259. BRIAN C HARKINS  AND DARLENE R HARKINS (TX) (1)
260. BRIAN CARRILLO (CA) (1)
261. BRIAN CORBETT AND MUREL ANN CORBETT (CA) (1)
262. BRIAN CORWIN AND SUSAN CORWIN (CA) (1)
263. BRIAN DELANEY (NV) (1)
264. BRIAN DENNIS  AND JENNIFER DENNIS (NM) (1)
265. BRIAN ELLIS (NC) (1)
266. BRIAN HUMBERT (MD) (1)
267. BRIAN J MARTORELLI (PA) (1)
268. BRIAN JOSEPH GRAY  AND CHASITY BEARDEN (TX) (1)
269. BRIAN K BARKER (KS) (1)
270. BRIAN K THOMPSON (AL) (1)
271. BRIAN KELLAMS (IN) (1)
272. BRIAN KIRIMDAR DBA AQUAFARM ORGANICS LLC (FL) (1)
273. BRIAN KLOSTERHOFF (TX) (1)
274. BRIAN L MARTI (NY) (1)
275. BRIAN LENCHO (WA) (1)
276. BRIAN LEWANDOWSKI (WI) (1)
277. BRIAN MCATAMNEY (AZ) (1)
278. BRIAN NOEL (TX) (1)
279. BRIAN PERRY (CA) (1)
280. BRIAN PIEPER (MN) (1)
281. BRIAN ROHRIG/ROHRIG FARMS LLC (IA) (1)
282. BRIAN S SCHMIDT (GA) (1)
283. BRIAN SCHNEIDER (KS) (1)
284. BRIAN STEADMAN  AND CHERLYN STEADMAN (WI) (1)
285. BRIAN T FLEMING (TX) (1)
286. BRIAN VERMETTE (FL) (1)
287. BRIAN WALL (CO) (1)
288. BRIAN WAY AND KIM WAY (AR) (1)
289. BRIAN WEBER (KY) (1)
290. BRIAN WILSON (TX) (1)

**OPT-OUT LIST**

**CLASS MEMBER NAME (STATE) (# OF VINS)**

291. BRIAN WINTERS FOR DHI COOPERATIVE INC (OH) (1)
292. BRIDGET COOPER (CA) (1)
293. BRODY KOBOR SHEPPARD (OH) (1)
294. BROOKS M GONSALVES AND BENNIE M GONSALVES JR (CA) (1)
295. BRUCE A HALL AND SHERYL A HALL (NE) (1)
296. BRUCE A SULC  AND VICKIE W SULC (VA) (1)
297. BRUCE BOLEN (KS) (1)
298. BRUCE CARR (IL) (1)
299. BRUCE CHRZ  AND JO DAWN CHRZ (OK) (1)
300. BRUCE G REECE  AND JAN L REECE (IA) (1)
301. BRUCE H MARONE (MI) (1)
302. BRUCE HASSEVOORT (MI) (1)
303. BRUCE RUDER AND TERESA RUDER (IL) (1)
304. BRUCE S DUGEY (TX) (1)
305. BRUCE SCHLICHENMAYER (MT) (1)
306. BRUCE SIMPSON (IL) (1)
307. BRYAN A WIGGINS  AND JANELLE WIGGINS (FL) (1)
308. BRYAN BASSE  AND AMANDA BASSE (TX) (1)
309. BRYAN BOLLING  AND JESSICA BOLLING (NC) (1)
310. BRYAN JONES (TX) (1)
311. BRYAN L EMILIUS (PA) (1)
312. BRYAN THOMPSON (MI) (1)
313. BRYCE MICHAEL GODWIN AND ELIZABETH GODWIN (LA) (1)
314. BRYSON SCOTT DAVIS (ID) (1)
315. BURGESS NICHOLAS (TX) (1)
316. BYRON CODY APPLEWHITE AND GINGER APPLEWHITE (TX) (1)
317. CALE DUERSTEIN  AND JAMI DUERSTEIN (WI) (1)
318. CALVIN B ADAMS  AND ERNIE P ADAMS (NC) (1)

319. CALVIN C TAYLOR (WY) (1)
320. CALVIN D BURRUS III (NC) (1)
321. CALVIN P WADE (TX) (1)
322. CALVIN R COTHRON  AND CHARLENE COTHRON (TX) (1)
323. CALVIN STAFFORD  AND DEBORAH STAFFORD (TN) (2)
324. CAMERON WOODS  AND MELISSA WOODS (FL) (1)
325. CANDACE COLE  AND JEFF COLE (TX) (1)
326. CANDICE KOPCAK (CA) (1)
327. CARISSAMAE FREDERICK (TX) (1)
328. CARL C BLANKENBURG (TX) (1)
329. CARL CAUGHMAN (AR) (1)
330. CARL D BARBER II (OH) (1)
331. CARL EHRHART (IN) (1)
332. CARL EHRHART  AND CARLA JEAN EHRHART (IN) (1)
333. CARL JOHN COYLE (PA) (1)
334. CARL LACHANCE (NC) (1)
335. CARL MARVIN LINDSAY (NC) (1)
336. CARL P DAVIS (VA) (1)
337. CARL WILBURN (TX) (1)
338. CARLETON JONATHAN CRAWFORD (AZ) (1)
339. CARLOS A ALMEIDA (FL) (1)
340. CARLOS A CANTU (TX) (1)
341. CARLOS BARRERA (TX) (1)
342. CARLOS DEPROW  AND ELMA DEPROW (IL) (1)
343. CARLOS E LEGOAS (FL) (1)
344. CARLOS E RODRIGUEZ (NV) (1)
345. CARLOS FUENTES (TX) (1)
346. CARLOS GARCIA (KS) (1)
347. CARLOS LUGO AND MARIA C LUGO (CA) (1)
348. CARLOS PIERSON  AND CINDY PIERSON (IA) (1)
349. CARLOS ROBLES (TX) (1)
350. CARLOS ROJO AND NORMA RUELAS (CA) (1)

351. CARLOS SANDOVAL (FL) (1)
352. CARMEN TARTAGLIA (NJ) (1)
353. CAROL J ANDERSON (WI) (1)
354. CAROLE SHUTTS (IL) (1)
355. CAROLINE JORDAN BARNES THOMAS  AND SOPHIA BARNES (LA) (1)
356. CAROLYN DIRK (WI) (1)
357. CAROLYN S CLARK (TX) (1)
358. CAROLYN TODD (OK) (1)
359. CARR JONES (NC) (1)
360. CARRIE FRANK  AND CHRIS FRANK (TX) (1)
361. CARROLL R WEATHERS  AND MILDRED E WEATHERS (TX) (1)
362. CASAMARAE CURREY-CREACY (OK) (1)
363. CASEY BUCK BARTON (TX) (1)
364. CASEY LYNN DENARD (NC) (1)
365. CASEY MILLER (MO) (1)
366. CASEY PERRY (TX) (1)
367. CASEY REIFF (OH) (1)
368. CASEY SAUERHAGE (IL) (1)
369. CASEY VERNON (TX) (1)
370. CASEY WHEELER JR  AND JERRI HANSON-WHEELER (OK) (1)
371. CATHERINE M HEISER  AND JAMES R HEISER (IL) (1)
372. CATHY HAMMOND (NV) (1)
373. CATHY TITMUS (WY) (1)
374. CECIL JENKINS  AND BARBARA JENKINS (TX) (1)
375. CECIL LEE HIGDON (OK) (1)
376. CECILIO LOPEZ JR (TX) (1)
377. CELESTINO ROBERT SIERRA (TX) (1)
378. CESAR BLANCO (CA) (1)
379. CESAR H NUNEZ (UT) (1)
380. CHAD BRUMMELL AND CAROL BRUMMEL (CA) (1)
381. CHAD CAGLE AND NICOLE CAGLE (NC) (1)
382. CHAD CROTSER (MI) (1)

## OPT-OUT LIST

### CLASS MEMBER NAME (STATE) (# OF VINS)

383. CHAD EDWARD BRASEL  (MN) (1)
384. CHAD ELAM (CA) (1)
385. CHAD JOHNSON  AND JENNIFER JOHNSON (MN) (1)
386. CHAD KALTENBACH (SD) (1)
387. CHAD KOEP (MN) (2)
388. CHAD LUGO (TX) (1)
389. CHAD M ELLINGTON (CO) (1)
390. CHAD OLSEN  AND BRITTNEY OLSEN (MS) (1)
391. CHAD RENFROE (AL) (1)
392. CHAD TRAHAN (GA) (1)
393. CHAD WINKINHOFER  AND HEATHER WINKINHOFER (CO) (1)
394. CHADLEY J CARTER (IA) (1)
395. CHANCE DEROUEN (SC) (1)
396. CHANGPING WEI (MN) (1)
397. CHARLES A ROGERS  AND ANGELA ROGERS (OK) (1)
398. CHARLES BEATTY (TX) (1)
399. CHARLES C RICHARDS  AND CAROL A RICHARDS (CO) (1)
400. CHARLES COOK (GA) (1)
401. CHARLES COX (OK) (1)
402. CHARLES D TAULBEE (KY) (1)
403. CHARLES E CROZIER  AND CAROL S CROZIER (FL) (1)
404. CHARLES E LANE  AND ANONG LANE (TX) (1)
405. CHARLES E OVERTON (NC) (1)
406. CHARLES FRANCIS CROSSAN (WV) (1)
407. CHARLES H BEVERLY (TX) (1)
408. CHARLES HUDDLESTON III (CA) (1)
409. CHARLES J FOSCHINI (FL) (1)
410. CHARLES L ARMY (FL) (1)
411. CHARLES MCCARTNEY (CA) (1)
412. CHARLES MCCLAUGHERTY (OR) (1)
413. CHARLES MICHAEL HOLDER (TX) (1)
414. CHARLES R BOGY (MT) (1)

415. CHARLES R GRAY (TX) (1)
416. CHARLES S KASTELLO AND DAWN SIMCAKOSKI (WI) (1)
417. CHARLES SCOTT MILNE (WA) (1)
418. CHARLES SMITH (TX) (1)
419. CHARLES STEVEN BROUSSARD (TX) (1)
420. CHARLES SUDER (IN) (1)
421. CHARLES T PIAZZA (IL) (1)
422. CHARLES THIEL (MI) (1)
423. CHARLES V ROBINSON (TX) (1)
424. CHARLES W COLLINS (MD) (1)
425. CHARLES W MENNINGER III (VA) (2)
426. CHARLES W MICHAELS (TX) (1)
427. CHARLES W WHITE  AND BETTY WHITE (TX) (1)
428. CHARLES WEDEL AND MICKIE WEDEL (CA) (1)
429. CHARLEY EVANS (CA) (1)
430. CHARLIE CASTLE (MS) (1)
431. CHARLIE FALKNER (WI) (1)
432. CHARLIE MARTINEZ  AND SUSAN MARTINEZ (TX) (1)
433. CHARLIE WYMAN WELLS (GA) (1)
434. CHARLOTTE C LOWRANCE AND BANKS LOWRANCE (TX) (1)
435. CHARLOTTE LOWRANCE AND BANKS LOWRANCE (TX) (1)
436. CHARLOTTE MATTHEWS (TX) (1)
437. CHASE MINTRONE (FL) (1)
438. CHASON WILLIAM - GREGORY POINTER (MI) (1)
439. CHERYL BASHAM (IN) (1)
440. CHERYL DOMINICK (DE) (1)
441. CHESTER F JOHNSON (NH) (1)
442. CHET REECE (TX) (1)
443. CHIP D NEER  AND JANICE KAY NEER (IN) (1)
444. CHRIS BEVENUE (TX) (1)
445. CHRIS CAMPION (CA) (1)

446. CHRIS HUEGERICH (IA) (1)
447. CHRIS PEARSON  AND VIRGINIA NOONER (AR) (1)
448. CHRIS SAMUELSON (ND) (1)
449. CHRIS WILKINSON AND KIMBERLY WILKINSON (UT) (1)
450. CHRISTIAN PARKER  (NY) (1)
451. CHRISTINA BIMMERMAN AND BRYAN BIMMERMAN (TX) (1)
452. CHRISTINE M WILSON (PA) (1)
453. CHRISTINE TAYLOR (FL) (1)
454. CHRISTOPHER ALLEN POLHERT AND CRISTI MARIE POLHERT (CA) (1)
455. CHRISTOPHER BARBOUR (CT) (1)
456. CHRISTOPHER BLOW (CA) (1)
457. CHRISTOPHER BOND (MS) (1)
458. CHRISTOPHER C FEHR (SC) (1)
459. CHRISTOPHER C RIVERA (WI) (1)
460. CHRISTOPHER CARTER (SD) (1)
461. CHRISTOPHER CLAUS (NY) (1)
462. CHRISTOPHER DENOVELLIS (CA) (1)
463. CHRISTOPHER DOUGHERTY (IA) (1)
464. CHRISTOPHER E MASTERS (MO) (1)
465. CHRISTOPHER EDGAR (CA) (1)
466. CHRISTOPHER FOX (NC) (1)
467. CHRISTOPHER GUGGEMOS AND MICHELLE GUGGEMOS (MN) (1)
468. CHRISTOPHER J BREAUX (MS) (1)
469. CHRISTOPHER LEE VIGIL (TX) (2)
470. CHRISTOPHER LEO FARRIS AND MELISSA FARRIS (CA) (1)
471. CHRISTOPHER LEONI  AND PRINCESS LEONI (TX) (1)
472. CHRISTOPHER M FORSYTH AND LINDSEY FORSYTH (SHELTON) (NY) (1)

## OPT-OUT LIST

### CLASS MEMBER NAME (STATE) (# OF VINS)

473. CHRISTOPHER PAGE (TX) (1)

474. CHRISTOPHER PAUL HARPER (CO) (1)

475. CHRISTOPHER STANLEY AND CHERYL STANLEY (CA) (1)

476. CHRISTOPHER TUCKER (GA) (1)

477. CHRISTOPHER WATKINS (MI) (1)

478. CINDY NEIBERGER AND LUKE NEIBERGER (CO) (1)

479. CINDY SIMCOX  AND RICHARD SIMCOX (WY) (1)

480. CLARENCE BADER (TX) (1)

481. CLARENCE M TITLOW (TN) (1)

482. CLARK DUNLAP (CA) (1)

483. CLAUD W ALDRIDGE (TX) (1)

484. CLAUDE JONES (TX) (1)

485. CLAUDE RANDAL STONE (MO) (1)

486. CLAUDE WESLEY AKLEY (GA) (1)

487. CLAUDIO VASQUEZ (CA) (1)

488. CLAY COOPER (OK) (1)

489. CLAYTON F STEWART AND COURTNEY STEWART (TX) (1)

490. CLAYTON KNUTSON (TX) (1)

491. CLAYTON WESTBROOK (SC) (1)

492. CLEMENTE DEHOYOS III (TX) (1)

493. CLEVE C WEYENBERG JR (TX) (1)

494. CLIFFORD DAVID HESTER (UT) (1)

495. CLIFTON BAILEY (MS) (2)

496. CLIFTON MYRICK (TX) (1)

497. CLIFTON MYRICK  AND CANDENCE MYRICK (TX) (1)

498. CLINT MCKINNEY (ND) (1)

499. CLINTEN WAYBOURN (TX) (1)

500. CLINTON ETHERIDGE  AND SADIE ETHERIDGE (GA) (1)

501. CLINTON S GLASEN AND MELINDA L GLASEN (TX) (1)

502. CODY LANGLOIS (CT) (1)

503. CODY S SWEET (NY) (1)

504. CODY TALLAS  AND DORIS BUSH (TX) (1)

505. COLEMAN SESSUMS (TX) (1)

506. COLLIN HALE (TX) (1)

507. COLLIN LEIDY (FL) (1)

508. COLTON WARREN SHANNON (OR) (1)

509. CONNIE L DAUBENMIRE (TX) (1)

510. COREY RATZLOW (MN) (1)

511. COREY RINGER (CA) (1)

512. CORNAN JOHN JOHNSON (CA) (1)

513. COULON DEVILLER (TX) (1)

514. CRAIG JACKSON  AND SARAH JACKSON (TX) (1)

515. CRAIG KASA (MN) (1)

516. CRAIG SCITES (OH) (1)

517. CRAIG SCOTT GRAY (AL) (1)

518. CRAIG STOUT (IA) (1)

519. CRESENCIO LOPEZ FLORES (CA) (1)

520. CRISTIAN LIZAMA (FL) (1)

521. CRISTINA SANDOVAL  AND LUIS WHITE (TX) (1)

522. CRISTOFER K ASKERVOLD  AND MELINA ASKERVOLD (FL) (1)

523. CRYSTAL JEAN HOLMAN AND GARYWAYNE HOLMAN (NC) (1)

524. CRYSTAL LEE BONOTTO (OR) (1)

525. CRYSTAL MARIE A MARZOCCHI (RI) (1)

526. CURTIS A GILBREAITH  AND WILLA GILBREAITH (MT) (1)

527. CURTIS HARWICK  AND CARLEEN HARWICK (WY) (1)

528. CURTIS L HAMMONDS (TX) (1)

529. CURTIS MCDANIEL  AND DEBBIE MCDANIEL (MS) (1)

530. CYNTHIA CARPENTER (TX) (1)

531. CYNTHIA G SPAINHOUR (IN) (1)

532. CYRUS GARRISON (MO) (1)

533. D THOMAS RUTTURA (NY) (1)

534. DAIVD STURROCK (CA) (1)

535. DAKOTA JAKE ETHRIEDGE (GA) (1)

536. DALE A KLUG  AND MARY JANE B KLUG (NC) (1)

537. DALE BUSBY  AND DEBORAH BUSBY (TX) (1)

538. DALE GILLETTE (CA) (1)

539. DALE M RUZICKA  AND MELODY L RUZICKA (MN) (1)

540. DALLAS JAN WILEY (OR) (1)

541. DAMIAN C ROCHE (NY) (1)

542. DAMIAN L SIGMAN (CO) (1)

543. DAMION PATTON AND DANE PATTON (DE) (1)

544. DAMON K HILL (TX) (1)

545. DAN GRAVITT (GA) (1)

546. DAN L RINGER (TX) (1)

547. DAN STROUP (TX) (1)

548. DAN T STEVENS AGENCIES INC (CO) (1)

549. DAN W HAUGE (TX) (1)

550. DANA GREGORY (GA) (1)

551. DANA L TRAEGER  AND SUSAN S MCKEOWN (NE) (1)

552. DANA LAHAIE (MI) (1)

553. DANA PITCHFORD (IL) (1)

554. DANIAL SADOWSKI (CT) (1)

555. DANIEL A HUFF  AND DONNA HUFF (TX) (1)

556. DANIEL ACKER (NY) (1)

557. DANIEL BONIFAS  AND CYNTHIA BONIFAS (CO) (1)

558. DANIEL BOYETT (MS) (1)

559. DANIEL C FARRELL (NY) (1)

560. DANIEL CULLEN  AND DIANA CULLEN (TX) (1)

561. DANIEL EDWARDS (TX) (1)

562. DANIEL ELDON HILL (SC) (1)

563. DANIEL FOSTER (CA) (1)

564. DANIEL G RIVERA (CA) (1)

## OPT-OUT LIST
### CLASS MEMBER NAME (STATE) (# OF VINS)

565. DANIEL G ZAMORA (OR) (1)
566. DANIEL GLEN O'DELL (TX) (1)
567. DANIEL GONZALES  AND DEBORAH GONZALES (OK) (1)
568. DANIEL HEALY (WI) (1)
569. DANIEL J KRAFT  AND DIANNE M KRAFT (WI) (1)
570. DANIEL LEMKUIL (TX) (1)
571. DANIEL LOPEZ (GA) (1)
572. DANIEL LUSZCZ (KY) (1)
573. DANIEL MAKUROF (MI) (1)
574. DANIEL MARTIN (WA) (1)
575. DANIEL MOUTON (MS) (1)
576. DANIEL P VASQUEZ (TX) (1)
577. DANIEL P WHITE (TX) (1)
578. DANIEL PAGE  AND LINDA PAGE (MO) (1)
579. DANIEL RAMOS (CO) (1)
580. DANIEL RAMSEY  AND TRACI RAMSEY (KY) (1)
581. DANIEL RAYMOND MCDUFFIE AND GWENDOLYN ODOM MCDUFFIE (FL) (1)
582. DANIEL ROCKETT (CA) (1)
583. DANIEL RODEBACK (CA) (1)
584. DANIEL SMITH (CA) (1)
585. DANIEL SMITH  AND CECELLA SMITH (AZ) (1)
586. DANIEL V COMER (TX) (2)
587. DANIEL W FILER (TX) (1)
588. DANIEL WALKER (TX) (2)
589. DANIELLE KUCERA (TX) (1)
590. DANIELLE WATSON (TX) (1)
591. DANNY C TYLER  AND BETTY S TYLER (IN) (1)
592. DANNY COOK (TX) (1)
593. DANNY LEE CHANCE AND NANCY  SHERDAN CHANCE (FL) (1)
594. DANNY PATTERSON (TX) (1)
595. DANNY QUISENBERRY  AND DEENA QUISENBERRY (TX) (1)
596. DANNY W HARRIS II (MI) (1)
597. DAREN DAYTON  AND DENISE DAYTON (ID) (1)

598. DARIN DEBAUN (TX) (1)
599. DARIUSZ KULON (IL) (1)
600. DARLENE M DODSON (AZ) (1)
601. DARREL C CALDWELL (TX) (1)
602. DARRELL FRIES (NC) (1)
603. DARRELL GARZA (TX) (1)
604. DARRELL JOHNSON AND LISA JOHNSON (CA) (1)
605. DARRIN HOGER (ND) (1)
606. DARRYL J GROHMAN (TX) (1)
607. DARRYL SAUCIER (AL) (1)
608. DARVEL HUTCHINS (TX) (1)
609. DARYL STARK (KY) (1)
610. DAVE KINSINGER (UT) (1)
611. DAVE THOMPSON (AZ) (1)
612. DAVID A GREEN (KY) (1)
613. DAVID A HALSELL (CO) (1)
614. DAVID A NAKKULA (MI) (1)
615. DAVID A NELSON (TX) (1)
616. DAVID A STEWART (TN) (1)
617. DAVID ABBOTT (IOWA) (1)
618. DAVID ALLEN BRADSHAW (TX) (1)
619. DAVID ALTON SEAY (TX) (1)
620. DAVID ANDERSON (TX) (1)
621. DAVID ARCE-APONTE (TX) (1)
622. DAVID B SCALES JR  (NJ) (1)
623. DAVID BAILEY (NY) (1)
624. DAVID BALLARD AND TERRY BALLARD (CA) (1)
625. DAVID BARTLETT (NY) (1)
626. DAVID BRIGHT (NC) (1)
627. DAVID BRYAN EYE (NC) (1)
628. DAVID C ANDERSON AND ELEANOR M ANDERSON (CA) (1)
629. DAVID C DEIKE (IA) (1)
630. DAVID C DUNCAN III (NC) (1)
631. DAVID CAUDILLO (CA) (1)
632. DAVID COHEN (TX) (1)
633. DAVID D BROWN (MI) (1)
634. DAVID D HUNTER (TX) (1)
635. DAVID DOUB  AND MARLENE DOUB (TX) (1)

636. DAVID G BARROW AND LUCY H BARROW (TX) (1)
637. DAVID G MOSBY (TX) (1)
638. DAVID GORE (OR) (1)
639. DAVID HALL (CA) (1)
640. DAVID HANSON (TX) (1)
641. DAVID J COLELLO JR  AND ROSANNE COLELLO (CA) (1)
642. DAVID J JARZAMSKI (TX) (1)
643. DAVID JOHNSON (GA) (1)
644. DAVID JOHNSON JR (MO) (1)
645. DAVID JONES  AND AMBER JONES (TX) (1)
646. DAVID K SCHOENGART (KY) (1)
647. DAVID KARDING  AND LAURA KARDING (IA) (1)
648. DAVID KIZZIA (AR) (1)
649. DAVID L PATTON (MO) (1)
650. DAVID L SIMMONS  AND SALLY C SIMMONS (TX) (1)
651. DAVID LABOSSIERE (CO) (1)
652. DAVID M COOP (CO) (1)
653. DAVID MAGANA RODRIGUEZ (TX) (1)
654. DAVID MARTINEZ (TX) (1)
655. DAVID MARTINEZ  AND GISELA MARTINEZ (PR) (1)
656. DAVID MCFARLAND (TX) (1)
657. DAVID MEIENBURG (CA) (1)
658. DAVID MESCHER  AND MARIA VICTORIA MESCHER (TX) (1)
659. DAVID MIKKELSON (WI) (2)
660. DAVID MILLER (CA) (1)
661. DAVID MITCHELL (VA) (1)
662. DAVID NGO (HI) (1)
663. DAVID REED (TX) (1)
664. DAVID RETZLAFF AND DARLYNE CAMPBELL (CA) (1)
665. DAVID S GODDARD (CO) (1)
666. DAVID S WERGEN (OR) (1)
667. DAVID S YOUNG (AR) (1)
668. DAVID SCHNEIDER AND JOANNA SCHNEIDER (FL) (1)

# OPT-OUT LIST
## CLASS MEMBER NAME (STATE) (# OF VINS)

669. DAVID SCOTT LANGLEY (MS) (1)
670. DAVID SEXTON (MO) (1)
671. DAVID STACY (TX) (1)
672. DAVID SZYMUSIAK (CA) (1)
673. DAVID T BURKETT (TX) (1)
674. DAVID W FORTENBERRY  AND PENELOPE J FORTENBERRY (TN) (1)
675. DAVID W FRANCIS (TX) (1)
676. DAVID W KELLEY (TX) (1)
677. DAVID W THOMAS (CA) (1)
678. DAVID W WHITTINGTON  AND KIMBERLY H WHITTINGTON (AL) (1)
679. DAVID WALTMAN (OK) (1)
680. DAVID WEST AND LESLIE WEST (UT) (1)
681. DAVID WETTSTEIN  AND NANCY J WETTSTEIN (FL) (1)
682. DAVID WILLIAMSON (IN) (1)
683. DAVID WILLIE BERGERON (LA) (1)
684. DAVID WRIGHT  AND JAMIE WRIGHT (WI) (1)
685. DAVIS WILLIAMS (AL) (1)
686. DAWN C CASTLEMAN (OR) (1)
687. DAWN NELSON  AND EDWARD NELSON (AR) (1)
688. DAWNETTA JANENE HOLLADAY (GA) (1)
689. DAYLE DROZD (IL) (1)
690. DEAN BECK (NE) (1)
691. DEAN CONRAD (TX) (1)
692. DEAN CULLON (SC) (1)
693. DEAN F ANDERSON  AND SANDRA ANDERSON (NY) (1)
694. DEAN KOHANYL  AND JULIE KOHANYL (PA) (1)
695. DEAN PETERSON (WI) (1)
696. DEAN W ALLMON (FL) (1)
697. DEANNA RICHTER PERRY (NJ) (1)
698. DEBORAH BENNETT (TX) (1)
699. DEBRA ANN GUDERJAHN REX (MT) (1)

700. DEBRA HITT  AND RANDY HITT (TX) (1)
701. DEBRA M SEVERSON-LOPP (MT) (1)
702. DEBRA MITCHELL  AND CHRIS MITCHELL (FL) (1)
703. DELIA TORRES (CA) (1)
704. DELLA J SELLERS  AND MONTE SELLERS (OK) (1)
705. DEMETRIA SANCHEZ  AND JESSE SANCHEZ (TX) (1)
706. DENIS KRAMER (IA) (1)
707. DENNIS C THREATT (TX) (1)
708. DENNIS CARROL SCOGIN (TX) (1)
709. DENNIS E CARLSON  AND MARY L CARLSON (IN) (1)
710. DENNIS EARL BELL (NC) (1)
711. DENNIS GASKINS (TX) (1)
712. DENNIS HULL  AND JANE M HULL (MO) (1)
713. DENNIS J BURNETT  AND TERRY A MIDGLEY (OK) (1)
714. DENNIS LONG AND CINDY LONG (CA) (1)
715. DENNIS M WIGGINS (TX) (1)
716. DENNIS O'BRIEN (WI) (1)
717. DENNIS R BEARD (TX) (1)
718. DENNIS R JANNETTA  AND MARIE E JANNETTA (MN) (1)
719. DENNIS R LITTLE  AND DIANA WALLACE (IN) (1)
720. DENNIS SCOTT FLORENCE (NY) (1)
721. DENNIS TOMLIN (WA) (1)
722. DENNIS TOMLIN AND TAWNYA TATE (WA) (1)
723. DENNIS TUBRIDY (NY) (1)
724. DENNIS WHITE AND REBEKAH DAWN LAWRENCE (CA) (1)
725. DENNIS WILLIAMS (TX) (1)
726. DENNIS WOOD (MI) (1)
727. DENNIS ZAFERIS  AND DEBORAH ZAFERIS (TX) (1)

728. DEREK E LONGSTAFF (AZ) (1)
729. DEREK ILER (VA) (1)
730. DEREK MINCHEY  AND FRANCES MINCHEY (WY) (1)
731. DEREK TALL (WA) (1)
732. DEREK WELDY AND ANDREA MOORE (MO) (1)
733. DERICK FAIRCHILD (FL) (1)
734. DERRICK A SILLIVAN (MT) (1)
735. DESIREE M FEDERICO (NY) (1)
736. DESTRY A FORGETTE (AZ) (1)
737. DEVIN W MARTIN (TX) (1)
738. DEWEY G GUBBINS (TX) (1)
739. DIANA L DEGRAW (CO) (1)
740. DIANNA BOURLAND  AND SANTINA RICHMAN (TX) (1)
741. DIANNE BEAN (FL) (1)
742. DIEGO GONZALEZ JR  AND PATRICIA GONZALEZ (TX) (1)
743. DIMITRIOS ANDRIKOS  AND SABINE ANDRIKOS (GERMANY) (1)
744. DION KAMPA  AND MELISSA SALENTINE (WI) (1)
745. DOMINICK BIANCHI  AND MICHELLE BIANCHI (FL) (1)
746. DOMINICK MELFI (PA) (1)
747. DON B JACKSON (TX) (1)
748. DON D PEAK (TX) (1)
749. DON DIGBY (CA) (1)
750. DON KEENEY (MO) (1)
751. DON MCGEE (TX) (1)
752. DON MERRIMAN DBA DON-SANDY LLC (TX) (1)
753. DON NELSON (CA) (1)
754. DON SNYDER (MI) (1)
755. DON WELLS  AND KATHY WELLS (MO) (1)
756. DONALD E KEITH  AND BRENDA S KEITH (IL) (2)
757. DONALD E YOUNG  AND BEVERLY M YOUNG (MO) (1)
758. DONALD EDWIN HARRELL (NC) (1)

## OPT-OUT LIST
### CLASS MEMBER NAME (STATE) (# OF VINS)

759. DONALD EUGENE CLARY (TX) (1)
760. DONALD G LAWSON  AND VIVIENNE A LAWSON (FL) (1)
761. DONALD G WARD (CO) (1)
762. DONALD GEORGE VINCENT JR AND MARGARET C VINCENT (TX) (1)
763. DONALD GILMAN (GA) (1)
764. DONALD J LOUGHRAN (TX) (1)
765. DONALD J MOORE (NY) (1)
766. DONALD L BENNETT JR (NY) (1)
767. DONALD L FOSTER (TX) (1)
768. DONALD LEWIS CLEAVER  AND HEATHER L CLEAVER (KY) (1)
769. DONALD M SCHIMIDT  AND KIMBERLY S SCHMIDT (OH) (1)
770. DONALD MOLLETT (MO) (1)
771. DONALD N LAMSON  AND LINDA S LAMSON (WA) (1)
772. DONALD PARNELL (MS) (1)
773. DONALD R DIXON (IA) (1)
774. DONALD R HUNTER (AR) (1)
775. DONALD R ROOT  AND LISA E ROOT (CO) (1)
776. DONALD R WACEK  AND MARTA D WACEK (OR) (1)
777. DONALD SCOTT PLATKO (OR) (1)
778. DONALD SOMERS (NV) (1)
779. DONALD T LONG JR (IL) (1)
780. DONALD TROY MORITZ (IL) (1)
781. DONALD TUSSEY (TX) (1)
782. DONALD W FREEMAN (TX) (1)
783. DONALD W GILDEN  AND JOYCE A GILDEN (CA) (1)
784. DONALD W SMITH (MI) (1)
785. DONAVIN AULD (NC) (1)
786. DONNA ANDERSON  AND DAVID CARNEY (OR) (1)
787. DONNIE WARRICK (TX) (1)
788. DORINEL BACIV (IL) (1)
789. DOROTEO M RAMIREZ (TX) (1)
790. DOROTHY FETTER (NY) (1)
791. DOUG FRICKE (IA) (1)

792. DOUG MERRELL (AZ) (1)
793. DOUG RATTERMAN  AND SANDRA RATTERMAN (FL) (1)
794. DOUG THOOFT (MN) (1)
795. DOUG TOWNSEND (TX) (1)
796. DOUGLAS B MCLAUGHLIN (TX) (1)
797. DOUGLAS BARRIE AND HEITHER BARRIE (ID) (1)
798. DOUGLAS C PIERCE (WA) (1)
799. DOUGLAS CARSON (TX) (1)
800. DOUGLAS CRYER AND JERI CRYER (CA) (1)
801. DOUGLAS E MCGEE  AND KITTILEE MCGEE (TX) (1)
802. DOUGLAS HUGHES (CA) (1)
803. DOUGLAS J CONRAD (CO) (1)
804. DOUGLAS KEELING AND LISA KEELING (CA) (1)
805. DOUGLAS LEON BAY  AND KAYLA J BAY (CO) (1)
806. DOUGLAS M BELDING (TX) (1)
807. DOUGLAS M MOORE (TX) (1)
808. DOUGLAS M ROBB (KY) (1)
809. DOUGLAS OWEN THOMPSON (TX) (1)
810. DOUGLAS PENNEKAMP (TX) (1)
811. DOUGLAS RAUL THIEL (MI) (1)
812. DOUGLAS SEYMOUR (TX) (1)
813. DOUGLAS SHOEMAKER (TX) (1)
814. DOUGLAS ZINK AND BRENDA ZINK (ND) (1)
815. DOYLE E BARNETT (MO) (2)
816. DOYLE MORROW (MS) (1)
817. DR JAMES E STEER (IA) (1)
818. DUANE E JACKSON (UT) (1)
819. DUANE E MORTON SR (GA) (1)
820. DUANE GLEASON (PA) (1)
821. DUANE SCHWARTZ (OR) (1)
822. DUANE T AUSTIN  AND KAREN L AUSTIN (FL) (1)
823. DUANE W DICKINSON (VA) (1)
824. DUBLAS CHULO (TX) (1)

825. DUSTIN AUCLAIRE (ID) (1)
826. DUSTIN DOWNING (PA) (1)
827. DUSTIN E GRATE (NV) (1)
828. DUSTIN FAUST AND STEPHANIE FAUST (CA) (1)
829. DUSTIN LOUDEN  AND MAYNARD BOULDEN (WV) (1)
830. DUSTIN MARKS (TX) (1)
831. DUSTIN O'DELL (CO) (1)
832. DUSTIN VARTY  AND KOREEN VARTY (MT) (1)
833. DWAIN V JONSON (TX) (1)
834. DWAYNE HUNTER (TX) (1)
835. DWAYNE ROE BOGGS (OK) (1)
836. DWAYNE S ADAMS (KY) (1)
837. DWIGHT LINTSTROM (MI) (1)
838. DYLAN DZUCK (WA) (1)
839. E TODD CRADDOCK (NC) (1)
840. EARL H HITZMAN JR (LA) (1)
841. EARNEST F PHELPS III (TX) (1)
842. EARNEST WAYNE BROWN (TX) (1)
843. EDDIE D HENRY (TX) (1)
844. EDDIE ORTEGA  AND SHERRY IVEY (TX) (1)
845. EDDY A RUDD (FL) (1)
846. EDDY D BROWN  AND MARLA A BROWN (CO) (1)
847. EDER ACOSTA (TX) (1)
848. EDGAR BRAXTON  AND TRUDY BRAXTON (NC) (1)
849. EDGAR E GUZMAN (TX) (1)
850. EDWARD CARRIER  AND CYNTHIA A BOUCHER (NH) (1)
851. EDWARD CONSTANTINESCU (TX) (1)
852. EDWARD D ABDELNOUR (MA) (1)
853. EDWARD G DAMPF III (IL) (1)
854. EDWARD J SHARKEY (FL) (1)
855. EDWARD L NEELEY JR  AND JENNIFER NEELEY (TX) (1)
856. EDWARD LEONARD (SD) (1)

## OPT-OUT LIST

### CLASS MEMBER NAME (STATE) (# OF VINS)

857. EDWARD LOUIS HENDRICKSON (NC) (1)

858. EDWARD M KULIGOWSKI AND JENNIFER KULIGOWSKI (MI) (1)

859. EDWARD M REISINGER AND LOVELYN A REISINGER (TX) (1)

860. EDWARD N FASNIGHT JR (AL) (1)

861. EDWARD OLIVER JONES AND WENDI L JONES (MO) (1)

862. EDWARD POLLACK (FL) (1)

863. EDWARD RENE HOPPER (TX) (1)

864. EDWARD ROLAND HILL III (GA) (1)

865. EDWIN ALAN WRIGHT (TN) (1)

866. EDWIN BROOKS HOLTON (GA) (1)

867. EDWIN E HELT (IL) (1)

868. EDWIN MILLS AND RUTH S MILLS (VA) (1)

869. EDWIN RIVERA AND CARMEN RIVERA (FL) (1)

870. EDYTHE L BOOKWALTER AND THOMAS E BOOKWALTER (IL) (1)

871. ELAINE RANDALL COLLIER AND KEVIN H COLLIER (PA) (1)

872. ELGIN DEHOFF (WY) (1)

873. ELI MCCLAIN (AZ) (1)

874. ELIAS J DELGADO (TX) (1)

875. ELIZABETH CATHERINE DUNLAP (FL) (1)

876. ELIZABETH FORTON (MI) (1)

877. ELIZABETH KUZMA (NY) (1)

878. ELIZABETH PECK (ME) (1)

879. ELODIA PEREZ AND ANTONIO SALAZAR (TN) (1)

880. EMILE JOSEPH LAPOINTE (LA) (1)

881. EMILIO GUEDE (FL) (1)

882. EMILY BLANKENSHIP (WV) (1)

883. EMILY MASON (FL) (1)

884. EMMA CATES (NM) (1)

885. EPIFANIO CHAVERO (TX) (1)

886. ERIC A BECKER (KS) (1)

887. ERIC FERDNA (NC) (1)

888. ERIC FORNER (TX) (1)

889. ERIC J CROKE (CO) (1)

890. ERIC JOHNSON (TX) (1)

891. ERIC LEITZKE (CA) (1)

892. ERIC S GOSSMAN (WA) (1)

893. ERIC WADE AND AARON WADE (TX) (1)

894. ERICA BATDORFF AND MICHAEL BATDORFF (IL) (1)

895. ERICA L JEANSONNE (LA) (1)

896. ERICH D MOELLER (WY) (1)

897. ERICK LORE (NY) (1)

898. ERIK SCHUYLER (TX) (1)

899. ERNEST C MASCARENAS AND SELINA M MASCARENAS (CO) (1)

900. ERNEST CANALES (TX) (1)

901. ERNEST D HODGDON JR (FL) (1)

902. ERNEST G BANASAU JR (TX) (1)

903. ERNEST LEE ARMSTRONG JR (MD) (1)

904. ERNEST MONTLEY (MD) (1)

905. ERNESTO FREGOZO (CA) (1)

906. ERTIS BASS (TX) (1)

907. ESEQUIEL MORALEZ (TX) (1)

908. ESPERANZA DIAZ (TX) (1)

909. ESTEBAN RODRIGUEZ (TX) (1)

910. ETHAN LARRABEE (CA) (1)

911. EUGENE CAPORALE AND TREISA CAPORALE (GA) (1)

912. EUGENE CHUMAKOV (WA) (1)

913. EUGENE CRAN (TX) (1)

914. EVELINA ACOSTA ZAMUDIO AND ELVIRA Z ACOSTA (AZ) (1)

915. EVELIO MONDRAGON (CA) (1)

916. EVELYN MARTINEZ (TX) (1)

917. EVERARD M LEWIS II (WA) (1)

918. EVERETT SHAFFER (TX) (1)

919. EVERETTE WHITE (TX) (1)

920. EVIS R BEATON (CA) (1)

921. FABIAN MATA (TX) (1)

922. FAITH BLAINE AND SCOTT BLAINE (TX) (1)

923. FARON KENDLE (VA) (1)

924. FELIX A YING AND DEEANN YING (CO) (1)

925. FELIX FLETES (CA) (1)

926. FELIX GONZALES (TX) (1)

927. FELIX HERNANDEZ DOMENICH (PA) (1)

928. FERDINAND B ROHR (CO) (1)

929. FERRAL VIDRINE (TX) (1)

930. FIDEL SANTOS (TX) (1)

931. FLORIAN HYAR AND CARMEN BUTLAND (TX) (1)

932. FLOYD P WELLS AND SARAH WELLS (OH) (1)

933. FLOYD PAUL BRODIN (ND) (1)

934. FOSS BEAN (TX) (1)

935. FRANCES A ROBERTS AND CARL W ROBERTS (CO) (1)

936. FRANCIS FAHEY DBA OPTIMAL ENERGY (NJ) (1)

937. FRANCISCO ABREGO (TX) (1)

938. FRANCISCO ARROYOS III (TX) (1)

939. FRANCISCO LUGO (FL) (1)

940. FRANCISCO SOTO AND FRANCISCO J SOTO-POMEROY (CA) (1)

941. FRANK A RITZ (TX) (1)

942. FRANK A. NOVELLI (TX) (1)

943. FRANK COSTANZO (TX) (1)

944. FRANK D FIELDS AND GLENDA W FIELDS (TX) (1)

945. FRANK E BAKER II AND DOLLY R BAKER (PA) (1)

946. FRANK E PRATT JR AND FAYE E PRATT (TX) (1)

947. FRANK FERNANDEZ (NY) (1)

948. FRANK J LIFRIERI (NY) (1)

949. FRANK M DURRANCE (FL) (1)

950. FRANK ROACH (GA) (1)

951. FRANK SIEPER (CA) (1)

952. FRANK T MEYERS (OR) (1)

## OPT-OUT LIST
### CLASS MEMBER NAME (STATE) (# OF VINS)

953. FRANK TEDESCO (TX) (1)
954. FRAZIER LEE HOLBERT (TX) (1)
955. FRED JOSEPH WILLETTE (TX) (1)
956. FRED SCHULTZ (NH) (1)
957. FREDDIE STEINHILBER AND EMMA STEINHILBER (WI) (1)
958. FREDERICK B MAY (NC) (1)
959. FREDRICK PERKINS  AND RENAE PERKINS (ND) (1)
960. FREEMAN BUCKTOOTH (NY) (1)
961. GABRIEL MCCONNELL AND AUDREY MCCONNELL (IA) (1)
962. GABRIEL MICHAEL HAUGLAND (IA) (1)
963. GABRIEL SANCHEZ (CA) (1)
964. GAERSEN BAILEY (TX) (1)
965. GALE POWELL  AND RETHA POWELL (OH) (1)
966. GAROLD MAY (TX) (2)
967. GARRETT DANTZLER (OK) (1)
968. GARRETT KORTUEM (CA) (1)
969. GARRETT PARIS  AND LORI PARIS (TX) (1)
970. GARRY A MILLS (NY) (1)
971. GARTH J CASTLEBERRY (OK) (1)
972. GARY A HOLLAND AND DEBORAH A HOLLAND (CA) (1)
973. GARY ADAMS (TX) (1)
974. GARY ADCOCK (TX) (1)
975. GARY ANDREWS (NE) (1)
976. GARY BUCK  AND MATTHEW BUCK (IL) (1)
977. GARY CHILDRE (CA) (1)
978. GARY CONDER (WY) (1)
979. GARY DEE HUFFMAN (KY) (1)
980. GARY DOMSTEAD (TX) (1)
981. GARY E CARTWRIGHT AND JOY CARTWRIGHT (TX) (1)
982. GARY EARL FRENCH (AL) (1)
983. GARY F DUNAWAY (TX) (1)
984. GARY GORE (TX) (1)
985. GARY JAMES (TX) (1)

986. GARY L BILLUPS (CA) (1)
987. GARY L MUELLER  AND KAREN L MUELLER (TX) (1)
988. GARY MCKEEVER  AND TRACY MCKEEVER (OK) (1)
989. GARY NEVILLE (MT) (1)
990. GARY R COHEN (TX) (1)
991. GARY R RIDDLE (CT) (1)
992. GARY R SMITH (IN) (1)
993. GARY ROWAN (FL) (1)
994. GARY ROWLAND  AND LAURI ROWLAND (WA) (1)
995. GARY S SMITH (NC) (1)
996. GARY STEVENS (CA) (1)
997. GARY TRIPP (TX) (1)
998. GARY W GROUNDS  AND CANDANCE E GROUNDS (TX) (1)
999. GASTON BARRETT (BARRETT ENTERPRISES) (MS) (1)
1000. GAY EARL (TX) (1)
1001. GENE C BROWN JR (TX) (1)
1002. GENEY MENENDEZ (FL) (1)
1003. GEORGE A ANTHONY (PA) (1)
1004. GEORGE A GUNTHER (PA) (1)
1005. GEORGE B CLARK (TX) (1)
1006. GEORGE BLATNIK (IL) (1)
1007. GEORGE E CONNER (TX) (1)
1008. GEORGE GRAY (IN) (1)
1009. GEORGE H ROOK JR  AND TEMA ROOK (TX) (1)
1010. GEORGE HENRY (TX) (1)
1011. GEORGE J BUNKER JR  AND SHERI BUNKER (KY) (1)
1012. GEORGE L GRAHAM (GA) (1)
1013. GEORGE LICHTENBERGER (TX) (1)
1014. GEORGE MALOY AND JUDY J MALOY (IA) (1)
1015. GEORGE MARUSHOCK (PA) (1)
1016. GEORGE OBERDORF (TX) (1)
1017. GEORGE P HARTSHORN (TX) (1)

1018. GEORGE P KAUFFMANN  AND KATIE KAUFFMANN (NJ) (1)
1019. GEORGE PATRICK CROFTON AND ALTHA FAYE CROFTON (TX) (1)
1020. GEORGE R NOHEJL AND CAROLYN NOHEJL (FL) (1)
1021. GEORGE S LEBLANC (LA) (1)
1022. GEORGE TOLSON (CA) (1)
1023. GEORGINO LOUZADA (TX) (1)
1024. GERALD A PEARSON (NC) (1)
1025. GERALD E WILSON (MI) (1)
1026. GERALD EDWARD SULLIVAN (MI) (1)
1027. GERALD G SCHILLING (NJ) (1)
1028. GERALD GOOD  AND CHRISTINE GOOD (OK) (1)
1029. GERALD HATTON (AL) (1)
1030. GERALD HUIRAS (PA) (1)
1031. GERALD L PARKER  AND SHARON S PARKER (FL) (1)
1032. GERALD L RICHMOND (TX) (1)
1033. GERALD RAMIREZ (TX) (1)
1034. GERALD ROUX (TX) (1)
1035. GERALD W ROSS SR  AND SANDRA J ROSS (VA) (1)
1036. GERALD WEEKS (IL) (1)
1037. GERALD WILFONG  AND LOREEN WILFONG (TX) (1)
1038. GERALDINE BOOKER (TN) (1)
1039. GERARD MARINO (FL) (1)
1040. GERARDO SINISCALCHI (NY) (1)
1041. GERROD SCHLAFFER (SC) (1)
1042. GERSON PALMA AND YAINE PALMA (FL) (1)
1043. GIGI MCHALE (FL) (1)
1044. GILBERT NICKERSON (TX) (1)
1045. GILDER L WHITLOCK (FL) (1)
1046. GILMER MARTINEZ (TX) (1)
1047. GIOVANNI A CISNEROS (TX) (1)
1048. GLENDA WRIGHT-MIX  AND MARTIN D MIX (NY) (1)
1049. GLENN CONTOURIS (NC) (1)

## OPT-OUT LIST
### CLASS MEMBER NAME (STATE) (# OF VINS)

1050. GLENN E SAMMONS (TX) (1)
1051. GLENN P ANDERSON (TX) (1)
1052. GLENN R STALL (WI) (1)
1053. GLENN SEGAL (OR) (1)
1054. GLENN SMALL (CA) (1)
1055. GLORIA M SALINAS (TX) (1)
1056. GLORIA TINGLE (NC) (1)
1057. GONCALO DUARTE (NJ) (1)
1058. GOPAL K MAGON (TX) (1)
1059. GORDON E BERAN II (TX) (1)
1060. GORDON H MCDONELL  AND JANET A MCDOWELL (TX) (1)
1061. GORDON LEROY PATTERSON (FL) (1)
1062. GORDON TOLL  AND CARRIE TOLL (OR) (1)
1063. GORDON W SHRADER (NE) (1)
1064. GRAHAM SCOTT RICE  AND GINA LAM RICE (MI) (1)
1065. GREG BEARD (MS) (1)
1066. GREG DONOHO (TX) (1)
1067. GREG DUBAS  AND LUCIA DUBAS (NJ) (1)
1068. GREG GASKINS (TN) (1)
1069. GREG GOUKER (TX) (1)
1070. GREG GRANT (TX) (1)
1071. GREG GRIEBEL  AND AMY REYES (WI) (1)
1072. GREG LONG  AND MARY LONG (KS) (1)
1073. GREG MOORE (FL) (1)
1074. GREG PADILLA (SC) (1)
1075. GREG RAY (KS) (1)
1076. GREG SHEA (KY) (1)
1077. GREGG BUSCHMANN AND SHAWNA BUSCHMANN (AZ) (1)
1078. GREGG RAFALCO (PA) (1)
1079. GREGORY A MCCARTNEY (OH) (1)
1080. GREGORY ALLRED (UT) (1)
1081. GREGORY BURNETTE (WV) (1)

1082. GREGORY CLENDENIN (WV) (1)
1083. GREGORY GALIETTI (NY) (1)
1084. GREGORY J MASANZ (IL) (1)
1085. GREGORY L BARR AND MARLENE BARR (CA) (1)
1086. GREGORY M CAIN  AND PAULA L CAIN (AL) (1)
1087. GREGORY R WHALAN (TX) (1)
1088. GREGORY RUEHLEN (TX) (1)
1089. GREGORY S BROWN (CA) (1)
1090. GREGORY S ERWIN (OH) (1)
1091. GREGORY SANCHEZ (NM) (1)
1092. GREGORY THIEWES AND SUSAN THIEWES (MS) (1)
1093. GREGORY WOMACK (TX) (1)
1094. GRETA EUGENIA HAIDINYAK (TX) (1)
1095. GROVER BLACKMON (AL) (1)
1096. GROVER FOWLER (SC) (1)
1097. GUILLERMO HERNANDEZ AND NANCY SANCHEZ (TX) (1)
1098. GUNNER KESLER (IN) (1)
1099. GUS DEMETRIADES (NC) (1)
1100. GUSTAVO PINA (TX) (1)
1101. GUY DANO (NV) (1)
1102. HANK SECORD (TX) (1)
1103. HARALD MANN (CA) (1)
1104. HARLAN LATUSEK (MN) (1)
1105. HAROLD C GILBERT (TX) (1)
1106. HAROLD FORD AND ANN FORD (IL) (1)
1107. HAROLD GARNSEY (NY) (1)
1108. HAROLD IMKE  AND DONNA IMKE (OK) (1)
1109. HAROLD JOE PIELE (NV) (1)
1110. HAROLD JOHNSON (TX) (1)
1111. HAROLD L JUSTICE  AND VELMA L JUSTICE (TX) (1)
1112. HAROLD RUSTON HEBERT (TX) (1)
1113. HARRY A POTTER (NC) (1)
1114. HARRY LYONS AND JOHNNIE LYONS (TX) (1)

1115. HARVEY BRUMFIELD (TX) (1)
1116. HEADLEE P DANIELS (TX) (1)
1117. HEATH MARSHALL  AND TONIA MARSHALL (CO) (1)
1118. HEATH MINYARD (AR) (1)
1119. HEATHER ARAGON (NM) (1)
1120. HEATHER DAVIS (TX) (1)
1121. HEATHER HERKO (CA) (1)
1122. HEATHER M SMITH AND DAVID SMITH (IN) (1)
1123. HEATHER SAMMONS  AND MELVIN SAMMONS (FL) (1)
1124. HECTOR  VALDES (FL) (1)
1125. HECTOR MONTANO (NV) (1)
1126. HECTOR R GONZALEZ (TX) (1)
1127. HEINZ DAUB (WI) (1)
1128. HELEN HAMILTON  AND STEVE HAMILTON (AR) (1)
1129. HENISH PULICKAL (CA) (1)
1130. HENRY J HANTZ  AND JESSICA HANTZ (TX) (1)
1131. HENRY LAWSON (NY) (1)
1132. HENRY M PERETH  AND LINDA PERETH (TX) (1)
1133. HENRY V BENNETT JR (MS) (1)
1134. HERBERT BUMPERS (CA) (1)
1135. HERBERT G LIKENS (IN) (1)
1136. HERIBERTO FERNANDEZ (CA) (1)
1137. HERMAN GOLDEN III  AND CHERYL MOROVICH (LA) (1)
1138. HERMINIO ROMERO  AND ASHLEY ROMERO (NV) (1)
1139. HOANG VU-XUAN HA  AND KRISTINA M HA (WI) (1)
1140. HOLLY STILES (CO) (1)
1141. HOLLY STILES AND FRED STILES (CO) (1)
1142. HOLT BROWNING (FL) (1)
1143. HOMER HIGDON (TX) (1)
1144. HOWARD BOYLES (TX) (1)
1145. HOWARD HILL (IA) (1)

## OPT-OUT LIST

### CLASS MEMBER NAME (STATE) (# OF VINS)

1146. HOWARD JAMES GAREL (UT) (1)
1147. HOWARD M SCHWARTZ (NY) (1)
1148. HUBERT FULFORD (TX) (1)
1149. HUMBERTO SILVIO ESTEVES (FL) (1)
1150. HUMBERTO YZAGUIRRE (TX) (1)
1151. IRENE DEE JONES  AND GEORGE JONES (TX) (1)
1152. IRINA HALPERT AND LEE HALPERT (PA) (1)
1153. IRIS HOWLAND (MI) (1)
1154. ISIDRO ALVARADO  AND DORA E ALVARADO (TX) (1)
1155. ISMAEL MUNOZ (CA) (1)
1156. ISRAEL MARTINEZ (TX) (1)
1157. ISRAEL MEDINA (TX) (2)
1158. ITALIA COLEMAN (TX) (1)
1159. J MICHAEL GLASS (TX) (1)
1160. J SCOTT EASTLAND  AND NANCY EASTLAND (TX) (1)
1161. JACK A HEYLMANN  AND DEBRA K HEYLMANN (IN) (1)
1162. JACK A KELLEY JR (TX) (1)
1163. JACK HULNE (TX) (1)
1164. JACK I LONDON (MA) (1)
1165. JACK PUDZIS (IL) (1)
1166. JACK STAKER  AND VICKI STAKER (UT) (1)
1167. JACK TERRY LEE TODD (NC) (1)
1168. JACK ZHE  AND ANGELA ZHE (NY) (1)
1169. JACKIE L BREWER (NM) (1)
1170. JACKIE L CLARK JR (WV) (1)
1171. JACOB FLINT BRADDY (TX) (1)
1172. JACOB HERRON  AND KRISTEN HERRON (NM) (1)
1173. JACOB MCMURPHY (FL) (1)
1174. JACOB MICHAEL SIMONS (MO) (1)

1175. JACQUELINE SANTELICES (CA) (1)
1176. JACQUELYN E LOWE (MI) (1)
1177. JACQUIE BOWERMAN JR AND THE BOWERMAN JR (CA) (1)
1178. JAIME A SOTELO (TX) (1)
1179. JAIME EUGENIO  AND SANDRA LASCANO (NY) (1)
1180. JAIME LEPE (CA) (1)
1181. JAKE SMITH (IL) (1)
1182. JAME A JARVIS  AND ANNETTE J JARVIS (IN) (1)
1183. JAMES A FILLER  AND LINDA L FILLER (CO) (1)
1184. JAMES A NASH (TX) (1)
1185. JAMES A WILLIAMS (IA) (1)
1186. JAMES AUBREY FUNCHESS AND CARROLL LYNN FUNCHESS (FL) (1)
1187. JAMES B BEEMER (MO) (1)
1188. JAMES B KOX (AZ) (1)
1189. JAMES B WAYNE (KY) (1)
1190. JAMES BARTON CRAWFORD AND CREACIA COLLEEN CRAWFORD (TX) (1)
1191. JAMES BITZ (FL) (1)
1192. JAMES BRENT SPARKS (TX) (1)
1193. JAMES C HEDGECOCK (NC) (1)
1194. JAMES C JOHNSON (TX) (1)
1195. JAMES CAIN (MS) (1)
1196. JAMES CAIN  AND MALLORI CAIN (MS) (1)
1197. JAMES CHAMBERLAIN  AND DIANA CHAMBERLAIN (IN) (1)
1198. JAMES CHAPMAN (MT) (1)
1199. JAMES CLEMMONS (CA) (1)
1200. JAMES CONDRIN (TX) (1)
1201. JAMES CURLIS AND TAMARA CURLIS (WA) (1)
1202. JAMES D BROWN (NC) (1)
1203. JAMES E CHERRY  AND SUSAN L CHERRY (IN) (1)
1204. JAMES E HUBINGER (IN) (1)

1205. JAMES F EMERSON JR (VA) (1)
1206. JAMES F GIBSON  AND MICHELLE LIBONATI (TX) (1)
1207. JAMES FOX (SC) (1)
1208. JAMES G AVERY (MO) (1)
1209. JAMES GARY BELK (TX) (1)
1210. JAMES GEORGE DECKER  AND JUDITH ANN DECKER (CO) (1)
1211. JAMES GLENN WARNER (VA) (1)
1212. JAMES GUSTAFSON (MT) (1)
1213. JAMES H BELL  AND BRENDA K BELL (WI) (1)
1214. JAMES HILYARD (TX) (1)
1215. JAMES J RADCLIFF (MS) (1)
1216. JAMES J VASILOPOULOS (FL) (1)
1217. JAMES JANIS (CA) (1)
1218. JAMES JEFFREY HART (SC) (1)
1219. JAMES JUSTICE (CA) (1)
1220. JAMES K APPLEGATE  AND TIERRA APPLEGATE (MO) (1)
1221. JAMES K DRESSER (FL) (1)
1222. JAMES KEITH WATKINS  AND LINDA J WATKINS (ID) (1)
1223. JAMES KELLY CASHMAN (CA) (1)
1224. JAMES L AHERN (TX) (1)
1225. JAMES L DUNN (MO) (1)
1226. JAMES L HAWKINS AND SUZANNE M HAWKINS (NV) (1)
1227. JAMES L ISAKSON (TX) (1)
1228. JAMES L JONES (KY) (1)
1229. JAMES L LEVLEIT  AND SHERRY M LEVLEIT (MI) (1)
1230. JAMES LEAVELLE II (TX) (1)
1231. JAMES M LANEY (MI) (1)
1232. JAMES MARTIN COLES (AL) (1)
1233. JAMES MCDONALD AND DAWN MCDONALD (MO) (1)
1234. JAMES MCMILLAN (TX) (1)

## OPT-OUT LIST
### CLASS MEMBER NAME (STATE) (# OF VINS)

1235. JAMES NEWELL AND TERESA L NEWELL (MO) (1)

1236. JAMES P MIKLES AND LISA A MIKLES (AR) (1)

1237. JAMES PAGLIAROLI (FL) (1)

1238. JAMES PARSONS AND GERI PARSONS (WV) (1)

1239. JAMES PETER GISONNA (GA) (1)

1240. JAMES POTTS AND NICOLE POTTS (TX) (1)

1241. JAMES R BECKER (MO) (1)

1242. JAMES R CRAWFORD (NY) (1)

1243. JAMES R GREENE AND SARAH M GREENE (GA) (1)

1244. JAMES R GUSTIN (CO) (1)

1245. JAMES R HADLEY (IL) (1)

1246. JAMES R HILL (TX) (1)

1247. JAMES R JOLLY AND SHARON JOLLY (TN) (1)

1248. JAMES R LINES (IA) (1)

1249. JAMES R O'BANNON (TX) (1)

1250. JAMES RODGERS (TX) (1)

1251. JAMES S JOHNSON AND MICHAEL E BOLTON (NY) (1)

1252. JAMES S NELSON (AR) (1)

1253. JAMES T LAWSON (CO) (1)

1254. JAMES T MURPHY (WI) (1)

1255. JAMES TILDON GIBSON SR (KY) (2)

1256. JAMES TOMASELLI (FL) (1)

1257. JAMES VALLIERE (WY) (1)

1258. JAMES W OSBORNE AND DONNA L OSBORNE (TX) (1)

1259. JAMES W STRYE AND VICTORIA STRYE (TX) (1)

1260. JAMES WASHINGTON (AL) (1)

1261. JAMES WATSON AND PERLA WATSON (TX) (1)

1262. JAMES WAYCASTER (NC) (1)

1263. JAMES WILEY EARP III (NC) (1)

1264. JAMES WILKERSON (TN) (1)

1265. JAMES WILLIAM BLAGG (TX) (1)

1266. JAMES WILSON AND SARA WILSON (IL) (1)

1267. JAMES WOLF AND DORIS WOLF (WI) (1)

1268. JAMES ZINDA (MT) (1)

1269. JAMIE A WALKER (WI) (1)

1270. JAMIE DAY AND NICOLE DAY (NY) (1)

1271. JAMIE EWALD (MI) (1)

1272. JAMIE L LAWSON AND JANICE LITTLE (KY) (1)

1273. JAMIE NONNI (ME) (1)

1274. JAMIE S TUINSTRA (WI) (1)

1275. JAMIE THEISEN AND JOE THEISEN (IA) (1)

1276. JAMISON STANLEY ELDER AND JOLI A ELDER (SC) (1)

1277. JANE MEARS (TX) (1)

1278. JANET KING (TX) (1)

1279. JANIE KENNEDY POOLER (LA) (1)

1280. JARED D WATSON AND LISA TADD (MT) (1)

1281. JARED NAGEL (WI) (1)

1282. JARED SEE (IL) (1)

1283. JARED TAYLOR (KS) (1)

1284. JARUDD PROSSER (CA) (1)

1285. JASON IANNELLI AND BERNADETTE IANNELLI (PA) (1)

1286. JASON A PUCKETT (NY) (1)

1287. JASON A REIGELSPERGER (OH) (1)

1288. JASON BACON (WI) (1)

1289. JASON CAMPBELL (GA) (1)

1290. JASON CONNELL (FL) (1)

1291. JASON CORNELL (CA) (1)

1292. JASON D CARRIER (OH) (1)

1293. JASON DOBBINS (TX) (1)

1294. JASON FARRISH (TX) (1)

1295. JASON FITZGERALD (LA) (1)

1296. JASON GRIMES (TX) (1)

1297. JASON HAMLIN AND DIXIE WOODRUFF (IA) (1)

1298. JASON HAWES (RI) (1)

1299. JASON JACKSON (TX) (1)

1300. JASON JOHNSON (AZ) (1)

1301. JASON KEITH (MO) (1)

1302. JASON KYLE MATTHEWS (TX) (1)

1303. JASON MCMILLIAN (LA) (1)

1304. JASON MULL (CO) (1)

1305. JASON PHILAJA (WI) (1)

1306. JASON PHILLIPS POINDEXTER (TX) (1)

1307. JASON ROYER (WY) (1)

1308. JASON S SMITH (IL) (1)

1309. JASON SANCHEZ (TX) (1)

1310. JASON SKOLAND AND KRISTIN SKOLAND (IA) (1)

1311. JASON SULLIVAN (NC) (1)

1312. JASON TRAVIS SELF AND IRMA C SELF (LA) (1)

1313. JASON TROTTER AND MARY ANN TROTTER (OK) (1)

1314. JASON VANLOO (MO) (1)

1315. JASON YOWELL (GA) (1)

1316. JASPER ROY SMITH (TX) (1)

1317. JAVIER CARRILLO (TX) (1)

1318. JAVIER TORRES (FL) (3)

1319. JAY FITZGERALD (PA) (1)

1320. JAY PRINTUP (NY) (1)

1321. JAY SETCHELL (TX) (1)

1322. JAYNE MARIE EDWARDS (WI) (1)

1323. JEAN MIKLE AND THOMAS MIKLE (WI) (1)

1324. JEANNETTE FRICKE (IA) (1)

1325. JEAREL ADAMS (TX) (1)

1326. JEFF E KERNAN DBA D AND J DELIVERIES (IA) (1)

1327. JEFF BRANDT (ND) (1)

1328. JEFF COLE AND CANDACE COLE (TX) (1)

1329. JEFF DAHL (IA) (1)

1330. JEFF HOLLENBECK (IA) (1)

## OPT-OUT LIST
### CLASS MEMBER NAME (STATE) (# OF VINS)

1331. JEFF MCKENNA (CA) (1)

1332. JEFF MELY (LA) (1)

1333. JEFF MORGAN / MIDTOWN HEIGHTS (NJ) (1)

1334. JEFF RITTENHOUSE (WI) (1)

1335. JEFF SCHOONOVER (CO) (1)

1336. JEFF STRONG  AND BETTY MCLENDON (MS) (1)

1337. JEFF STUART (CA) (1)

1338. JEFF SULLENS  AND CYNTHIA SULLENS (MD) (1)

1339. JEFF THOMAS AND MICHELLE THOMAS (TX) (1)

1340. JEFF WALLACE (TX) (1)

1341. JEFFERY ESCAMILLA (TX) (1)

1342. JEFFERY L KAYS (OK) (1)

1343. JEFFERY P SPENCE (NY) (1)

1344. JEFFERY QUINE  AND TRACIE QUINE (OK) (1)

1345. JEFFERY ROBINSON  AND TERRI ROBINSON (MO) (1)

1346. JEFFERY WEISLOCHER (MO) (1)

1347. JEFFREY A SIMMONDS (AZ) (1)

1348. JEFFREY BAX (MO) (1)

1349. JEFFREY BRADSHAW AND CRYSTAL BRADSHAW (TX) (1)

1350. JEFFREY BUBENCHIK (CA) (1)

1351. JEFFREY CHIANTARETTO (CA) (1)

1352. JEFFREY CONROY  AND ANNETTE CONROY (TX) (1)

1353. JEFFREY DANIELS (TX) (1)

1354. JEFFREY DAVID WEEKS (WA) (1)

1355. JEFFREY DEAN (TX) (1)

1356. JEFFREY DEAN HOYUM (MN) (1)

1357. JEFFREY G FINDLEY (DE) (1)

1358. JEFFREY GREENWOOD (FL) (1)

1359. JEFFREY J GEBEL  AND TRACY GEBEL (MO) (1)

1360. JEFFREY L MILHAUPT  AND SUSAN S MILHAUPT (NC) (1)

1361. JEFFREY LEATHERWOOD (TX) (1)

1362. JEFFREY MCINNES AND JENNIFER MCLNES (CA) (1)

1363. JEFFREY MICHENER (PA) (1)

1364. JEFFREY N WILCOXSON (TX) (1)

1365. JEFFREY NEIL CRANE (TX) (1)

1366. JEFFREY R COOK (WV) (1)

1367. JEFFREY RAY VANCE  AND AMY DAWN VANCE (TX) (1)

1368. JEFFREY S GASKINS (GA) (1)

1369. JEFFREY SCOTT MORROW (GA) (1)

1370. JEFFREY SCOTT WOODALL AND BRANDON WOODALL (FL) (1)

1371. JEFFREY SIBAYAN (CA) (1)

1372. JEFFREY W HARMON (TX) (1)

1373. JEFFREY WESTMAN (NY) (1)

1374. JENNA WASAG (FL) (1)

1375. JENNAE HOFFMAN (MN) (1)

1376. JENNIFER BROWN (TX) (1)

1377. JENNIFER P STEVENS  AND RICHARD L STEVENS (IN) (1)

1378. JENNIFER WHITE (CA) (1)

1379. JERALD VASSAR  AND JASON DIBBEN (ID) (1)

1380. JERELL CRYER AND ASHLEY CRYER (CA) (1)

1381. JEREMIAH BROWN (TX) (1)

1382. JEREMIAH MANI  AND VICTORIA MANI (UT) (1)

1383. JEREMY BEEDLE (WI) (1)

1384. JEREMY GARLIN (GA) (1)

1385. JEREMY L DELONG (NH) (1)

1386. JEREMY M HORNACK (FL) (1)

1387. JEREMY MUNZ (TX) (1)

1388. JEREMY STEVENS (ID) (1)

1389. JEROLD J BITZ (FL) (1)

1390. JEROME M GRAHAM (MD) (1)

1391. JEROME R PETTKE  AND NICOLE A PETTKE (WI) (1)

1392. JERRY A MICHAEL (CA) (1)

1393. JERRY BLAGG (TX) (1)

1394. JERRY CONTRERAS (CA) (1)

1395. JERRY D COOLEY (CA) (1)

1396. JERRY D HARMON  AND DOROTHY DANIELSON (OR) (1)

1397. JERRY E GOLLADAY SR (VA) (1)

1398. JERRY GIBSON  AND ANNABELLE GIBSON (TN) (1)

1399. JERRY HUTCHINSON (TX) (1)

1400. JERRY K WALKER (CA) (1)

1401. JERRY L MARTIN (KY) (1)

1402. JERRY LEE FORTENBERRY JR (TX) (1)

1403. JERRY M BARNETT (WV) (1)

1404. JERRY M MADDUX (CO) (1)

1405. JERRY R JENKINS  AND HILDA KAY JENKINS (TX) (1)

1406. JERRY STIGERS (KY) (1)

1407. JESSE J PARKHURST (OK) (1)

1408. JESSE L BEARD (TX) (1)

1409. JESSE L MARTIN (FL) (1)

1410. JESSE MEDRANO AND KINDRA MEDRANO (CA) (1)

1411. JESSE SCHMIDT (LA) (1)

1412. JESSE STODDARD (NY) (1)

1413. JESSE TYLER BAXTER (CA) (1)

1414. JESSICA BUCHER (AZ) (1)

1415. JESSICA ROGERS (MT) (1)

1416. JESSICA VENTURA NEE SOLORIO (CA) (1)

1417. JESUS BOLANOS (CA) (1)

1418. JESUS CASTILLO (CA) (1)

1419. JESUS DE LA TORRE  AND ADELINA PRIETO (TX) (1)

1420. JESUS F GONZALEZ (CA) (1)

1421. JESUS GUADARRAMA (CA) (1)

1422. JIM BEHNE  AND SHERI BEHNE (WA) (1)

1423. JIM RIGOULOT (ID) (1)

1424. JIMMIE WADE BLAKE JR AND KENDELL L BLAKE (TX) (1)

1425. JIMMY D KING (TX) (1)

## OPT-OUT LIST
### CLASS MEMBER NAME (STATE) (# OF VINS)

1426. JIMMY DALE LANZ (OR) (1)
1427. JIMMY J TAYLOR (TX) (1)
1428. JIMMY PLEMONS (TX) (1)
1429. JIMMY R SCHROEGER (MO) (1)
1430. JIMMY THACKER (MD) (1)
1431. JIMMY YEAGER (MS) (1)
1432. JLH, INC. JIMMY HANEY PRESIDENT (MS) (1)
1433. JO LYNN GARLAND  AND RODNEY GARLAND (TX) (1)
1434. JOANN MCELROY AND KENNETH MCELROY (NY) (1)
1435. JOCKO VERMILLION (OH) (1)
1436. JODEY SCHMIEDEKAMP (IL) (1)
1437. JODI RENE ANDERSON AND RANDY DALE ANDERSON (IN) (1)
1438. JODY BERGHEIM (SD) (1)
1439. JODY L DANIELSON  AND CINDY L DANIELSON (WV) (1)
1440. JODY MARONEY (TX) (1)
1441. JOE B ARDIS (TX) (1)
1442. JOE BETTENCOURT (CA) (1)
1443. JOE DITTMAR (AR) (1)
1444. JOE E VOLLMER  AND BARBARA J VOLLMER (TX) (1)
1445. JOE HENDRICKS (CA) (1)
1446. JOE KYLE REEVES (TX) (1)
1447. JOE LAVERDIERE (IL) (1)
1448. JOE LOPEZ  AND REBECCA LOPEZ (MI) (2)
1449. JOE PAT HUGHES AND HUGHES FARM SERVICES INC (KY) (1)
1450. JOE RAY KEATING (TX) (1)
1451. JOE S RICHARDSON (TX) (1)
1452. JOE SMIDOVEC (TX) (1)
1453. JOE STANGEL (OR) (1)
1454. JOE W DAVIDSON (TX) (1)
1455. JOEL MEJIA (CA) (1)
1456. JOELEE MOTICHKA/RENT-E-QUIP (PA) (1)
1457. JOEY SHAHAN (AR) (1)

1458. JOHN A  MITCHELL AND REBECCA MITCHELL (TX) (1)
1459. JOHN A BARONE (NY) (1)
1460. JOHN A DONOHOE  AND TERESA A DONOHOE (NE) (1)
1461. JOHN ADAMS (TX) (1)
1462. JOHN ANTHONY GONZALEZ (TX) (1)
1463. JOHN BALL DBA J BALL AND SON INC. AND J BALL AND SON, INC (PA) (1)
1464. JOHN BARNHOLDT (FL) (1)
1465. JOHN BENJAMIN FOX (LA) (1)
1466. JOHN BENJAMIN GLACKEN (TX) (1)
1467. JOHN BRADY (AK) (1)
1468. JOHN C FORBIS (NC) (1)
1469. JOHN C FRANTZ (CA) (2)
1470. JOHN C GOETZ (WI) (1)
1471. JOHN C SNELL III  AND ANGELA WILSON (LA) (1)
1472. JOHN CORBIN (AL) (1)
1473. JOHN CRITES (TX) (3)
1474. JOHN DAMATO (NY) (1)
1475. JOHN DEPUTY  AND DAWN DEPUTY (OH) (1)
1476. JOHN DUBOIS II (CA) (1)
1477. JOHN DUBOIS SR AND MELODY DUBOIS (CA) (1)
1478. JOHN EARL CUTLER (TX) (1)
1479. JOHN FRITZ  AND SALENA FRITZ (AZ) (1)
1480. JOHN FULLER (TX) (1)
1481. JOHN G ATKINS (CO) (1)
1482. JOHN GARCIA (TX) (1)
1483. JOHN GEORGE AND CAROL GEORGE (CA) (1)
1484. JOHN GRISHAM (TX) (1)
1485. JOHN GUARINO JR (PA) (1)
1486. JOHN HANSEN (NY) (1)
1487. JOHN HAWKINS (NV) (1)
1488. JOHN HENGLEFELT (SD) (1)
1489. JOHN J PURCELL (WI) (1)
1490. JOHN JACKSON (TX) (1)

1491. JOHN JEWELL CHEESMAN (MT) (1)
1492. JOHN JOHNSON (CA) (1)
1493. JOHN JORDAN (FL) (1)
1494. JOHN KAWELL (CA) (1)
1495. JOHN KENTZEL (MS) (1)
1496. JOHN KREGEL ON BEHALF OF KREGEL PARK LLC (IA) (1)
1497. JOHN LANCE (OK) (1)
1498. JOHN LAZORE (NY) (1)
1499. JOHN LUGO  AND MAGDA LUGO (TX) (1)
1500. JOHN MARSHALL (CA) (1)
1501. JOHN MCDONNELL (TX) (1)
1502. JOHN MCMANUS (MN) (1)
1503. JOHN MONTGOMERY (CO) (1)
1504. JOHN NEWBERN (TX) (1)
1505. JOHN P LEIBOWITZ (TX) (1)
1506. JOHN PARTAIN  AND JULIE PARTAIN (FL) (1)
1507. JOHN PAUL DILLER (CA) (1)
1508. JOHN PORA (IL) (1)
1509. JOHN PRINZ (TX) (1)
1510. JOHN R NEUMAYER (FL) (1)
1511. JOHN ROE (LA) (1)
1512. JOHN RORY CARREON (AZ) (1)
1513. JOHN ROWLAND III (TX) (1)
1514. JOHN S FOX (IL) (1)
1515. JOHN SCHEIBENPFLUG (VT) (1)
1516. JOHN SCOTT BAKER (VA) (1)
1517. JOHN STANFORD (TX) (1)
1518. JOHN STEVEN MOORE (IN) (1)
1519. JOHN STINEBAUGH (TX) (1)
1520. JOHN STORK (OK) (1)
1521. JOHN T BURKE JR  AND KAREN SUE BURKE (SC) (1)
1522. JOHN T TORREZ  AND LISA WESTBERG (CO) (1)
1523. JOHN THALGOTT (NV) (1)
1524. JOHN TOLER (TX) (1)

## OPT-OUT LIST

### CLASS MEMBER NAME (STATE) (# OF VINS)

1525. JOHN TRAMPIS NICKEL (KS) (1)
1526. JOHN V DAVIS (MI) (1)
1527. JOHN V LOWE (GA) (1)
1528. JOHN W CHERRY JR AND KELLY CHERRY (LA) (1)
1529. JOHN W MEECH (LA) (1)
1530. JOHN WILBERDING (MI) (1)
1531. JOHN ZACHARY WORDEN (FL) (1)
1532. JOHNATHAN BREAUX (LA) (1)
1533. JOHNATHAN C PROCTOR (PA) (1)
1534. JOHNATHAN D GARDNER AND NICOLE B GARDNER (UT) (1)
1535. JOHNNIE JOE PENN (TX) (1)
1536. JOHNNY CLINTON WRIGHT (TX) (1)
1537. JOHNNY J HENARD (TX) (1)
1538. JOHNNY MARTINEZ (TX) (1)
1539. JOHNNY O CHAVANA (TX) (1)
1540. JOHNNY RAY HARRIS AND MARY ANN HARRIS (TX) (1)
1541. JOHNNY RICHARD WRIGHT AND JERLENE JACQUALINE WRIGHT (MD) (1)
1542. JOHNY SMITH (MS) (1)
1543. JON A WILKINS (OH) (1)
1544. JON CHEMERS (IL) (1)
1545. JON DAVID CAMPBELL (MS) (1)
1546. JON K BARBER AND JENA BROOKS (FL) (1)
1547. JON MINOR (TX) (1)
1548. JON ROEMISCH (TX) (1)
1549. JON WILLIS GALLOWAY (IN) (1)
1550. JONAS SLABAUGH (OH) (1)
1551. JONATHAN DUBROC AND AUTUMN DUBROC (MI) (1)
1552. JONATHAN J ELSASSER (SD) (1)
1553. JONATHAN JONES AND KIMBERLY JONES (TX) (1)

1554. JONATHAN KIMMEL AND TARA KIMMEL (MN) (1)
1555. JONATHAN MCKEE (CA) (1)
1556. JONATHAN SCHUMANN (TX) (1)
1557. JORDAN SMITH (ID) (1)
1558. JORDAN TURSKE AND BRANDY TURSKE (OH) (1)
1559. JORGE A VILLARREAL SERRANO (CO) (2)
1560. JORI R BOWEN (OR) (1)
1561. JOSE ACOSTA AND IRENE ACOSTA (TX) (1)
1562. JOSE ALBERTO MERCADO (NY) (1)
1563. JOSE D BARRERA AND MARIA D REYES (TX) (1)
1564. JOSE G MOORE (TX) (1)
1565. JOSE GONZALEZ (ID) (1)
1566. JOSE LUIS CERECEDO (TX) (1)
1567. JOSE M HERNANDEZ (TX) (1)
1568. JOSE M HERNANDEZ AND ELIZABETH HERNANDEZ (TX) (1)
1569. JOSE M VARGAS AND TERESA R VARGAS (TX) (1)
1570. JOSE MARCOS CARMONA (TX) (1)
1571. JOSE MEJIA (NC) (1)
1572. JOSE MOJICA AND CRISSETTE MOJICA (TX) (1)
1573. JOSE S PEREZ (TX) (1)
1574. JOSE SANTOS (TX) (1)
1575. JOSE VELA (TX) (1)
1576. JOSE VICENTE PINTO (AL) (1)
1577. JOSEFINA PEREZ AND JOSHUA REID (AZ) (1)
1578. JOSEPH A REYNOLDS (TX) (1)
1579. JOSEPH BARKSDALE (OH) (1)
1580. JOSEPH C FAIRCLOTH AND MELANIE M FAIRCLOTH (FL) (1)
1581. JOSEPH DALE SHERRELL (AR) (1)
1582. JOSEPH DERENNE (MA) (1)
1583. JOSEPH E CASTRO (CO) (1)

1584. JOSEPH E DENNIS JR (TX) (1)
1585. JOSEPH ELCO (NY) (1)
1586. JOSEPH ELLIOTT AND NICHOLE ELLIOTT (TX) (1)
1587. JOSEPH ENGLAND AND JANET ENGLAND (MO) (1)
1588. JOSEPH F PISECCO (TX) (1)
1589. JOSEPH G GENZER (TX) (1)
1590. JOSEPH GULLEKSON AND TONI GULLEKSON (TX) (1)
1591. JOSEPH H MCGEE (TN) (1)
1592. JOSEPH H SCHNEIDER AND NANCY SCHNEIDER (NY) (1)
1593. JOSEPH HYTE JOHNSON (AZ) (1)
1594. JOSEPH KENT HALL (TN) (1)
1595. JOSEPH LESTER (TX) (1)
1596. JOSEPH M NOONE (NV) (1)
1597. JOSEPH MAHLON WEIS AND JOSEPH MAHLON WEIS (FL) (1)
1598. JOSEPH MICHAEL CRUMP (TX) (1)
1599. JOSEPH NEAULT (NJ) (1)
1600. JOSEPH NEWELL (SC) (1)
1601. JOSEPH P MCCRUMB (MI) (1)
1602. JOSEPH P REILLY (TX) (1)
1603. JOSEPH RADEMACHER (CA) (1)
1604. JOSEPH SANDOVAL AND CONNIE SANDOVAL (NV) (1)
1605. JOSEPH SHARP (CA) (1)
1606. JOSEPH STEFF AND LAUREN STEFF (NY) (1)
1607. JOSEPH WELCH AND BILLY WELCH (AR) (1)
1608. JOSEPH WILLIAMS AND BRYCE HAYDEN WILLIAMS (IN) (1)
1609. JOSH GWILLIM AND AMBER GWILLIM (KS) (1)
1610. JOSH STUBER (CA) (1)
1611. JOSH TURNER (MI) (1)
1612. JOSHUA BERNA (TX) (1)
1613. JOSHUA GALLEGHER AND VERONICA GALLEGHER (FL) (1)

## OPT-OUT LIST
### CLASS MEMBER NAME (STATE) (# OF VINS)

1614. JOSHUA GILLESPIE (TX) (1)
1615. JOSHUA HOLTZ  AND AMANDA HOLTZ (ID) (1)
1616. JOSHUA ISMAEL HERRERA (ND) (1)
1617. JOSHUA LINK AND STEPHANIE LINK (MO) (1)
1618. JOSHUA MORGAN (KS) (1)
1619. JOSHUA NOMANDIN (CT) (1)
1620. JOSHUA NORTON TREPL  AND AMANDA JO TREPL (MN) (1)
1621. JOSHUA S WILSON (MO) (1)
1622. JOSHUA SIGMON  AND AMANDA SIGMON (TX) (1)
1623. JOZEE KRALIK (NY) (1)
1624. JUAN B FUENTES (TX) (1)
1625. JUAN C SANTILLANA AND MARIA SANTILLANA (TX) (1)
1626. JUAN CARLOS RODRUGUEZ (TX) (1)
1627. JUAN CARLOS SOTO (AZ) (1)
1628. JUAN CHAVARRIA (TX) (1)
1629. JUAN GARCIA JR (WI) (1)
1630. JUAN SENDEJO (TX) (1)
1631. JUAN THACKER (LA) (1)
1632. JUDITH BRESSLER (FL) (1)
1633. JULIA B SCHERER (CA) (1)
1634. JULIANA CLODFELTER (MO) (1)
1635. JULIE ANN PORCHE  AND CHRISTOPHER PORCHE (GA) (1)
1636. JULIE BISSELLE (NY) (1)
1637. JULIE HAZARD (CO) (1)
1638. JULIE MERRITT  AND JAY MERRITT (TX) (1)
1639. JULIE STAUBACH (NY) (1)
1640. JULIO C PADILLA (TX) (1)
1641. JUSTIN AMBROSE (PA) (1)
1642. JUSTIN C CHANDLER (NC) (1)
1643. JUSTIN CHAD MILLER  AND DIANA ALBERT (FL) (1)
1644. JUSTIN GOLDSMITH (WV) (1)
1645. JUSTIN GRAVES (MO) (1)
1646. JUSTIN L LEEPER (TX) (1)

1647. JUSTIN LEASMAN AND CHELSEY WOLF (TX) (1)
1648. JUSTIN MAYS (KY) (1)
1649. JUSTIN P LAIRD  AND LACEY LAIRD (MS) (1)
1650. JUSTIN SMITH AND KRYSTAL SMITH (CA) (1)
1651. JUSTIN TYLER WILLIAMSON (TX) (1)
1652. JUSTO ANDALUZ (TX) (1)
1653. JUVENTINO BERNAL-CARO (CA) (1)
1654. KAMILE SCHMITTING (KEVLICIUTE)  AND KYLE SCHMITTING (NC) (1)
1655. KAREN BOTELER (TX) (1)
1656. KAREN COBB (GA) (1)
1657. KAREN CORBIN (MT) (1)
1658. KAREN DOOLEY  AND SHAWN DOOLEY (KS) (1)
1659. KAREN KIRK GILCREASE (TX) (1)
1660. KARINA A BOOTH (MN) (1)
1661. KARL D RAUCH (TX) (1)
1662. KARL FREEMAN (CA) (1)
1663. KARL HENRY JACKSON (CA) (1)
1664. KASEY KNUTSON  AND ASHLEY KNUTSON (CO) (1)
1665. KATHERINE A COOK (TX) (1)
1666. KATHERINE HANSEN  AND MICHAEL HANSEN (SD) (1)
1667. KATHLEEN BAUGH (TX) (1)
1668. KATHLEEN F HODGES (GA) (1)
1669. KATHLEEN M CHRISTIANSON AND DANIEL CHRISTIANSON (TX) (1)
1670. KATHLEEN MCCOY (NY) (1)
1671. KATHLEEN THICKE AND BRENNAN THICKE (CA) (1)
1672. KEELA FOSTER  AND ANDY FOSTER (TX) (1)
1673. KEELA FOSTER AND ANDY FOSTER (TX) (1)

1674. KEGAN LYNN ASHBROOK (PA) (1)
1675. KEITH A SMITH  AND LINDA TAYLOR (TX) (1)
1676. KEITH CARTER (TX) (1)
1677. KEITH CRANDALL (CA) (1)
1678. KEITH DRURY (MO) (1)
1679. KEITH E RAULSTON  AND RESA D RAULSTON (NC) (1)
1680. KEITH E YOUNG (MT) (1)
1681. KEITH GREEN (TX) (1)
1682. KEITH HUHMAN (TX) (1)
1683. KEITH KIRBY (MO) (1)
1684. KEITH MARTIN (WA) (1)
1685. KEITH PRIESTER (IL) (1)
1686. KEITH WAKHAM (TX) (1)
1687. KELLY KLINE (CO) (1)
1688. KELLY L SCRUGGS/GLEAMING CLEANING INC (TX) (2)
1689. KELLY LAMONDA (ND) (1)
1690. KELLY S STAGG (UT) (1)
1691. KELLY SMITH AND TIMOTHY SMITH (TX) (1)
1692. KELSY E WESTMAN  AND WILLIAM P WESTMAN (TX) (1)
1693. KEN JETTON  AND KEN JETTON (TX) (1)
1694. KEN LEVENE (SD) (1)
1695. KENDALL R SMITH SR (MS) (1)
1696. KENDELL VERHAGE (NE) (1)
1697. KENNETH CHILSON  AND DENISE DE CARUFEL (NC) (1)
1698. KENNETH COWGER AND TAMI COWGER (CA) (1)
1699. KENNETH COX (CA) (1)
1700. KENNETH DALE ELLIOTT (TX) (1)
1701. KENNETH DAYNE TACKETT AND SANDY TACKETT (TX) (1)
1702. KENNETH GEORGE SHARPE AND DEBORAH H SHARPE (PA) (1)
1703. KENNETH J KEITH (MO) (1)
1704. KENNETH J MALOTT (IN) (1)

**OPT-OUT LIST**

**CLASS MEMBER NAME (STATE) (# OF VINS)**

1705. KENNETH J TROUSDALE (CO) (1)
1706. KENNETH K GABBERT (TX) (1)
1707. KENNETH KEEBLE (TX) (1)
1708. KENNETH L DIXON (TX) (1)
1709. KENNETH L KELSEY (OK) (1)
1710. KENNETH L KROSCHEL (CO) (1)
1711. KENNETH NUNEZ (LA) (1)
1712. KENNETH R WINDHAM  AND GEORGE WINDHAM (TX) (1)
1713. KENNETH THOMPSON (TX) (1)
1714. KENNETH TRENT PARIS  AND BARBARA PARIS (TX) (1)
1715. KENNETH W KANA (TX) (1)
1716. KENNETH WALL (TX) (1)
1717. KENT BOGRETT (CO) (1)
1718. KENT GIBBONS (IA) (1)
1719. KENT JENKINS (NY) (1)
1720. KENTON POWELL  AND ANGELA POWELL (WI) (1)
1721. KENYON SHEPHARD (CO) (1)
1722. KERRY BOLLE (CA) (1)
1723. KEVIN BRINKHOFF (FL) (1)
1724. KEVIN COSTLOW (OH) (1)
1725. KEVIN CROWN (TX) (1)
1726. KEVIN DIEKER  AND LISA DIEKER (KS) (1)
1727. KEVIN HANKINS (TX) (1)
1728. KEVIN J CUDGMA/ENGINEERED SYSTEMS INTEGRATORS LLC (CT) (1)
1729. KEVIN JONES (NV) (1)
1730. KEVIN KERNER (ND) (1)
1731. KEVIN KRUNKLEVICH (MA) (1)
1732. KEVIN M RAMSEY  AND DANYELLE RAMSEY (OR) (1)
1733. KEVIN MARC KEEFER (VA) (1)
1734. KEVIN MASSEY (AR) (1)
1735. KEVIN MORRISON (FL) (1)
1736. KEVIN PAUL HARE (LA) (1)
1737. KEVIN R BAIRD  AND DIANE K BAIRD (IN) (1)

1738. KEVIN REESE (TX) (1)
1739. KEVIN RUEHLE (NJ) (1)
1740. KEVIN SANDERS (LA) (1)
1741. KEVIN SCOTT ROSSI (TX) (1)
1742. KEVIN SPEYRER  AND LISA S SPEYRER (LA) (1)
1743. KEVIN STEVENS (AZ) (1)
1744. KEVIN SUHRIE  AND VANESSA SUHRIE (PA) (1)
1745. KEVIN V ANDERSON  AND BETH A ANDERSON (IN) (1)
1746. KEYES CENTER FOR TOES PC AND LARRY A KEYES (IL) (1)
1747. KIELS REPAIR LLC  AND JOSEPH KIEL JR (MT) (1)
1748. KILO VARBLE  AND NATALIE VARBLE (ID) (1)
1749. KIM E HALL (NC) (1)
1750. KIM L WATSON  AND GAYE D WATSON (OK) (1)
1751. KIM LANCE HANES (FL) (1)
1752. KIM TRIPLETT  AND SHARON TRIPLETT (MO) (1)
1753. KIMBALL PHILLIPS (UT) (1)
1754. KIMBERLEY OGLESBY (FL) (1)
1755. KIMBERLY D PARKER  AND JAMES PARKER (TX) (2)
1756. KIMBERLY DEVORE  AND SEAN DEVORE (CA) (1)
1757. KIMBERLY HENSON (SC) (1)
1758. KIMBERLY MAYES  AND WILLIAM MAYES (TX) (1)
1759. KIMBERLY MILLER (OH) (1)
1760. KIMELA ANNE BRYANT (SC) (1)
1761. KIP COLEMAN (MO) (1)
1762. KIRK C MARKOS (TX) (1)
1763. KIRK D KLAWITTER  AND GLENYS L HOFFMAN (FL) (1)
1764. KIRK HATFIELD (CA) (1)
1765. KIRT MAUCHLEY (UT) (1)
1766. KLAYTON J COSTANZO (CO) (1)

1767. KODY DEWEESE AND KRISTINE C DEWEESE (MO) (1)
1768. KODY DEWEESE AND KRISTINE DEWEESE (MO) (1)
1769. KORI LESMANN (ND) (1)
1770. KRESSY CARLILE (NM) (1)
1771. KRIS ALAN SHEPHERD (OR) (1)
1772. KRISTIAN HITESHUE (PA) (1)
1773. KRISTINA K QUEST AND MICHAEL C QUEST (WI) (1)
1774. KRISTINA QUINONES AND CONSTANCE KEHLE (CA) (1)
1775. KRISTOFFERSON BLAIN  AND LACEY BLAIN (OK) (1)
1776. KRISTOPHER KNUTSON (WI) (2)
1777. KURT CUNDIFF (OR) (1)
1778. KURT E BERNARDE (WI) (1)
1779. KURTIS J MELIN (SC) (1)
1780. KYLE COPELAND (GA) (1)
1781. KYLE GRIFFEY (AZ) (1)
1782. KYLE LESLIE HILL (IL) (1)
1783. KYLE ROESLER (TX) (1)
1784. KYLE W DREAS (CO) (1)
1785. KYLE W UNDERHILL (NC) (1)
1786. L B TRULOVE (TX) (1)
1787. LANCE A MEJIA (CA) (1)
1788. LANCE MEIER (ND) (1)
1789. LANCE POPWELL (LA) (1)
1790. LANDIN LONGTIN (TX) (1)
1791. LANNIE H ALLMARAS (WA) (1)
1792. LARIS PEZZULICH (TX) (1)
1793. LARRY A POWLES (TX) (1)
1794. LARRY BROWN (MO) (1)
1795. LARRY C DAVENPORT (TX) (1)
1796. LARRY C MAXA (ID) (1)
1797. LARRY COWART  AND CAROL COWART (NC) (1)
1798. LARRY D GARRISON (IN) (1)
1799. LARRY DYGERT (OH) (1)
1800. LARRY E HEETER  AND HAZEL A HEETER (PA) (1)

**OPT-OUT LIST**

**CLASS MEMBER NAME (STATE) (# OF VINS)**

1801. LARRY FLOW  AND MARY ELLEN OSMENT FLOW (TX) (1)
1802. LARRY G JOHNSON (LA) (1)
1803. LARRY GEORGE (NC) (1)
1804. LARRY LUV MCDONOUGH (GA) (1)
1805. LARRY NORALS (CO) (1)
1806. LARRY PERRY (TX) (1)
1807. LARRY SALITERMAN (CO) (1)
1808. LARRY SAVVAS  AND SARANTIS SAVVAS (TX) (1)
1809. LARRY T BARNETT (TX) (1)
1810. LARRY W LOLLEY AND JANET LOLLEY (OR) (1)
1811. LARRY WARD  AND ANITA WARD (TX) (1)
1812. LARRY WILHELM  AND DAINA WILHELM (AR) (1)
1813. LAURA A MICHAEL (GA) (1)
1814. LAURA MORGAN (NC) (1)
1815. LAUREN BREHM (TX) (1)
1816. LAUREN WALSER (TX) (1)
1817. LAURENCE CARROLL (MT) (1)
1818. LAVERN E GEESA (NV) (1)
1819. LAVERNE BRACE (NY) (1)
1820. LAVERNE FRIESEN (CO) (1)
1821. LAVIUS J TAYLOR (TX) (1)
1822. LAWRENCE DOUGLAS SWONGER  AND SUSAN L SWONGER (KS) (1)
1823. LAWRENCE J GRABOWSKI (PA) (1)
1824. LAWRENCE PRESTO (CA) (1)
1825. LAWRENCE T CARMONA (FL) (1)
1826. LAYNE ASHLEY BROWN  AND JESSE BROWN (FL) (1)
1827. LEA TIBBS  AND JOSH TIBBS (AZ) (1)
1828. LEAH KURTTILA (MT) (1)
1829. LEANETTE COX (TX) (1)
1830. LEE A PHILLEY  AND CHERYL A PHILLEY (CA) (1)
1831. LEE STEDJE (TX) (1)

1832. LELAND FREEMAN (TX) (1)
1833. LENA M TREVINO AND HOMERO TREVINO JR (TX) (1)
1834. LEO C KARNOWSKI (OR) (1)
1835. LEONARD I CASEY (TX) (1)
1836. LEONIDAS L CLEGG (TX) (1)
1837. LEROY MENDOZA (TX) (1)
1838. LEROY R BENGTSON  AND SHALADA M BENGTSON (MT) (1)
1839. LESLIE E HALL (VA) (1)
1840. LESLIE E LANDRY  AND PATRICIA S LANDRY (ID) (1)
1841. LESLIE EARLE STUBBS (LA) (1)
1842. LESLIE J PRESTON (CO) (1)
1843. LESLIE SUMMERFORD  AND ANNETTE SUMMERFORD (FL) (1)
1844. LESLIE SWARTZ (NE) (2)
1845. LESLIE TABOR  AND MARY BURKETT (TX) (1)
1846. LESTER NOA AND SHANNON NOA (CA) (1)
1847. LEV COOPER (ND) (1)
1848. LEVENT ALTUNOVA (MT) (1)
1849. LEWIS DENTON (MT) (1)
1850. LEWIS E OATES JR (NC) (1)
1851. LEYA M BELL  AND KENNETH G BELL (MO) (1)
1852. LI GAO (TX) (1)
1853. LINDA BILLIOT  AND MYRON BILLIOT (LA) (1)
1854. LINDA FIELDS (TX) (1)
1855. LINDA LAWRENCE (CA) (1)
1856. LINDA VARGAS (VA) (1)
1857. LINDSEY SMITH (AR) (1)
1858. LIONEL ALBERT SHAW (CA) (1)
1859. LISA G ROMERO  AND LOUIE V ROMERO (NM) (1)
1860. LISA LISTA (CA) (1)
1861. LISA ZALAR (NY) (1)
1862. LISANDRO SANTANA (CA) (1)
1863. LLEWELLYN MORRIS (TX) (1)
1864. LLOYD HOWARD (OK) (1)

1865. LLOYD WAYNE ELLER (TX) (1)
1866. LOCHLAND JEFFRIES (IL) (1)
1867. LOGAN BRILEY (LA) (1)
1868. LOIS CLARK  AND JAMES A CLARK (WI) (1)
1869. LONNIE ASHTON (CA) (1)
1870. LONNIE BAKER (TX) (1)
1871. LONNIE D BARBER JR (TX) (1)
1872. LONNIE HICKEY (TX) (1)
1873. LONNIE HICKEY AND JAY HICKEY (TX) (1)
1874. LORELL HURLEY (MA) (1)
1875. LOREN A HEIDEMAN (OR) (1)
1876. LOREN K NYE (PA) (1)
1877. LOREN KOOL (TX) (1)
1878. LORI ANNE FOX AND STACEY DANIEL FOX (AZ) (1)
1879. LORI SNEDDEN  AND WILLIAM SNEDDEN (TX) (1)
1880. LORIE NEAL (TX) (1)
1881. LORNE HOWK (OK) (1)
1882. LOUIS BARBATO (NY) (1)
1883. LOUIS J MILLER (TX) (1)
1884. LOUIS RICARDO CRUZ (TX) (1)
1885. LOWELL LINDEMANN (IA) (1)
1886. LUCAS LOPEZ  AND ROSA LOPEZ (TX) (1)
1887. LUCIA PADILLA (TX) (1)
1888. LUCKY EASLEY  AND BRENDA EASLEY (KY) (1)
1889. LUCY TOLER (TX) (1)
1890. LUIS LOZANO (TX) (1)
1891. LUIS M OLMOS  AND LETICIA M OLMOS (CA) (1)
1892. LUIS ROACHO (TX) (1)
1893. LUIS S MONTOYA (TX) (1)
1894. LUKE P LEFIELL (CA) (1)
1895. LUTHER CLAY HUBBARD (TX) (1)
1896. LYNN WALKER (TX) (1)
1897. MACARIO RAMIREZ JR (TX) (1)
1898. MACE MCVAY (OR) (1)
1899. MACK MCGILVRAY (CA) (1)

## OPT-OUT LIST
### CLASS MEMBER NAME (STATE) (# OF VINS)

1900. MACK W. NOWLIN  AND DEBRA A NOWLIN (KS) (1)
1901. MACKY MCWHIRTER (TX) (1)
1902. MADI LEE  AND MARK LEE (IN) (1)
1903. MAGGIE G PHIPPS (TX) (1)
1904. MALGORZATA SOBILO (MI) (1)
1905. MANUEL CUELLAR (TX) (1)
1906. MANUEL D CRUZ  AND GILBERTO N MENDONZA (VA) (1)
1907. MANUEL LOPEZ GARCIA (TX) (1)
1908. MANUEL MAGALLANES (TX) (1)
1909. MANUEL PARDO (FL) (1)
1910. MANUEL RODRIGUEZ AND CYNTHIA B RODRIGUEZ (CA) (1)
1911. MARC DAQUILLA  AND MELODYE ELDEEN (NY) (1)
1912. MARC E HOPTON (OH) (1)
1913. MARC MUNCY  AND HANNAH MUNCY (KY) (1)
1914. MARC WALKDEN (TX) (1)
1915. MARCOS J REYNA (TX) (1)
1916. MARCUS AARON HEMSLEY (MD) (1)
1917. MARCUS B GALINDO AND EMILY GALINDO (CO) (1)
1918. MARCUS M KRUSE (MI) (1)
1919. MARCUS SPENCER  AND KYMBERLI SPENCER (CO) (1)
1920. MARCY VALLECILLO (KS) (1)
1921. MARGARET WHITE (TX) (1)
1922. MARGARITO JOSE PUELTE (TX) (1)
1923. MARIA KUCHAREK (NY) (1)
1924. MARIA LUNA (CA) (1)
1925. MARIANO TRINIDAD (CA) (1)
1926. MARIE ROBBINS AND VERL ROBBINS (UT) (1)
1927. MARIO ARREDONDO (TX) (1)
1928. MARIO D TOLIVER (WI) (1)
1929. MARIO MALTEZ JR (TX) (1)

1930. MARION LATHEM (TX) (1)
1931. MARJORIE JOANN TOLER AND JOSHUA A TOLER (VA) (1)
1932. MARK AKINS (TX) (1)
1933. MARK ALLEN HARBAUGH (OH) (1)
1934. MARK ARMSTRONG (CA) (1)
1935. MARK BARROWS (FL) (1)
1936. MARK C LANGSTON (GA) (1)
1937. MARK D POLSKY (FL) (1)
1938. MARK D TUCKER (TX) (1)
1939. MARK D WILKEY (CA) (1)
1940. MARK DEEMY (AZ) (1)
1941. MARK DUANE SEGHETTI (OR) (1)
1942. MARK E BRENNAN (CO) (1)
1943. MARK E HARRELL (FL) (1)
1944. MARK E SCHULTZ (PA) (1)
1945. MARK EDWARD LACY (TX) (1)
1946. MARK FELD  AND CAROL ANN FELD (IA) (1)
1947. MARK H CRAVENS  AND TINA M CRAVENS (IL) (1)
1948. MARK HARMON (TX) (1)
1949. MARK HATHAWAY (MT) (1)
1950. MARK JUDE  AND BERTHA JUDE (KY) (1)
1951. MARK K FRANEY (CA) (1)
1952. MARK KINDER  AND LUCRETTA KINDER (MO) (1)
1953. MARK KING (FL) (1)
1954. MARK KRONK AND ANGELA KRONK (MO) (1)
1955. MARK L MCVANE  AND JOEY LEA MCVANE (WA) (1)
1956. MARK LEE (IN) (1)
1957. MARK MADDEN (TX) (1)
1958. MARK MCCLINTOCK (TX) (1)
1959. MARK MCWHORTER (TX) (1)
1960. MARK NORTON (TX) (1)
1961. MARK ROWE (WA) (1)
1962. MARK S BLACKBURN (TX) (1)
1963. MARK SCHUMAKER (TN) (1)
1964. MARK SCOTT (TX) (1)

1965. MARK SPAUGH (TX) (1)
1966. MARK VILLINES (OK) (1)
1967. MARK WARREN (MO) (1)
1968. MARK WISE (TX) (1)
1969. MARKO SEGET (OH) (1)
1970. MARLOW LEE HERNANDEZ AND CHRISTY HERNANDEZ (TX) (1)
1971. MARSHALL W WATERS (NC) (1)
1972. MARTHA MAROON  AND VALLEE MAROON (TX) (1)
1973. MARTIN HERBST (TX) (1)
1974. MARTIN L WARD (IL) (1)
1975. MARTIN MANNION (FL) (1)
1976. MARTIN ZUEGER (PA) (1)
1977. MARVIN K DOVEL  (IL) (1)
1978. MARVIN SMITH (IA) (1)
1979. MARY A MAKI  AND WILLIAM J MAKI (WI) (1)
1980. MARY ANN CAMP (NC) (1)
1981. MARY BLACK (UT) (1)
1982. MARY E JONES (IL) (1)
1983. MARY ELLEN MCMANUS (TX) (1)
1984. MARY HOWELL (TX) (1)
1985. MARY L BRANCH  AND BRIAN K BRANCH (OK) (1)
1986. MARY RUMBAUGH (CO) (1)
1987. MATHEW J SMERBER (CA) (1)
1988. MATHEW LAWTON (RI) (1)
1989. MATHEW STRASSBURG (CO) (1)
1990. MATHEW SWANSON (GA) (1)
1991. MATT GLESER (TX) (1)
1992. MATT MCDONALD/MCDONALD FINANCIAL (MI) (1)
1993. MATT PETERS (KS) (1)
1994. MATT SHIVERS AND SHERRI L SHIVERS (FL) (1)
1995. MATTHEW A DONATO (NJ) (1)
1996. MATTHEW BRADY (MO) (1)
1997. MATTHEW COLE (AL) (1)

## OPT-OUT LIST

### CLASS MEMBER NAME (STATE) (# OF VINS)

1998. MATTHEW DONSER (NC) (1)
1999. MATTHEW G HERSEY (GA) (1)
2000. MATTHEW HOSER (NJ) (1)
2001. MATTHEW J SHAW (UT) (1)
2002. MATTHEW LEE CAMPBELL (CO) (1)
2003. MATTHEW LITTERELL  AND KIMBERLY LITTERELL (OK) (1)
2004. MATTHEW LUCKETT (FL) (1)
2005. MATTHEW REESE (TX) (1)
2006. MATTHEW ROLL (NC) (1)
2007. MATTHEW S ROBERTSON (VA) (1)
2008. MATTHEW SAMOJEDNY  AND JAMES SAMOJEDNY (IL) (1)
2009. MATTHEW SARGENT  AND ELLEN M SARGENT (TX) (1)
2010. MATTHEW T NICKISON (FL) (1)
2011. MATTHEW THOMAS DEAN (WA) (1)
2012. MATTHEW THOMAS DRYDEN (NC) (1)
2013. MATTHEW TRAINOR (FL) (1)
2014. MATTHEW WINFIELD DEAVERS JR (SC) (1)
2015. MAURICE JOHNSON (GA) (1)
2016. MAX SNYDER (CA) (1)
2017. MEGAN GRISSOM (TX) (1)
2018. MELISSA K OBERLANDER (OH) (1)
2019. MELISSA KNOLL (FL) (1)
2020. MELISSA WALLACE (TX) (1)
2021. MELTON BILLS (TX) (1)
2022. MELVIN BENDER  AND JEFFERY BENDER (WI) (1)
2023. MERLE GAMBRILL (OH) (1)
2024. MERRILL NEWKIRK (CA) (1)
2025. MICHAEL A FERNANDEZ (FL) (1)
2026. MICHAEL A LARIOS (NV) (1)
2027. MICHAEL A PENNY (TX) (1)
2028. MICHAEL A SANDERS  AND EKATERINA SANDERS (IL) (1)

2029. MICHAEL A SCOTT (GA) (1)
2030. MICHAEL B COLLIGON (VA) (1)
2031. MICHAEL BARTON BATMAN (IA) (1)
2032. MICHAEL BLIZINSKI (NY) (1)
2033. MICHAEL BURKE (TX) (1)
2034. MICHAEL C WRIGHT (MI) (1)
2035. MICHAEL CARLIN (NY) (1)
2036. MICHAEL CERVONE (CT) (1)
2037. MICHAEL CHANDLER (OK) (1)
2038. MICHAEL D CRISP (IN) (1)
2039. MICHAEL D EILERT (KS) (1)
2040. MICHAEL D GEBEKE  AND CHRISTINE A GEBEKE (AL) (1)
2041. MICHAEL DAMIANIDIS (CA) (1)
2042. MICHAEL DANIELSON (TX) (1)
2043. MICHAEL DAVID ROBERTS (TX) (1)
2044. MICHAEL DIVONA (FL) (1)
2045. MICHAEL DOHERTY MD  AND LUCIA E DOHERTY (NH) (1)
2046. MICHAEL DONAWERTH  AND TAMMY J DONAWERTH (IN) (1)
2047. MICHAEL E NEWMAN (TX) (1)
2048. MICHAEL F FINLEY  AND JANICE FINLEY (TX) (1)
2049. MICHAEL FAIRCHILD (CA) (1)
2050. MICHAEL FRANKLIN (VA) (1)
2051. MICHAEL GALE ROSS (IA) (1)
2052. MICHAEL GIDES (CO) (1)
2053. MICHAEL GROCHOWSKI (FL) (1)
2054. MICHAEL GUNDERSON (MT) (1)
2055. MICHAEL H  VAUGHNN (IN) (1)
2056. MICHAEL H CHACE  AND NANEEN CHACE-ORTIZ (ME) (1)
2057. MICHAEL HONE (CA) (1)
2058. MICHAEL HOYT FELTON (ID) (1)
2059. MICHAEL J BRANCO (MA) (1)

2060. MICHAEL J BUTZEN (IL) (1)
2061. MICHAEL J KOLSCH (NV) (1)
2062. MICHAEL JAMES WOLBERT (ND) (1)
2063. MICHAEL JANSSEN (MO) (1)
2064. MICHAEL JEROME DILLEY (IA) (1)
2065. MICHAEL JOHNSON (CA) (1)
2066. MICHAEL KASTEN (WI) (1)
2067. MICHAEL KEVIN CREW (AL) (1)
2068. MICHAEL L BOALES (AZ) (1)
2069. MICHAEL L BURKHART (TX) (1)
2070. MICHAEL L GOFF (WV) (1)
2071. MICHAEL L SHERFEY (VA) (1)
2072. MICHAEL MARINELLI (NY) (1)
2073. MICHAEL MAVROMATIS (LA) (1)
2074. MICHAEL MCCUALL (TX) (1)
2075. MICHAEL MCFARLAND (TX) (1)
2076. MICHAEL MELLO (CA) (1)
2077. MICHAEL MILLER (MI) (1)
2078. MICHAEL MILLER  AND GAYLA MILLER (TX) (1)
2079. MICHAEL MORELAND (PA) (1)
2080. MICHAEL NAHNSEN (SD) (1)
2081. MICHAEL P TURNER (TX) (1)
2082. MICHAEL P ZOMBERG (DE) (1)
2083. MICHAEL POOLE (CO) (1)
2084. MICHAEL POTTS  AND CHRISTINA POTTS (TX) (1)
2085. MICHAEL QUEEN (WV) (1)
2086. MICHAEL R DIETSCHLER AND ROBIN M DIETSCHLER (NY) (1)
2087. MICHAEL R HARPOLE  AND BILLIE JO HARPOLE (ID) (1)
2088. MICHAEL R JOHNSON (KY) (1)
2089. MICHAEL R REED (TX) (1)
2090. MICHAEL REUTTER (NY) (1)
2091. MICHAEL RUCKER (WY) (1)
2092. MICHAEL S KUHRT (NJ) (1)

## OPT-OUT LIST

### CLASS MEMBER NAME (STATE) (# OF VINS)

2093. MICHAEL SCHMELZER AND DEANNA SCHMELZER (WI) (1)
2094. MICHAEL SHERMAN  AND DAISIE SHERMAN (TX) (1)
2095. MICHAEL SNEED (AL) (1)
2096. MICHAEL STEVENS (SD) (1)
2097. MICHAEL T PAUL (NM) (1)
2098. MICHAEL THOMAS (IL) (1)
2099. MICHAEL TRUJILLO  AND DANIELLE TRUJILLO (NM) (1)
2100. MICHAEL VALLERGA AND ANGELA VALLERGA (CA) (1)
2101. MICHAEL VERGIL (NE) (1)
2102. MICHAEL W BALZHISER (NY) (1)
2103. MICHAEL W BAXTER  AND ALMA R SCHERCK (WI) (1)
2104. MICHAEL W BILICKI (OH) (1)
2105. MICHAEL W HOFFMAN (CO) (1)
2106. MICHAEL W HOLLAND  AND JUDY C HOLLAND (TX) (1)
2107. MICHAEL W MILICH (TX) (1)
2108. MICHAEL W NOLAND AND RHONDA NOLAND (CA) (1)
2109. MICHAEL WAHL (PA) (1)
2110. MICHAEL WORZELLA (WI) (1)
2111. MICHAEL YOUNG (TX) (1)
2112. MICHAEL ZERBE (MI) (1)
2113. MICHAH HILL (AL) (1)
2114. MICHEAS VANNES (FL) (1)
2115. MICHELE A LEE  AND DALTON YORK (TX) (1)
2116. MICHELE CARRANO (AZ) (1)
2117. MICHELE DAVIS (OK) (1)
2118. MICHELLE LABADIE (MI) (1)
2119. MICHELLE LASITER  AND CHRISTOPHER LASITER (KS) (1)
2120. MICHELLE ROCHA (CA) (1)
2121. MIGUEL A PERALTA SERRANO AND HILDA R PERALTA (CA) (1)
2122. MIGUEL ANGEL CASTILLO (CA) (1)
2123. MIKE GLASS (TX) (1)

2124. MIKE KARPOWITZ (ID) (1)
2125. MIKE KOLSCH (NV) (1)
2126. MIKE LITHGOW  AND JENISE K LITHGOW (MT) (1)
2127. MIKE MCCUTCHEN (TX) (1)
2128. MIKE MONTEITH  AND CATHERINE R MONTEITH (MT) (1)
2129. MIKE MORRISON (OH) (1)
2130. MIKE RUMNEY (WV) (1)
2131. MIKE S SMITH  AND DONNA M SMITH (CA) (1)
2132. MIKLOS G TOTH III  AND ROSEANNA M TOTH (NV) (1)
2133. MILADYS D NARANJO  AND ANNIEL O NARANJO (FL) (1)
2134. MILBURN MARKLE (CO) (1)
2135. MILDRED BOTTLINGER AND SHARON SELLERS (TX) (1)
2136. MILDRED FITTS (AL) (1)
2137. MILES C MUELLER (TX) (1)
2138. MIROSLAV KRECEK (FL) (1)
2139. MITCHELL ROBERT WELLNITZ (WI) (1)
2140. MONICA BRADFORD (TX) (1)
2141. MONICA LUNA (CA) (1)
2142. MONNINE PARNITZKE (WI) (1)
2143. MONTE P OBERLEE  AND DEVERA J OBERLEE (FL) (1)
2144. MONTY S CLEMMER (TX) (1)
2145. MURRY A LOGEAIS (OR) (1)
2146. MYRON MCNICKLES (MA) (1)
2147. MYSHELLE LOOSEMORE (TX) (1)
2148. N LEE MICHAELS  AND PHYLLIS SAXON (MT) (1)
2149. NADIA MCGARRY (NY) (1)
2150. NAIJEAN BERNARD-ONWERE (TX) (1)
2151. NANCY L FLINT (IN) (1)
2152. NAOMI BROUSSARD (LA) (1)
2153. NATALIE YSKER (MN) (1)
2154. NATHAN ANDREWS AND TRACEY ANDREWS (KS) (1)

2155. NATHAN BAISLEY (FL) (1)
2156. NATHAN DAKOTA HALE (TN) (1)
2157. NATHAN DAWSON (AZ) (1)
2158. NATHAN GROOM (GA) (1)
2159. NATHAN MORGAN (FL) (1)
2160. NATHAN POPE (TX) (1)
2161. NATHAN STRAHINIC  AND STACEY GRAFMEYER (OH) (1)
2162. NATHANIEL E BARRIOS FUENTES (PR) (1)
2163. NATHANIEL MACKAY (MN) (1)
2164. NATHEN H CRITTENDEN  AND RACHEL L CRITTENDEN (MO) (1)
2165. NEAL ARTHUR MASKE (NC) (1)
2166. NEIL DURRANT (ID) (1)
2167. NEIL MCLEOD (TX) (1)
2168. NETZAHUALCOYTL ORTEGA (CA) (1)
2169. NICHOLAS A JONES (VA) (1)
2170. NICHOLAS BAGLIO (NY) (1)
2171. NICHOLAS BAME  AND TARYN BAME (GA) (1)
2172. NICHOLAS HESS (IN) (1)
2173. NICHOLAS J COLESANTI (FL) (1)
2174. NICHOLAS J KLEIN (MN) (1)
2175. NICHOLAS MAKER (WINGER INC) (MA) (1)
2176. NICHOLAS PEREIRA (DE) (1)
2177. NICHOLAS R MONTGOMERY (MI) (1)
2178. NICHOLAS SELCHERT (SD) (1)
2179. NICK BUTTERS (UT) (1)
2180. NICK DICOSOLA  AND JANET DICOSOLA (IL) (1)
2181. NICK DIGIOIA (OH) (8)
2182. NICK DROLC (SD) (1)
2183. NICKY DREXEL HERRINGTON (FL) (1)
2184. NIKI FINCHER  AND CLIFF FINCHER (TX) (1)

**OPT-OUT LIST**

**CLASS MEMBER NAME (STATE) (# OF VINS)**

2185. NOEL E AAMOT (CO) (1)
2186. NOEL ROJERO (TX) (1)
2187. NORMAN THOMASSON  AND TAMARA THOMASSON (OK) (1)
2188. NORRIS G SCHEXNIDER JR (TX) (1)
2189. NOVA M SCHULTZ  AND BRADDOCK R SCHULTZ (WI) (1)
2190. OLGA L JASSO (TX) (1)
2191. OLIVER C HAESKE (TX) (1)
2192. OLLIE LEE BOSCH JR (OK) (1)
2193. ORLAN JAY WALLACE (UT) (1)
2194. ORLANDO COCA (CO) (1)
2195. ORLANDO GUERRERO  AND CHRISTINA E GUERRERO (CO) (1)
2196. ORON TIPTON (OR) (1)
2197. OSCAR MARRUFO (TX) (1)
2198. OSVALDO ROMERO (FL) (1)
2199. PABLO ARIAS (TX) (1)
2200. PABLO CHAGALA TOTO (IL) (1)
2201. PABLO IVAN MARTINEZ (TX) (1)
2202. PAMALA MOOR (MO) (1)
2203. PAMELA C DUNN  AND PENNY L DUNN (NC) (1)
2204. PAMELA TOWNSEND-MUJICA AND FABIAN F MUJICA (NY) (1)
2205. PAT BREITBACH (MT) (1)
2206. PATRICIA HURT (CA) (1)
2207. PATRICIA NEVES (CT) (1)
2208. PATRICIA PRATKA (TX) (1)
2209. PATRICIA ROBERTSON (MS) (1)
2210. PATRICIA UPDEGRAFF  AND DEWEY UPDEGRAFF (TX) (1)
2211. PATRICK ARNOLD (TX) (1)
2212. PATRICK CARROLL (CA) (1)
2213. PATRICK D VIRGIN (CA) (1)
2214. PATRICK ENOCHS (PA) (1)
2215. PATRICK FOLEY (NY) (1)
2216. PATRICK G KONS  AND JILL KONS (MT) (1)
2217. PATRICK KLETTER (OH) (1)

2218. PATRICK L HAIR  AND ANGELICA HAIR (SC) (1)
2219. PATRICK MCCRAW  AND LAUREN MCCRAW (TX) (1)
2220. PATRICK MICHAEL DIGGIN (SC) (1)
2221. PATRICK PADDOCK (TX) (1)
2222. PATRICK PURSEL (AR) (1)
2223. PATRICK S CAHILL (FL) (1)
2224. PATRICK SMART (MT) (1)
2225. PATSY ANDERSON AND ROY A ANDERSON (TX) (1)
2226. PAUL A MCCABE  AND JANET K MCCABE (MT) (1)
2227. PAUL ALLEN CLAPP (IA) (1)
2228. PAUL BECK (CA) (1)
2229. PAUL COTTER (OK) (1)
2230. PAUL D LOCKARD AND JENNIFER LOCKARD (OH) (1)
2231. PAUL D'ANGELO (CA) (1)
2232. PAUL ISAACSON (CA) (1)
2233. PAUL J GAMBRILL (OH) (1)
2234. PAUL J SALVATO (NY) (1)
2235. PAUL JEFFERSON RAHAMAN (NY) (1)
2236. PAUL M WAGES (GA) (1)
2237. PAUL MYERS (MI) (1)
2238. PAUL NETTLETON (TX) (1)
2239. PAUL PLAYFAIR (TX) (1)
2240. PAUL R WILLIAMS (MO) (1)
2241. PAUL STRAHS (CA) (1)
2242. PAUL T KEARNEY  AND KERRY M KEARNEY (WA) (1)
2243. PAUL T KUNDRICK (TN) (1)
2244. PAUL W MESSNER JR (MI) (1)
2245. PAUL WALSH (NC) (1)
2246. PAUL WESTPHAL (TX) (1)
2247. PAUL WILSON  AND MITCHELL WILSON (KS) (1)
2248. PAULA J STRAYER  AND BRIAN D STRAYER (PA) (1)
2249. PAULA J WHEELER  AND GARY WHEELER (FL) (1)
2250. PEDRO MARTINEZ III (TX) (1)

2251. PEDRO RICHMAGUI (KY) (1)
2252. PEGGIE SULLIVAN AND CHRISTOPHER SULLIVAN (FL) (1)
2253. PEGGY A BOLERATZ (TX) (1)
2254. PENG XING (TX) (1)
2255. PENNY J PETERSON  AND RANDALL E PETERSON (IL) (1)
2256. PERRY SELLICK (CA) (1)
2257. PETE J SANTIKNOS (TX) (1)
2258. PETER AMMIRATI (NY) (1)
2259. PETER B POULSEN (IL) (1)
2260. PETER BLAIN  AND DEBRA BLAIR (TX) (1)
2261. PETER CACOPERDO (FL) (2)
2262. PETER CALI (MA) (1)
2263. PETER D TERIELE  AND MALISSA TERIELE (CA) (1)
2264. PETER HUCKSTEP (NY) (1)
2265. PETER J MAUK  AND DENISE MCKINNEY (FL) (1)
2266. PETER J VIGUE AND PETER V VIGUE (MT) (1)
2267. PETER J VILLAFANA (FL) (1)
2268. PETER MENET  AND LUELLA DOLLEY-MONET (WI) (1)
2269. PETER NAVARRETTE  AND JENNIFER NAVARRETTE (TX) (1)
2270. PETER POMPA (NY) (1)
2271. PETER S NICHOLS (CO) (1)
2272. PETER VON HOPFFGARTEN (TN) (1)
2273. PHIL SCHMIDT (CA) (1)
2274. PHILIP J BARKER (NY) (1)
2275. PHILIP J MULLIN (FL) (1)
2276. PHILIP PHILLIPS (CA) (1)
2277. PHILIP VIPOND (TX) (1)
2278. PHILLIP GEORGE HENDERSON (FL) (1)
2279. PHILLIP L KECK AND KATHY KECK (FL) (1)
2280. PHILLIP LANGER (TX) (1)
2281. PHILLIP LEWIS AND CAROL LEWIS (NC) (1)

## OPT-OUT LIST
### CLASS MEMBER NAME (STATE) (# OF VINS)

2282. PHILLIP MICHAEL KALLAL (CA) (1)
2283. PHILLIP PIKE (NM) (1)
2284. PHILLIP TAYLOR (TX) (1)
2285. PHILLIP VAUGHT  AND DANIEL VAUGHT (TX) (1)
2286. PHOENIX ERIN MCPEEK (SC) (1)
2287. PHYLLIS SAXON  AND N LEE MICHAELS (MT) (1)
2288. PORTER T HODGES  AND DEBRA HODGES (TX) (1)
2289. PRECISION MASONRY BY MICHAEL KEENAN (NM) (2)
2290. PRESTON NOTT  AND PAULA NOTT (AZ) (1)
2291. PRISCILLA SOTELO (TX) (1)
2292. QUENTIN E BIGHON  AND MARILYN I BIGHON (GA) (1)
2293. QUENTIN MIMS  AND SUSAN MIMS (TX) (1)
2294. QUINN BRELAND (AL) (1)
2295. R F DOTY (CA) (1)
2296. R N FAVORS  AND PAULA D FAVORS (TX) (1)
2297. R PAUL WIENER (UT) (1)
2298. RAFAEL BENAVIDES (TX) (1)
2299. RAINER H CLEWIS (TX) (1)
2300. RALPH BOBALL JR  AND RITA M BOBALL (ME) (1)
2301. RALPH C JOHNSON (FL) (1)
2302. RALPH CROSS  AND HOLLY CROSS (CO) (1)
2303. RALPH D LEISMER JR  AND DENISE R LEISMER (TX) (1)
2304. RALPH E COERS (WA) (1)
2305. RALPH LANDI (NY) (1)
2306. RALPH LORTIE (CA) (1)
2307. RALPH NASON (ME) (1)
2308. RALPH OSCAR BALL AND KARIN E BALL (TX) (1)
2309. RAMIRO JIMENEZ AND BRANDY JIMENEZ (CA) (1)

2310. RAND E WADDINGHAM (TX) (1)
2311. RANDAL G SMITH  AND VIRGINIA HENDRICKS SMITH (NV) (1)
2312. RANDAL L ZWART  AND SHELLY R ZWART (MN) (1)
2313. RANDALL CALDWELL (TX) (1)
2314. RANDALL E COPELAND  AND MELISSA W COPELAND (AL) (1)
2315. RANDALL S MOODY (TX) (1)
2316. RANDALL SMITH (WI) (1)
2317. RANDALL STEPHENS (AL) (1)
2318. RANDALL STEWART HOLDAWAY (FL) (1)
2319. RANDALL WESTMORELAND AND MELISSA WESTMORELAND (GA) (1)
2320. RANDY BELFLOWER AND TERRI BELFLOWER (CA) (2)
2321. RANDY BOBO (IN) (1)
2322. RANDY DORRELL (TX) (1)
2323. RANDY HAMMOND AND ERIN HAMMOND (CA) (1)
2324. RANDY HENDERSON (AZ) (1)
2325. RANDY J FINN (IL) (1)
2326. RANDY JOHNSON (FL) (1)
2327. RANDY NORTON  AND CYNTHIA NORTON (OR) (1)
2328. RANDY R STURZENBECHER (SD) (1)
2329. RANDY T CRAWFORD (NY) (1)
2330. RAUL ALEXIS SOLER FUENTES (FL) (1)
2331. RAUL FERNANDEZ (CA) (1)
2332. RAUNIEL RIVERA  GONZALEZ (PR) (1)
2333. RAVEN DUNCAN  AND NICHOLIS DUNCAN (CA) (1)
2334. RAVEN DUNCAN AND NICHOLIS DUNCAN (CA) (1)
2335. RAY BACH (TX) (1)
2336. RAY FALK (NY) (2)
2337. RAY MYLLYLA (CA) (1)

2338. RAY REYNOLDS (VA) (1)
2339. RAYDER BENNETT (MO) (1)
2340. RAYMOND E CRANE (CA) (1)
2341. RAYMOND E WHITE JR (FL) (1)
2342. RAYMOND L WHITE  AND DENA L WHITE (KS) (1)
2343. RAYMOND LEWIS (TX) (1)
2344. RAYMOND LI (VA) (1)
2345. RAYMOND MARK HANSEN AND RICA R HANSEN (ID) (1)
2346. RAYMOND RUSSELL (OK) (1)
2347. RAYMOND W CROISETIERE (WY) (1)
2348. RD WOODEN (NV) (1)
2349. REBECCA FRASE-GONZALEZ (CA) (1)
2350. REBECCA J COBURN (NE) (1)
2351. REBECCA JEAN RICHARDSON (MI) (1)
2352. REBECCA M BRACE (FL) (1)
2353. REGINA P SANCHEZ AND EMMANUEL RODRIGUEZ (TX) (1)
2354. REGINALD K HAWK (GA) (1)
2355. REGINALD L BOGGS  AND DEBORAH C BOGGS (VA) (1)
2356. REGINALDO S MEDEIROS (NY) (1)
2357. REJEAN FECTEAU (FL) (1)
2358. RENE AYALA (TX) (1)
2359. RENE C MORENO (TX) (1)
2360. RENE E FLIPPEN  AND JIMMY D FLIPPEN (OK) (1)
2361. RENE FONSECA (VA) (1)
2362. RENEE MATTUSKI (CO) (1)
2363. RENEE T SMITH AND BRUCE SMITH (TX) (1)
2364. REX HALE (OK) (1)
2365. REYNALDO SIAS JR (TX) (1)
2366. RHETT W NICHOLSON  AND SHELLEY A NICHOLSON (TX) (1)
2367. RHIANNON BOLLIS  AND JOSEPH BOLLIS (TX) (1)

## OPT-OUT LIST
### CLASS MEMBER NAME (STATE) (# OF VINS)

2368. RHONDA DOTY NANCE (TX) (1)

2369. RICARDO C CALLA  AND MICHELLE CALLA (PA) (1)

2370. RICARDO SOTO (TX) (1)

2371. RICARDO VILLARREAL (TX) (1)

2372. RICHARD A BERGE (TX) (1)

2373. RICHARD A GANGE (WA) (1)

2374. RICHARD A MESSER JR  AND DOLORES J MESSER (ME) (1)

2375. RICHARD A SMITH (KY) (1)

2376. RICHARD B KERZEE (TX) (1)

2377. RICHARD B MILLER JR (CT) (1)

2378. RICHARD BLADL  AND SUSANNA BLADL (WA) (1)

2379. RICHARD BLODGETT (FL) (1)

2380. RICHARD BRADLEY (TN) (1)

2381. RICHARD C WILLIAMS (FL) (1)

2382. RICHARD CARR  AND DEBORAH CARR (GA) (1)

2383. RICHARD D CARR (FL) (1)

2384. RICHARD D HOCOTT  AND CAROLYN HOCOTT (IN) (1)

2385. RICHARD E AVERY (IA) (1)

2386. RICHARD E MIMS JR (TX) (1)

2387. RICHARD E TOMLISON (OH) (1)

2388. RICHARD EARL TYLER  AND MARGARET HADASH TYLER (TX) (1)

2389. RICHARD GALIETTI (FL) (1)

2390. RICHARD GARCIA (TX) (1)

2391. RICHARD H MCCOY  AND SHEILA MCCOY (TX) (1)

2392. RICHARD HOLBACH (TX) (1)

2393. RICHARD HUFF  AND CAROL HUFF (ID) (1)

2394. RICHARD J WENZEL  AND JUDITH L WENZEL (CO) (1)

2395. RICHARD K DRAKER (TX) (1)

2396. RICHARD K STEVENS II (FL) (1)

2397. RICHARD KEITH ROBISON AND JEANETTE ROBINSON (CA) (1)

2398. RICHARD LEE CORRIEA (CA) (1)

2399. RICHARD LEVINTON/RDMM INC (TX) (1)

2400. RICHARD LINDO  AND NICHOLA LINDO (FL) (1)

2401. RICHARD M DUSHION  AND NANCY E DUSHION (TX) (1)

2402. RICHARD MORROW  AND BETTY MORROW (AL) (1)

2403. RICHARD N WATTERS III (MI) (1)

2404. RICHARD OSORIA (TX) (1)

2405. RICHARD PAYNE  AND NANCY A PAYNE (FL) (1)

2406. RICHARD RANDOLPH (LA) (1)

2407. RICHARD RAUSCH (IA) (1)

2408. RICHARD ROBINSON (TX) (1)

2409. RICHARD ROWE (NV) (1)

2410. RICHARD STILLWELL (NC) (1)

2411. RICHARD TYLER GREEN  AND SHELLY GREEN (OK) (1)

2412. RICK BUNCH (NV) (1)

2413. RICK DESOTO (CA) (1)

2414. RICK DEWEESE AND MELISSA DEWEESE (CA) (1)

2415. RICK NASH (WA) (1)

2416. RICK STONE (WY) (1)

2417. RICKEY PITTMAN (OK) (1)

2418. RICKEY R FIELDS (TX) (1)

2419. RICKY A JENSEN (CA) (1)

2420. RICKY D AYERS (TX) (1)

2421. RICKY HAYS (LA) (1)

2422. RICKY P POISSON (NY) (1)

2423. RICKY WATSON (TX) (1)

2424. RIGO SANDOVAL (CA) (1)

2425. RINALDA CURRY WILLIAMS AND DONNA JEAN WILLIAMS (TX) (1)

2426. RITA GAINES (TX) (1)

2427. RITA TISCARENO (TX) (1)

2428. ROBB F LEVIN (VA) (1)

2429. ROBERT A ARRONA (TX) (1)

2430. ROBERT A CARNES  AND REENA CARNES (WA) (1)

2431. ROBERT A MCMICHAEL (TX) (1)

2432. ROBERT A WASILCHUK (NV) (1)

2433. ROBERT ACEVEDO  AND GRACIELA ACEVEDO (TX) (1)

2434. ROBERT AESCHLIMAN (NV) (1)

2435. ROBERT ALLAN BENJAMIN (PA) (1)

2436. ROBERT ALPERS DBA ANYTHING AUTOMOTIVE (IN) (1)

2437. ROBERT B LUPER (LA) (1)

2438. ROBERT BALDARRAMA AND MELISSA BALDARRAMA (CA) (1)

2439. ROBERT BANK/ VAIL INFO,INC (CO) (1)

2440. ROBERT BARRAS (TX) (1)

2441. ROBERT BELL (WI) (1)

2442. ROBERT BIKLE AND KELLY BIKLE (CA) (1)

2443. ROBERT BOYD  AND CHERYL BOYD (WV) (1)

2444. ROBERT BRENIZER (CA) (1)

2445. ROBERT BRIGGS (OH) (1)

2446. ROBERT BRINKLEY (MO) (1)

2447. ROBERT C AJEMIAN (NJ) (1)

2448. ROBERT C HICKOX (FL) (1)

2449. ROBERT CAPPS  AND ELIZABETH CAPPS (OK) (1)

2450. ROBERT COOKE (AL) (1)

2451. ROBERT D AUSTERMILLER AND CHERYL AUSTERMILLER (CO) (1)

2452. ROBERT D CASSIDY (MT) (1)

2453. ROBERT D KNAUB  AND DENISE K KNAUB (WY) (1)

2454. ROBERT D NOVAK JR  AND RUTH NOVAK (ID) (1)

2455. ROBERT D PITTMAN (MS) (1)

2456. ROBERT DAKATAH DURANTE (LA) (1)

2457. ROBERT DAVIS (OK) (1)

**OPT-OUT LIST**

**CLASS MEMBER NAME (STATE) (# OF VINS)**

2458. ROBERT DOUCET AND SHAYLA DOUCET (TX) (1)
2459. ROBERT E SOLBRACK AND BRENDA B SOLBRACK (MS) (1)
2460. ROBERT E WILL (TX) (1)
2461. ROBERT E WONDERLY (AR) (1)
2462. ROBERT EARL WESTON JR AND KAY DRY WHELCHEL (TX) (1)
2463. ROBERT ELIE (FL) (1)
2464. ROBERT ERVIN (OK) (1)
2465. ROBERT EUGENE ORDWAY (TX) (1)
2466. ROBERT G EIFFERT SR (ND) (1)
2467. ROBERT G HORVATH (MO) (1)
2468. ROBERT GOAD (TX) (1)
2469. ROBERT GRAAF (MO) (1)
2470. ROBERT GRADY JORDAN (TX) (1)
2471. ROBERT H REUTER (MA) (2)
2472. ROBERT H TARIN (TX) (1)
2473. ROBERT HANCOCK (TX) (1)
2474. ROBERT HEINZMAN (TX) (1)
2475. ROBERT HELLER (TX) (1)
2476. ROBERT HUNT (TX) (1)
2477. ROBERT J ANDERSON (IL) (1)
2478. ROBERT J DOLLARD (MA) (1)
2479. ROBERT J FOBIA JR AND PATTI D FOBIA (PA) (1)
2480. ROBERT J FRIERSON (SC) (1)
2481. ROBERT J PERRON III (MA) (1)
2482. ROBERT J REDMAN AND GINGER S REDMAN (OH) (1)
2483. ROBERT J REICH (MT) (1)
2484. ROBERT J SOUTHERN AND TAMMY SOUTHERN (AL) (1)
2485. ROBERT JOHN THOMAS (AL) (1)
2486. ROBERT K DUGAN (FL) (1)
2487. ROBERT KEVN KISS (NC) (1)
2488. ROBERT KOONTZ AND DARLENE KOONTZ (OH) (1)
2489. ROBERT KROENER (AZ) (1)

2490. ROBERT L BELL (FL) (1)
2491. ROBERT L BONINO AND MERRI A BONINO (CA) (1)
2492. ROBERT L SISSON (NE) (1)
2493. ROBERT LANGMAN AND CINDY JO LANGMAN (WV) (1)
2494. ROBERT LAWRENCE SCHNEIDER (WA) (1)
2495. ROBERT LEE ELLIS AND DEBRA COLLEEN ELLIS (PA) (1)
2496. ROBERT LIONEL AND RACHAEL LIONEL (TX) (1)
2497. ROBERT LLOYD SENTER (TN) (1)
2498. ROBERT LONGBOAT (FL) (1)
2499. ROBERT LOSEE (TX) (1)
2500. ROBERT M MONTGOMERY (KS) (1)
2501. ROBERT MAGALLON AND ELVA MAGALLON (CA) (1)
2502. ROBERT MATHERLY (OR) (1)
2503. ROBERT MCLEOD AND KYLE ATKINSON (TX) (1)
2504. ROBERT MICHAEL VALLIERE (FL) (1)
2505. ROBERT MISKOWITZ (MT) (1)
2506. ROBERT MORRIS (KS) (2)
2507. ROBERT MORRIS, SIERRA HOME SERVICES LLC (UT) (1)
2508. ROBERT N SMITH (VA) (1)
2509. ROBERT P SNYDER III (PA) (1)
2510. ROBERT PECK (NV) (1)
2511. ROBERT PICKERING (TX) (1)
2512. ROBERT PRIJATELJ (IN) (1)
2513. ROBERT PRIVITT AND SARAH PRIVITT (OK) (1)
2514. ROBERT R MAYER (AL) (1)
2515. ROBERT R TAYLOR AND JANEY TAYLOR (LA) (1)
2516. ROBERT R ZIELINSKI (TX) (1)
2517. ROBERT RED-OWL (TX) (1)
2518. ROBERT RISLEY AND CYNTHIA RISLEY (FL) (1)
2519. ROBERT RUTTER (TX) (1)

2520. ROBERT S MCKEE (TX) (1)
2521. ROBERT SCOTT DOBBINS (TX) (1)
2522. ROBERT SIVORI (FL) (1)
2523. ROBERT SMITH (TX) (1)
2524. ROBERT STEPHENS AND LINDA STEPHENS (ID) (1)
2525. ROBERT STOVALL (IL) (1)
2526. ROBERT THAYER (CA) (1)
2527. ROBERT THESER (OK) (1)
2528. ROBERT THOMAS (TX) (1)
2529. ROBERT TILL (OH) (1)
2530. ROBERT W ALLEN JR (FL) (1)
2531. ROBERT W BENICK (TX) (1)
2532. ROBERT W FORD (CT) (1)
2533. ROBERT W JONES AND DARLA R JONES (WY) (1)
2534. ROBERT W TROUDT (OR) (1)
2535. ROBERT YAKIMCHICK AND GERTRUDE YAKIMCHICK (MI) (1)
2536. ROBERTO BERENGUER-SERRANO (FL) (1)
2537. ROBERTO MARTINEZ (TX) (1)
2538. ROBERTO V REYES (CA) (1)
2539. ROBIN BARTH (CA) (1)
2540. ROBIN LASKODY (WA) (1)
2541. ROBIN M CLARK AND BRENDA CLARK (AZ) (1)
2542. ROBIN SIMMONS (AL) (1)
2543. ROBYN BROOKS (TX) (1)
2544. ROCHELLE PRICE (CA) (1)
2545. RODNEY ELLIS (TX) (1)
2546. RODNEY ROBINSON (MI) (1)
2547. RODNEY ZIMMERMAN (IN) (1)
2548. RODOLFO GRACIA (TX) (1)
2549. ROGELIO CAMACHO (TX) (1)
2550. ROGER A MCGREW (CA) (1)
2551. ROGER A PRINCE (TX) (1)
2552. ROGER ALLEN PARKER (TN) (1)
2553. ROGER D LUCAS (AL) (1)
2554. ROGER D SAENZ (TX) (1)
2555. ROGER GRIFFIS (UT) (1)

## OPT-OUT LIST
### CLASS MEMBER NAME (STATE) (# OF VINS)

2556. ROGER HINTON (KS) (1)

2557. ROGER L BURROW  AND KATHERINE A JONES (TX) (1)

2558. ROGER P THORPE II AND STEPHANIE A THORPE (NY) (1)

2559. ROGER R FARROW (MA) (1)

2560. ROGER T INGRAM (MS) (1)

2561. ROGER WYDNER (TX) (1)

2562. ROLAND BEGAY (NM) (1)

2563. ROLAND MARSH JR (NJ) (1)

2564. ROLAND T SIMMONS  AND JUDY N SIMMONS (FL) (1)

2565. ROLANDO ESCALERA (TX) (1)

2566. RON C WILLIAMSON (SC) (1)

2567. RON D DUPREE (KY) (1)

2568. RON J WATTS (WATTS INS INC) (MT) (1)

2569. RON NORMAN SR (TX) (1)

2570. RON SMITH (IN) (1)

2571. RONALD A FRYE (VA) (1)

2572. RONALD A WILE (TX) (1)

2573. RONALD B COOK (MD) (1)

2574. RONALD C FIELDS (TX) (1)

2575. RONALD C MARTINEZ AND REBECCA GARCIA MARTINEZ (TX) (1)

2576. RONALD COX II AND AMANDA COX (CO) (1)

2577. RONALD E NELSON (WY) (1)

2578. RONALD EDWARD DOYLE (TN) (1)

2579. RONALD G EBANN (AZ) (1)

2580. RONALD G SLONE (TX) (1)

2581. RONALD HARRIS  AND BARBARA HARRIS (WA) (1)

2582. RONALD J BAES (IL) (1)

2583. RONALD J GOCA JR  AND MARYAM KHAYAMI GOCA (HI) (1)

2584. RONALD L KIMBRELL (TX) (1)

2585. RONALD M MACDONALD (FL) (1)

2586. RONALD OSBORNE (TX) (1)

2587. RONALD P LATTANZIO (SC) (1)

2588. RONALD R NAASZ (ND) (1)

2589. RONALD RAMIREZ (CA) (1)

2590. RONALD SIMS (TX) (1)

2591. RONALD SWEENEY (MO) (1)

2592. RONALD WALKER  AND DANIELLE M WALKER (OK) (2)

2593. RONDE STRATTON (OH) (1)

2594. RONNIE DENE VINCENT (OR) (1)

2595. RONNIE E WILLIAMS (TX) (1)

2596. ROOSEVELT COLVIN  AND GLENDA COLVIN (TX) (1)

2597. ROSA M OLIVAS  AND SHAWN FULLER (TX) (1)

2598. ROSE DICKEY  AND THURMAN DICKEY [DECEASED] (AZ) (1)

2599. ROXANE L BRANZ  AND PETER BRANZ (NC) (1)

2600. ROY D HANSEN (VA) (1)

2601. ROY K SHAW (TX) (1)

2602. ROY R JONES (TX) (1)

2603. ROY W LENEAVE (VA) (1)

2604. ROY WITTEN (TX) (1)

2605. RUBEN A VAZ  AND ANA P HAMBERG VAZ (TX) (1)

2606. RUBEN DIAZ DE VILLEGAS (TX) (1)

2607. RUBEN HAKIMIAN (CA) (1)

2608. RUBEN LUEVANOS III (TX) (1)

2609. RUSSELL A GREEN JR AND GAIL GREEN (CA) (1)

2610. RUSSELL D CASH JR (TX) (1)

2611. RUSSELL D KIOUS (OK) (1)

2612. RUSSELL G WAGONER SR (LA) (1)

2613. RUSSELL GRAFRATH (OK) (1)

2614. RUSSELL GRIEFF (PA) (1)

2615. RUSSELL HEIMAN  AND ANGELA GARRETT HEIMAN (TX) (1)

2616. RUSSELL LANGE/RT MOTORS (IA) (1)

2617. RUSSELL LANGE/RT MOTORS INC (IA) (1)

2618. RUSSELL S LEWIS  AND DESIREE G LEWIS (KS) (1)

2619. RUSSELL SCAGGS (KY) (1)

2620. RUSSELL SCOTT TABAKA SR AND JOELLA A TABAKA (IL) (1)

2621. RUSTY HUTCHISON (NE) (1)

2622. RUTHANNA TAYLOR  AND ZACHARY BUCHANAN (MO) (1)

2623. RYAN ALLRED (AR) (1)

2624. RYAN BEAUREGARD (CA) (1)

2625. RYAN BOYD AND KAILEE HART (TX) (1)

2626. RYAN HOLKER (MN) (1)

2627. RYAN HULL (WA) (1)

2628. RYAN KOONSMAN (TX) (1)

2629. RYAN M AROLD (AROLD CONSTRUCTION) (NY) (1)

2630. RYAN P LEWELLEN (LA) (1)

2631. RYAN RENFRO (IA) (1)

2632. RYAN SCOTT (OH) (1)

2633. RYAN STEVENS (WA) (1)

2634. RYAN VALO (PA) (1)

2635. RYAN WARDLOW (IN) (1)

2636. SABRINA JOHNSTON (ND) (1)

2637. SAGE S SEIFERT  AND VERONICA SEIFERT (IN) (1)

2638. SAHIBZADA A AKHTAR (PA) (1)

2639. SAL RUSSO (CA) (1)

2640. SALEH ALDHHIK (TX) (1)

2641. SALVADOR A ERIVEZ JR (AZ) (1)

2642. SALVADOR V GONZALEZ (TX) (1)

2643. SAM RICHEY (OR) (3)

2644. SAMANTHA ANN MARSHALL (NV) (1)

2645. SAMANTHA MOUNTFORD AND DARRIN ILLGES (NC) (2)

2646. SAMUEL A MILLER (MD) (1)

2647. SAMUEL C WATSON (MS) (1)

2648. SAMUEL D GROSS (AZ) (1)

2649. SAMUEL HOWARD CRISP AND JUDY RIGGS CRISP (NC) (1)

**OPT-OUT LIST**
**CLASS MEMBER NAME (STATE) (# OF VINS)**

2650. SAMUEL K BENSON (NC) (1)
2651. SAMUEL MIGUEL BEGLEY (OK) (1)
2652. SAMUEL ROBINSON (WV) (1)
2653. SAMUEL RODRIGUEZ (ID) (1)
2654. SANAR ABED (CA) (2)
2655. SANDRA JACOBSON (TX) (1)
2656. SANDRA RIVERO  AND ADRIAN RIVERO (TX) (1)
2657. SANTIAGO E ROMERO  AND LORRAINE J ROMERO (NM) (1)
2658. SAPE LLANOS (CA) (1)
2659. SARA BATCHELOR (MO) (1)
2660. SARAH MILLER (PA) (1)
2661. SASKA T  VOLL (MA) (1)
2662. SCOTT ALLEN HENCHEL (TX) (1)
2663. SCOTT BANKS (NV) (1)
2664. SCOTT CAREY (MA) (1)
2665. SCOTT D DREIKER  AND ANN E DREIKER (MA) (1)
2666. SCOTT D KEHLENBRINK (MO) (1)
2667. SCOTT D REEVES (NY) (1)
2668. SCOTT FICK (PA) (1)
2669. SCOTT HARRINGTON (GA) (1)
2670. SCOTT J MCLAIN (TX) (1)
2671. SCOTT JOHNSON (TX) (1)
2672. SCOTT L. NORRIS (NY) (1)
2673. SCOTT MCCREA (OH) (1)
2674. SCOTT P MITCHELL (MD) (1)
2675. SCOTT PEKAR (CA) (1)
2676. SCOTT PERRY (TX) (1)
2677. SCOTT ROGERS AND CANDYCE ROGERS (CA) (1)
2678. SCOTT SHELTON (MS) (1)
2679. SCOTT STEELE (TN) (1)
2680. SCOTT W ELLIOTT (OR) (1)
2681. SCOTT W JONES (SD) (1)
2682. SCOTT WITHEROW (WA) (1)
2683. SE RUTLEDGE (TX) (1)
2684. SEAN CONDRY (MO) (1)
2685. SEAN E CONRAN (CT) (2)
2686. SEAN E SERRAGUARD (MI) (1)

2687. SEAN HOLMES (MN) (1)
2688. SEAN KORELC (TX) (1)
2689. SEAN MULLANE  AND ALEXIS MULLANE (MA) (1)
2690. SEAN NELSON (TX) (1)
2691. SEAN PERRY (VA) (1)
2692. SEAN PERRYMAN (IA) (1)
2693. SEAN STEVENS (TX) (2)
2694. SEAN STORCH (FL) (1)
2695. SEAN THOMAS (AZ) (1)
2696. SERGEY OLEYNIK (WA) (1)
2697. SERGIO BENITEZ-SANTIAGO (TX) (1)
2698. SERGIO BRAGA (AL) (1)
2699. SERGIO C GONZALEZ (TX) (1)
2700. SERGIO LOPEZ (TX) (1)
2701. SERGIO TAVAREZ AND MARISA L TAVAREZ (TX) (1)
2702. SEYMOUR BIDWELL (OK) (1)
2703. SHA COHEN (CO) (1)
2704. SHANE C.R. FRITH (VA) (1)
2705. SHANE ELDRIDGE (KS) (1)
2706. SHANE FILIPOVIC (FL) (1)
2707. SHANE KEENUM (TX) (1)
2708. SHANNON BISHOP (TX) (1)
2709. SHANNON MAJORS (MO) (3)
2710. SHARON DAILY (IN) (1)
2711. SHARON J PITTMAN (TX) (1)
2712. SHAUN DARLING  AND TARYN DARLING (VA) (1)
2713. SHAUN LARSEN (UT) (1)
2714. SHAUN NEIBRANDT (TX) (1)
2715. SHAWN C JACOBS (WI) (1)
2716. SHAWN CRAIG (IN) (1)
2717. SHAWN J AUSTIN (TX) (1)
2718. SHAWN MCNEW (GA) (1)
2719. SHAWN WOODFORD (WI) (1)
2720. SHEILA M GATES (CO) (1)
2721. SHEILA PERALTA (TX) (1)
2722. SHELLIE STEPHENS  AND CODY STEPHENS (TX) (1)
2723. SHELLY ACKERLY (CO) (1)

2724. SHEREE TOUCHETTE  AND MICHAEL TOUCHETTE (TX) (1)
2725. SHERMAN H BARNETT (TX) (1)
2726. SHERRI COLLINS (FL) (1)
2727. SHERRY GREATHOUSE (UT) (1)
2728. SHERYL ROPPOLO (TX) (1)
2729. SHIRLEY BROADUS (TX) (1)
2730. SHIRLEY DAUGHERTY (TX) (1)
2731. SIMON THOMAS AND VICTORIA L THOMAS (CA) (1)
2732. SIMONE MEHTA-CAMPBELL AND ADAM CAMPBELL (NM) (1)
2733. SJON BARRON (TX) (1)
2734. SLADE DARBY HOWELL (AK) (1)
2735. STACEY R WILSON  AND P ELAINE WILSON (IN) (1)
2736. STAN M COLLINS  AND ANITA JOYCE COLLINS (OK) (1)
2737. STANLEY BADENSKI  AND GINA BADENSKI (MI) (1)
2738. STANLEY DAVID HIPS JR (TX) (1)
2739. STANLEY E LOWE  AND JULIA J LOWE (TN) (1)
2740. STEPHANIE CROMLEY (NJ) (1)
2741. STEPHEN C LEONARD (MN) (1)
2742. STEPHEN CRANDELL SR (CA) (1)
2743. STEPHEN DUDLEY (FL) (1)
2744. STEPHEN GRISSETT (OH) (1)
2745. STEPHEN HENSELER  AND DONNA HENSELER (WI) (1)
2746. STEPHEN J PODOLAK (MD) (1)
2747. STEPHEN KIRKPATRICK (TX) (1)
2748. STEPHEN KOTULA (FL) (1)
2749. STEPHEN KYLE JONES (OK) (1)
2750. STEPHEN MCMILLEN (TX) (1)
2751. STEPHEN MICHAEL WILSON AND MALLORY WILSON (PA) (1)

## OPT-OUT LIST
### CLASS MEMBER NAME (STATE) (# OF VINS)

2752. STEPHEN MURRAY  AND CAROL D MURRAY (FL) (1)
2753. STEPHEN PAUL SWANSON (FL) (1)
2754. STEPHEN R SCHMIDT (WI) (1)
2755. STEPHEN W CONNAGHAN AND ANGELINA M CONNAGHAN (PA) (1)
2756. STEPHEN W WARRICK (CA) (1)
2757. STEPHEN WATSON (TX) (1)
2758. STEPHEN YOUNG OF WRECKER ONE (OH) (1)
2759. STERLING LEE WHITLEY JR (AZ) (1)
2760. STEVE BLESSING (TX) (1)
2761. STEVE BUETTNER (TX) (1)
2762. STEVE E RIDENOUR  AND SHERYL D RIDENOUR (OK) (1)
2763. STEVE ERIC SEABERG (VA) (1)
2764. STEVE HORTON AND ELLEN HORTON (CA) (1)
2765. STEVE KERNS (ID) (1)
2766. STEVE LARSEN (TX) (1)
2767. STEVE M LEBEAU (TX) (1)
2768. STEVE MAST (IL) (1)
2769. STEVE MCKOWN AND ANITA MCKOWN (PA) (1)
2770. STEVE PAQUETTE (MI) (1)
2771. STEVE ROSENTHAL (WI) (1)
2772. STEVE STONE (TX) (1)
2773. STEVE W REEVES  AND STEVEN W REEVES JR (PA) (1)
2774. STEVE WALKER (WI) (1)
2775. STEVE WECKWERTH (TX) (1)
2776. STEVEN A MIGNECO (MO) (1)
2777. STEVEN AMAN  AND JILL AMAN (IA) (1)
2778. STEVEN AVERY (TX) (1)
2779. STEVEN BLAKE (TX) (1)
2780. STEVEN BRIMHALL (AZ) (1)
2781. STEVEN CHAPMAN (TX) (1)
2782. STEVEN ELLIS (CA) (1)

2783. STEVEN ERICKSON  AND NICHOLE ERICKSON (IL) (1)
2784. STEVEN FITZGERALD (FL) (1)
2785. STEVEN HANDY (FL) (1)
2786. STEVEN HINES (PA) (1)
2787. STEVEN HOFER (TX) (1)
2788. STEVEN J LEGRO (NH) (1)
2789. STEVEN J SPIDAL JR (AK) (1)
2790. STEVEN JAMES HARTSOCK AND KATHARINE ANDRUS-HARTSOCK (CO) (1)
2791. STEVEN KROL  AND PAMELA KROL (NC) (1)
2792. STEVEN KUNDE (CA) (1)
2793. STEVEN LEE WEEKS AND ADRIENNE MORENCY (NV) (1)
2794. STEVEN M JARRETT (FL) (1)
2795. STEVEN M NIXON (TX) (1)
2796. STEVEN M PENDER (FL) (1)
2797. STEVEN MAY (TX) (1)
2798. STEVEN MCLAUGHLIN  AND TIFFANY MCLAUGHLIN (FL) (1)
2799. STEVEN MIN-SHUN HO (NC) (1)
2800. STEVEN NGUYEN (TX) (1)
2801. STEVEN R CONKLIN (CO) (1)
2802. STEVEN R GEROULD  AND DONNA GEROULD (NY) (1)
2803. STEVEN R KOTTKE  AND JENNIFER L KOTTKE (WI) (1)
2804. STEVEN R VANDERLAAN (UT) (1)
2805. STEVEN R WEIR  AND JENNIFER D WEIR (OR) (1)
2806. STEVEN RAY JOHNSON (TX) (1)
2807. STEVEN STALEY  AND BETTY JO STALEY (ID) (1)
2808. STEVEN V PALMER  (MO) (1)
2809. STEVEN WAYNE NELSON (MD) (1)
2810. SUSAN BURKLAND (PA) (1)
2811. SUSAN L PRESHONG (TX) (1)
2812. SUSANNE SCHIESS (TX) (1)

2813. SYDNEY LOBO (CA) (1)
2814. TABETHA HELMS (NC) (1)
2815. TAD M SULLENGER  AND FELICIA SULLENGER (TN) (1)
2816. TAMARA K DOMONOSKE AND DEBBIE D PASCAL (IA) (1)
2817. TAMBRE MARTINEZ (TX) (1)
2818. TAMMY JAMES  AND JIMMIE W JAMES (CO) (1)
2819. TAMMY JORDAN (TX) (1)
2820. TAMMY M FRAZIER (MS) (1)
2821. TANNER LAWSON (CA) (1)
2822. TANNER TIBBETS (OK) (1)
2823. TAWNI CRIPPEN (TX) (1)
2824. TEAGUE TERRELL  AND GINA TERRELL (UT) (1)
2825. TED NEHER (CA) (1)
2826. TED W BROWN  AND MYRTLE RUTH BROWN (NC) (1)
2827. TERESA A BREED  AND RANDY L BREED (FL) (1)
2828. TERESA R BEADLE AND BRENT B BEADLE (AE) (1)
2829. TERESA WILLIAMS (TX) (1)
2830. TERRA STONE (NY) (1)
2831. TERRANCE WESSEL (ME) (1)
2832. TERRENCE J O'BRIEN  AND STEPHANIE R O'BRIEN (TX) (1)
2833. TERRENCE J PIPER (PA) (1)
2834. TERRI TURNBULL  AND JERRY TURNBULL (IA) (1)
2835. TERRY ALBRIGHT (TN) (1)
2836. TERRY BOETTGER (IA) (1)
2837. TERRY C ROGERS (CO) (1)
2838. TERRY COONEY (TN) (1)
2839. TERRY D THOR  AND TERESA A THOR (IN) (1)
2840. TERRY DAN HOOPER (TX) (1)
2841. TERRY DITTO (TX) (1)
2842. TERRY HARGIS (AZ) (1)
2843. TERRY JONES (TX) (1)
2844. TERRY L MATHERS (PA) (1)
2845. TERRY SANDERS (TX) (1)

## OPT-OUT LIST
### CLASS MEMBER NAME (STATE) (# OF VINS)

2846. TERRY SCHULDT (MN) (1)

2847. TERRY SISSON  AND ANGELA SISSON (TX) (1)

2848. TEX CODY HORN (CA) (1)

2849. THANG NGUYEN (AZ) (1)

2850. THATCHER J MICHELSEN (VT) (2)

2851. THEO REGINALD THIBODEAUX (LA) (1)

2852. THEODORE A CARTER  AND JOYCE A CARTER (MO) (1)

2853. THEODORE BRAYFIELD (MO) (1)

2854. THEODORE F COOPER (MA) (1)

2855. THEODORE J KLEIN (WA) (1)

2856. THEODORE S GRUBBS (IN) (1)

2857. THEODORE SCHINDLER (FL) (1)

2858. THEODORE SPRINGER (TX) (1)

2859. THEODORE SWINEY JR (NJ) (1)

2860. THERYSA SPARKS  AND BRYAN SPARKS (CO) (1)

2861. THOMAS A CRENSHAW (AL) (1)

2862. THOMAS A MCCORMICK (WI) (1)

2863. THOMAS ALTON EDWARDS (AR) (1)

2864. THOMAS B MOLDER III (TX) (1)

2865. THOMAS BROWN KENNEDY AND VICKIE D KENNEDY (NC) (1)

2866. THOMAS C PRITCHARD (TX) (1)

2867. THOMAS CASTLE (NY) (1)

2868. THOMAS CATLIN (IL) (1)

2869. THOMAS D BROMELAND (WI) (1)

2870. THOMAS D LUZNIEWSKI (MO) (1)

2871. THOMAS E MCGRAW  AND PATRICIA J MCGRAW (TX) (1)

2872. THOMAS E PLEDGER JR (TX) (1)

2873. THOMAS E SNYDER (WV) (1)

2874. THOMAS ESCAMILLA (TX) (1)

2875. THOMAS F PETERSON  AND LINDA M PETERSON (TX) (1)

2876. THOMAS GOMES AND SANDRA D GOMES (CA) (1)

2877. THOMAS GOODYKE  AND JULIE GOODYKE (MI) (1)

2878. THOMAS HILLMAN (CA) (1)

2879. THOMAS HLAVNICKA (MT) (1)

2880. THOMAS I VEHRS  AND CHRISTINE S VEHRS (CO) (1)

2881. THOMAS J COCKRIEL (FL) (1)

2882. THOMAS J DANIELS (TX) (1)

2883. THOMAS J ECHAVARRIA (TX) (1)

2884. THOMAS J GRIFFIN (TX) (1)

2885. THOMAS J PISANO (PA) (1)

2886. THOMAS J WELLS  AND SHAWN M WELLS (WA) (1)

2887. THOMAS JAQUEZ (CO) (1)

2888. THOMAS JORDAN AND EDNA JORDAN (MO) (1)

2889. THOMAS JOSEPH CUMMINS IV  AND RENE L CUMMINS (FL) (1)

2890. THOMAS MARTIN LOGAN (TX) (1)

2891. THOMAS NIBARGER (TX) (1)

2892. THOMAS NICHOLAS BEZICK (PA) (1)

2893. THOMAS P IRWIN JR  AND DAWN M IRWIN (IL) (1)

2894. THOMAS R PIERNICKY (TX) (1)

2895. THOMAS RINALDO (NY) (1)

2896. THOMAS RUSHING (TX) (1)

2897. THOMAS SAMFORD  AND TAMMY SANFORD (TX) (1)

2898. THOMAS SPARACINO (IL) (1)

2899. THOMAS SPEARS  AND WA NICHOLS (TX) (1)

2900. THOMAS T SAYERS  AND AVERIL P SAYERS (UT) (1)

2901. THOMAS T SAYERS  AND DANIEL SAYERS (UT) (1)

2902. THOMAS W REALI  AND ANNA M REALI (MT) (1)

2903. THOMAS W SPALDING (AZ) (1)

2904. THOMAS WILLIAMS (CA) (1)

2905. TIA SHORT  AND JASON SHORT (TX) (1)

2906. TIM KINDRED  AND LEANNE KINDRED (WY) (1)

2907. TIM MCBRIDE (LA) (1)

2908. TIM MURPHY (ID) (1)

2909. TIM Z TESKE (TX) (1)

2910. TIMMIE ADCOX (MS) (1)

2911. TIMOTH C ROSENBERG (NY) (1)

2912. TIMOTHY A PARMLEY  AND BEVERLY L PARMLEY (AZ) (1)

2913. TIMOTHY ALLEN BURLEY AND RICHARD W LAYNE (VA) (1)

2914. TIMOTHY B FOGG (FL) (1)

2915. TIMOTHY B GRAHAM (WI) (1)

2916. TIMOTHY BUCKLEY  AND KIMBERLY BUCKLEY (CT) (1)

2917. TIMOTHY C OSWALD (TX) (1)

2918. TIMOTHY CARLSON (MN) (1)

2919. TIMOTHY D LYONS (TX) (1)

2920. TIMOTHY DUBOSE (TX) (1)

2921. TIMOTHY FOWLER (TX) (1)

2922. TIMOTHY GORGAN (VA) (1)

2923. TIMOTHY ISYK (CT) (1)

2924. TIMOTHY J GIPE (FL) (1)

2925. TIMOTHY L BOWER (WI) (1)

2926. TIMOTHY LEATHERS (FL) (1)

2927. TIMOTHY M BYRD (LA) (1)

2928. TIMOTHY MARTIN CIAMPOLI (MO) (1)

2929. TIMOTHY N DAVIS  AND BREANNA B DAVIS (GA) (1)

2930. TIMOTHY O SCHINDLBECK AND NANCY K SCHINDLBECK (MN) (1)

## OPT-OUT LIST
### CLASS MEMBER NAME (STATE) (# OF VINS)

2931. TIMOTHY P SETHER  AND CATHLYNN SETHER (MN) (1)
2932. TIMOTHY PAUL WOODSON (OK) (1)
2933. TIMOTHY RAYE SCRONCE (NC) (1)
2934. TIMOTHY S GRAHAM (PA) (1)
2935. TIMOTHY SHANKS (IA) (1)
2936. TIMOTHY STEWART (AR) (1)
2937. TIMOTHY WRIGHT  AND COLLEEN WRIGHT (TX) (1)
2938. TINA M GRESS  AND TREVOR D GRESS (IA) (1)
2939. TOBRAN TILLMAN  AND AMANDA TILLMAN (TN) (1)
2940. TODD ADAMS (TX) (1)
2941. TODD BARRIOS (LA) (1)
2942. TODD BROUSSARD (TX) (1)
2943. TODD E DOMBEK (CO) (1)
2944. TODD GREGORY POSEY  AND MELISSA GILBERT POSEY (AL) (1)
2945. TODD LECLAIR  AND DIANE LECLAIR (KY) (1)
2946. TODD M BIERK (MO) (1)
2947. TODD M VANDERHEYDEN (WI) (1)
2948. TODD RUTTURA - ROCK TECH INC (NY) (2)
2949. TODD RUTTURA/ROCK TECH INC. (NY) (1)
2950. TODD SILBERHORN (IL) (1)
2951. TODD STEVENSON (CA) (1)
2952. TODD STRICKLAND (MI) (1)
2953. TOM KOSINSKI (TN) (1)
2954. TOM PENDERGRAFT AND BETH PENDERGRAFT (MO) (1)
2955. TOM ROGERS  AND JAN ROGERS (TX) (1)
2956. TOMAS CONTRERAS (TX) (1)
2957. TOMAS JAKUBCAK (CT) (1)
2958. TOMAS RAMIREZ FLORES (TX) (1)
2959. TOMMY BAILEY  AND LAURA BAILEY (TX) (1)

2960. TOMMY COLEMAN (TX) (1)
2961. TOMMY G BAILEY AND KATHLEEN C BAILEY (TX) (1)
2962. TOMMY H BROWN (ID) (1)
2963. TOMMY H RHEA  AND LULJETA RHEA (TN) (1)
2964. TOMMY J NELSON (TX) (1)
2965. TOMMY L WARD (WA) (1)
2966. TONI GULLEKSON  AND JOSEPH GULLEKSON (TX) (1)
2967. TONY HUTCHISON  AND KAREN HUTCHINSON (OK) (1)
2968. TONY PARK (CA) (1)
2969. TONY SAMUEL B CONLEY (OH) (1)
2970. TORREY CHRISTIAN JACOBSEN III (NJ) (1)
2971. TRACENA COLUNGA (TX) (1)
2972. TRACY JACKSON (TX) (1)
2973. TRAVIS DAVIS (TX) (1)
2974. TRAVIS FALCON (SD) (1)
2975. TRAVIS HOYLE (TN) (1)
2976. TRAVIS L CAMPBELL (NC) (1)
2977. TRAVIS POLLY (OK) (1)
2978. TRAVIS R BURWELL (PA) (1)
2979. TRAVIS S JONES (WA) (1)
2980. TROY A BARTZ (WI) (1)
2981. TROY K BARRON (TX) (1)
2982. TROY L JEREMIAS  AND RUTH E JEREMIAS (MO) (1)
2983. TROY M CUCURULLO (MS) (1)
2984. TROY SMITH (MO) (1)
2985. TROY YOUNG (PA) (1)
2986. TRUSTUM NESS (ND) (1)
2987. TURNER R CROSBY (MD) (2)
2988. TWIG TOLLE JR  AND JEANNE PEMBERTON TOLLE (FL) (1)
2989. TY M PATCH (TX) (1)
2990. TYLER BRIDGEMAN (MS) (1)
2991. TYLER PERKINS (FL) (1)
2992. TYLOR CILIONE (OR) (1)
2993. TYRE ROCK SELF (TX) (1)

2994. TYRONE J MALAMBRI  AND APRIL C MALAMBRI (NC) (1)
2995. TYRONE SVEHLA (TX) (1)
2996. URIEL CONTRERAS BARRAGAN (CA) (1)
2997. VALENTINE FRANCIS LYNCH (MD) (1)
2998. VAN E CLEMENT (TX) (1)
2999. VANETTA MUND  AND MICHAEL MUND (TX) (1)
3000. VAUGHN WOODEN AND VAUGHAN WOODEN (ND) (1)
3001. VELTON WAYNE BOGUE (TX) (1)
3002. VENUS MUNDEN (TX) (1)
3003. VERDUN MUNROE JR (TN) (1)
3004. VERNON GAZZO AND BELENDA GAZZO (MS) (1)
3005. VERNON GAZZO AND BELINDA GAZZO (MS) (1)
3006. VERYL L SULLIVAN (TX) (1)
3007. VERYL R ADAMS (IN) (1)
3008. VICKY KENNEDY (TX) (1)
3009. VICTOR MARTINEZ AND MARY MARTINEZ (CA) (1)
3010. VICTOR R PANTUSO  AND TAMMY ROQUE (TX) (1)
3011. VICTOR RAMIREZ (CA) (1)
3012. VICTOR ZUNIGA JR (TX) (1)
3013. VICTORIA J SCHWINDT (CO) (1)
3014. VINCENT JAMES LENTINI JR (CA) (1)
3015. VINCENT PRINCEOTTO (GA) (1)
3016. VINCIENT CAPETILLO (TX) (1)
3017. VINSON MARLIN (MT) (1)
3018. VIRGIL A PARTIN (TX) (1)
3019. VIRGIL BROWN AND DORIS BROWN (FL) (1)
3020. VIRGIL JERRELL AND CAROL JERRELL (FL) (1)
3021. VIRGIL NESS (ND) (1)
3022. VIRGINIA FIDEL (MT) (1)

## OPT-OUT LIST

### CLASS MEMBER NAME (STATE) (# OF VINS)

3023. VITO BRACCIA  ALTINO CONCRETE CONSTRUCTION LLC (PA) (1)

3024. VLADISLAV KUCERAVY (CO) (1)

3025. WADE AYLETT (OR) (1)

3026. WADE E KASEBERG (OR) (1)

3027. WADE LACKEY (OK) (1)

3028. WALTER FAIR (TX) (1)

3029. WALTER STARR (TX) (1)

3030. WANDA GLOYNA (TX) (1)

3031. WARDELL L HOOKS JR  AND MICHELE HOOKS (MO) (1)

3032. WARREN CARMICHAEL (CA) (1)

3033. WARREN MURRAY AND SONIA MURRAY (TX) (1)

3034. WAYNE BENNETT  AND BECKY BENNETT (WY) (1)

3035. WAYNE D GUYER (GA) (1)

3036. WAYNE DOMKE (WI) (1)

3037. WAYNE ITO (CA) (1)

3038. WAYNE MIZE (CA) (1)

3039. WAYNE PHILLIP STICHA  AND VALERLIE BRETTINGER (NM) (1)

3040. WAYNE R NEUMANN  AND CHRISTINE NEUMANN (WI) (1)

3041. WELDON IRVIN (ID) (1)

3042. WELDON JETTON (TX) (1)

3043. WENDELL L ROQUEMORE AND SHARON L ROQUEMORE (TX) (1)

3044. WENDY HARNAGE (PA) (1)

3045. WENDY JEAN FULLER SWEENEY (TX) (1)

3046. WES MAMMOS (TX) (1)

3047. WESLEY DWAYNE STEVENS (TX) (1)

3048. WESLEY MORELOCK (TX) (1)

3049. WESLEY STEVEN CATLIN (AK) (1)

3050. WILFORD VERNON DAVID AND SHERI LYNN DAVID (CA) (1)

3051. WILFORD W FORSGREN (TX) (1)

3052. WILFRED PAWLIK (TX) (1)

3053. WILFREDO HERNANDEZ (FL) (1)

3054. WILL PADRICK (FL) (1)

3055. WILL R PAWLIK (TX) (1)

3056. WILLARD GLENN MAYO (MS) (1)

3057. WILLARD R HART  AND VICTORIA L HART (NE) (1)

3058. WILLARD RAGLAND  AND CORINA MARCIA RAGLAND (OK) (1)

3059. WILLIAM  BURNS (OK) (1)

3060. WILLIAM A BROWN JR (FL) (1)

3061. WILLIAM A GOTHARD (LA) (1)

3062. WILLIAM A LEE (FL) (1)

3063. WILLIAM A VICKERS (NY) (1)

3064. WILLIAM A WARD (NV) (1)

3065. WILLIAM AXELGARD  AND INTEGRITY CONSTRUCTION AND REMODELING (FL) (1)

3066. WILLIAM B CUNNINGHAM (AL) (1)

3067. WILLIAM BLACKWELL  AND LUZ BLACKWELL (TX) (1)

3068. WILLIAM BOLES (MS) (1)

3069. WILLIAM C SABER (NY) (1)

3070. WILLIAM C WHEELER (NC) (1)

3071. WILLIAM COLEMAN (MI) (1)

3072. WILLIAM COON (NJ) (1)

3073. WILLIAM CUNNINGHAM (NC) (1)

3074. WILLIAM DAYHOFF (FL) (1)

3075. WILLIAM DONALD ROSS (AL) (1)

3076. WILLIAM E CARROLL (TX) (1)

3077. WILLIAM EARL JAGGERS (MS) (1)

3078. WILLIAM EILER AND CORINA EILER (MT) (1)

3079. WILLIAM G AKINS  AND SHARON F AKINS (CO) (1)

3080. WILLIAM GLENN BOLTON (TX) (1)

3081. WILLIAM GRAY (TX) (1)

3082. WILLIAM H HEDGEPETH (TX) (1)

3083. WILLIAM H LEHNER (WI) (1)

3084. WILLIAM J HLAVACEK (NY) (1)

3085. WILLIAM J HOAK (NY) (1)

3086. WILLIAM J O'NEILL JR AND GINA ONEILL (TX) (1)

3087. WILLIAM JACKSON (CO) (1)

3088. WILLIAM JAQUAY (TX) (1)

3089. WILLIAM JOHN CRUEY (KY) (1)

3090. WILLIAM KOSUB (TX) (1)

3091. WILLIAM L STRYKER (MD) (1)

3092. WILLIAM L TEAFF (TX) (1)

3093. WILLIAM LEONARD JOHNSON (SC) (1)

3094. WILLIAM LOEWEN  AND MARLENE LOEWEN (FL) (1)

3095. WILLIAM M MOON JR (FL) (1)

3096. WILLIAM M RYAN (SC) (1)

3097. WILLIAM M YARNALL (NC) (1)

3098. WILLIAM MACE (CO) (1)

3099. WILLIAM NGUYEN (CA) (1)

3100. WILLIAM PAZ AND STELLA PAZ (FL) (2)

3101. WILLIAM Q EASON (OK) (1)

3102. WILLIAM R DEEN  AND MARIVIC DEEN (CA) (1)

3103. WILLIAM R JANWICH JR (TX) (1)

3104. WILLIAM R WIGGINS  AND BEVERLY L WALLACE-WIGGINS (NC) (1)

3105. WILLIAM RANDALL STEWART AND TERRY SLAGLE STEWART (TX) (1)

3106. WILLIAM RAY BARNETT (KS) (1)

3107. WILLIAM ROBERTS (TX) (1)

3108. WILLIAM SAUCEDO (CA) (1)

3109. WILLIAM SEKEL (WI) (1)

## OPT-OUT LIST
### CLASS MEMBER NAME (STATE) (# OF VINS)

3110. WILLIAM SHANNON JONES (TN) (1)

3111. WILLIAM SMITH (CA) (1)

3112. WILLIAM SMITH  AND NANCY LEE SMITH (CO) (1)

3113. WILLIAM THOMAS (WV) (1)

3114. WILLIAM TRAVIS WALKINS (KY) (1)

3115. WILLIAM TRUEX (MI) (1)

3116. WILLIAM V SORENSEN  (UT) (1)

3117. WILLIAM VANDYGRIFF (TN) (1)

3118. WILLIAM WADE RHONEY (SC) (1)

3119. WILLIAM WHARFT  AND JODI WHARFT (IA) (1)

3120. WILLIAM WILLAFORD  AND BREIA WILLAFORD (OK) (1)

3121. WILLIAMN L SANCHEZ  AND CELIA SANCHEZ (CO) (1)

3122. WILLIE S CHISM (AR) (1)

3123. WOODY HEIDLEBERG (TX) (1)

3124. WYATT JAMES PAXTON AND NADINE SCOTT PAXTON (CA) (1)

3125. XAVIER VILLARREAL (TX) (1)

3126. YEKATERINA IVAKH KUTSYY (CA) (1)

3127. YMANI S THOMAS (NC) (1)

3128. YURIY MAYVROV (UT) (1)

3129. YVETTE A RODRIGUEZ (TX) (1)

3130. ZACHARY A PEARSON (OK) (1)

3131. ZACHARY GRIFFIS (UT) (1)

3132. ZACHARY HATHAWAY (TX) (1)

3133. ZACHARY MARSICO (NJ) (1)

3134. ZACHARY OLIVER (TX) (1)

3135. ZACHARY THEOBALD (TX) (1)