**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CONSUMER AND RESELLER ACTIONS | Case No. 3:17-md-02777-EMC |

**[PROPOSED] ORDER APPROVING THE
ESTABLISHMENT OF A QUALIFIED SETTLEMENT FUND**

Upon the Unopposed Motion of Defendants Fiat Chrysler Automobiles N.V., FCA US LLC, VM Motori S.p.A., and VM North America Inc., and for good cause shown, the Court hereby orders as follows:

1. FCA's escrow account is established as a Qualified Settlement Fund (the "QSF");

2. the Court retains continuing jurisdiction and supervision thereof, in accordance with the terms of the forthcoming escrow agreement among the FCA Defendants, Bosch Defendants, and Plaintiffs' Steering Committee; and

3. FCA's escrow account is a "qualified settlement fund" within the meaning of section 468B of the Internal Revenue Code and the Treasury Regulations thereunder, and shall be operated in a manner consistent with the rules of Treasury Regulation Section 1.468B-1, *et seq.*

IT IS SO ORDERED.

DATED: __May 6__, 2019          _____
                                 Edward M. Chen
                                 United States District Judge