Kenneth A. Stern
Attorney for Plaintiffs, Schneider, et al
41850 West 11 Mile Road, Suite 121
Novi, Michigan 48375
(248) 347-7300 – Main
(248) 305-3250 - Fax
ken@sternlawonline.com
Michigan Bar No. P30722

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL® MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **Case No. 3:17-md-02777** |
| This Document Relates to: | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| BRYAN SCHNEIDER, *et al.*, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | **THE HONORABLE EDWARD M. CHEN** |
| FIAT CHRYSLER AUTOMOBILES N.V.; FCA US LLC; SERGIO MARCHIONNE, FORMER CEO OF FCA, FIAT and FIAT SUBSIDIARIES and CHAIRMAN OF FCA and FIAT SUBSIDIARIES, DECEASED, AND HIS SUCCESSOR, MICHAEL MANLEY; VM MOTORI S.p.A.; VM NORTH AMERICA, INC.; ROBERT BOSCH GmbH, BOSCH GmbH, ROBERT BOSCH LLC, BOSCH LLC and VOLKMAR DENNER, Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs, Richard Bayly, Steven Campbell, Jerry Nelson, Nicholas DeJohn, Sean McCaffery, Bruce Johnson, George Nuesse, Chuck Six, David McCauley, Doolie Molzof, Jason Cornetto, Richard Kittok, Robert Richardson, Sergio Medina, Tia Shubert, Timothy Kawacin, William J. and Sherry A. Coomes, Zina Bryson, Frank Deguzman, Ronda and Rick Brewer, ONLY, give notice of the dismissal of their actions against Defendants, Without Prejudice.

Dated: June 7, 2019

Respectfully submitted,

STERN LAW, PLLC

/s/ Kenneth A. Stern
Kenneth A. Stern
Attorney for Plaintiffs
41850 West 11 Mile Road, Suite 121
Novi, Michigan 48375
(248) 347-7300 – Main
(248) 305-3250 - Fax
ken@sternlawonline.com
Michigan Bar No. P30722

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of June, 2019, I filed the foregoing and a copy thereof has been serve on all parties required to be served by electronically filing with the Clerk of the Court of the U.S. District Court for the Northern District of California, by using the CM/ECF system.

/s/ Lynda Gayle Moneypenny
Lynda Gayle Moneypenny