1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.AngeionGroup.com

# Report of Notice and Claims Administrator on the Progress and Compliance of the Class Claims Program Under the Consumer Class Action Settlement and the United States and California Consent Decree

*Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices, and Products Liability Litigation*
MDL No. 2777 (N.D. Cal.)

**August 1, 2019**

## OVERVIEW

On May 3, 2019, the Court granted final approval of the settlements in the Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices, and Products Liability Litigation ("Final Approval"), including the Consumer Class Action Settlement Agreement ("Settlement Agreement") and the United States and California Consent Decree ("Consent Decree"). This report was prepared by Angeion Group, the Notice and Claims Administrator, and summarizes the progress of the Class Notice and Claims Program. As of July 23, 2019, FCA has received a total of 30,924 claim submissions (as described below). As of July 25, 2019, FCA has made payment offers to 6,519 Class Members, of which 4,595 offers have been accepted, representing a total monetary value over $11,032,020.

## STATUS OF CLAIMS

### Claim Submission Deadlines

In accordance with the Settlement Agreement, the deadline for filing a complete and valid Claim for Current Owners and Current Lessees is **February 3, 2021** (twenty-one (21) months from the Court's Final Approval). The deadline for filing a complete and valid Claim for Former Owners and Former Lessees is **August 1, 2019** (ninety (90) days from the Court's Final Approval).

FCA worked with Angeion and the Plaintiffs' Steering Committee to create a Claims Portal for Class Members to submit their claims online. The Claims Portal launched on May 3, 2019 and is available through the settlement website (www.ecodieselsettlement.com) or directly at https://fcacommunity.force.com/EcoDieselSettlement/s/ClaimSubmission.

FCA also maintains a mailbox for Class Members to submit paper Claim Forms: EcoDiesel Settlement Claims, P.O. Box 2960, Farmington Hills, MI 48333-2960.

## Claim Submissions

The chart below summarizes the claim submissions received by FCA as of July 23, 2019 (as reported to Angeion by FCA).[1]

| Category | Former Owners/Lessees (as of July 23, 2019) | Current Owners/Lessees (as of July 23, 2019) |
|---|---|---|
| Claims Submitted (excluding Ineligible Claims) | 3,506 | 27,418 |
| Claims Pending Initial Review | 2,622 | 20,710 |
| Claim Under Review for Completeness and Eligibility | 49 | 369 |
| Claims Pending Additional Information to Confirm Completeness | 81 | 491 |
| Offers Sent to Class Members with Completed Claims | 155 | 1,689 |
| Offer Package Under Review by FCA | 3 | 34 |
| Offer Packages Returned by Claimant is Incomplete and Requires Additional Steps | 7 | 46 |
| Claims Awaiting Completion of Approved Emissions Modification (that are otherwise finalized) | N/A | 442 |
| Claims Approved For Payment | 39 | 607 |
| Payment Sent | 397 | 3,015 |
| Claims Deemed Ineligible | 153 | 15 |

---

[1] These figures include all claims submitted online and via email, as well as claims submitted by postal mail that have been scanned and processed and that are not duplicative of claims submitted through the other channels.

# STATUS OF APPROVED EMISSIONS MODIFICATION ("AEM") INSTALLATION AND SETTLEMENT PAYMENTS

### Status of AEMs

FCA has reported to Angeion that as of July 23, 2019, 40,358 vehicles have received the Approved Emissions Modification pursuant to the procedures described in the Consent Decree.

Additionally, FCA has reported to Angeion that as of July 23, 2019, 3,622 Class Members who have completed their settlement claims and executed their Offer Packages have successfully received the AEM.

### Status of Settlement Payments

Angeion mails settlement checks to claimants every 14 days based upon the encrypted payment data records transferred to Angeion from FCA. Since the last Progress Report, Angeion received the following batches of settlement check payment data from FCA.

| Date File Received | Former Owners/Lessees | Total Check Amount (Former) | Current Owners/Lessees | Total Check Amount (Current) | Date Checks Mailed |
|---|---|---|---|---|---|
| 6/3/2019 | 149 | $147,510.00 | 458 | $1,300,380.00 | 6/17/2019 |
| 6/17/2019 | 91 | $90,090.00 | 718 | $2,041,725.00 | 7/1/2019 |
| 7/1/2019 | 83 | $82,170.00 | 1055 | $3,007,140.00 | 7/15/2019 |
| 7/15/2019 | 74 | $73,260.00 | 784 | $2,259,165.00 | 7/29/2019 |

The following chart summarizes the cumulative statistics for all Settlement Checks Angeion has mailed to date.

| Former Owners/Lessees | Total Check Amount (Former) | Current Owners/Lessees | Total Check Amount (Current) |
|---|---|---|---|
| 397 | $393,030.00 | 3,015 | $8,608,410 |

-3-

## CLAIMANT COMMUNICATIONS AND FUTURE REPORTING

As of July 23, 2019, FCA has reported to Angeion that there have been 190,886 unique visitors to the Settlement website.

As of July 23, 2019, FCA has reported to Angeion that a total of 41,194 unique email addresses have registered on the Settlement website to receive email updates on the Settlement.

As of July 23, 2019, FCA has reported to Angeion that they have received a total of 35,667 calls at the FCA customer care phone number relating to the Settlement since the Claim Portal opened on May 3, 2019.

Angeion is scheduled to provide monthly updates of this Progress and Compliance Report to the Court and the Parties. The next report is scheduled to be provided on September 3, 2019.

Prepared by:

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

_____
Charles E. Ferrara
Sr. Business Resource Liaison