Angie Meuleman

C 17-2777 EMC



FILED
NOV - 7 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

From: hybridorbital85 . [mailto:canton.andrew@gmail.com]
Sent: Thursday, November 7, 2019 10:38 AM
To: Lynn Fuller <Lynn_Fuller@cand.uscourts.gov>
Subject: Disgruntled Ram Ecodiesel Owner

Dear Lynn Fuller,

I read that you are the judge presiding over the Ram Ecodiesel emissions case. I am one of the owners who believed FCA when they told me the AEM recall would not affect drive-ability, performance or fuel economy. Sadly, I attest that it has negatively impacted all three. I got this truck because it was the most fuel efficient full size truck available. After this recall, the fuel economy not any better than a traditional gasoline truck, but performance is much much worse. I could have saved myself a lot of money when I made the purchase by buying the gas truck, and now my resale value has suffered so much, I'm stuck with the ecodiesel. The truck gets 20%-30% worse fuel economy, and is very sluggish. I feel like I"m driving a heavy tractor. There is now a pronounced pedal lag, which can be dangerous in situations where you need acceleration to get out of the way. When you mash the pedal, it takes about 2 seconds for the truck to respond. I wish I was joking about this, but I actually counted. Once it engages, it lurches the whole vehicle and is no doubt bad for the transmission. I've read that dealers are now telling people to anticipate this after they get their AEM done, and that there is nothing they can do. The truck doesn't have any check engine lights and is in good mechanical/maintained condition, yet performs very poorly. I feel that FCA lied to me before getting the AEM, in that the update did negatively affect all aspects of usability of this truck.  The money they're giving us does not properly reflect the degree to which the truck has been impacted. Your honor, I beg of you, please help us Ecodiesel owners get a better tune from FCA or just have them buy the trucks back. We have been cheated and lied to by a giant corporation.

Thank you,

Andrew Canton
Davie, FL