ERIC D. PEARSON, *Pro Hac Vice*
eric@hop-law.com
CHARLES MILLER, SBN: 276523
charles@hop-law.com
**HEYGOOD, ORR & PEARSON**
6363 North State Highway 161, Suite 450
Irving, Texas 75038
Telephone: (214) 237-9001
Facsimile: (214) 237-9002

**Attorney for Plaintiffs**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CHRYSLER-DODGE-JEEP MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Cause No. 17-md-02777-EMC |
| This Document Relates to: ) ) ) *Jeff Crane, et al v. FCA US LLC, et al.*, ) NDCA Case No. 3:19-cv-06080 ) ) | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs hereby file this Notice of Dismissal Without Prejudice as to the following Plaintiffs and hereby dismiss their claims without prejudice with each side to bear its own costs.

<u>Plaintiffs who are Dismissing their Claims Without Prejudice</u>

1. WILLIAM J O'NEILL JR, VIN: 1C6RR6LM8GS209457

2. JEAREL ADAMS, VIN: 1C6RR6PM8GS227936

3. JAMES L AHERN, VIN: 1C6RR7PM3GS196455

4. RAFAEL BENAVIDES, VIN: 1C6RR7LM1FS679902

DATED: February 22, 2020.

            Respectfully submitted,

            */s/ Eric Pearson*_____
            Eric D. Pearson, *Pro Hac Vice*
            eric@hop-law.com
            Charles Miller, SBN 276523
            charles@hop-law.com
            **HEYGOOD, ORR & PEARSON**
            6363 North State Highway 161
            Suite 450
            Irving, Texas 75038
            Telephone: (214) 237-9001
            Facsimile: (214) 237-9002

            **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

   I hereby certify that on the 22nd day of February, 2020, I filed the foregoing from the Service List and a copy has been served on all Parties required to be served by electronically filing with the Clerk of the Court of the U. S. District Court for the Northern District of California, San Francisco Division, by using the CM/ECF system.

            */s/ Eric Pearson*_____